

# KREINDLER & KREINDLER LLP

100 Park Avenue
New York, NY 10017-5590
(212) 687-8181
Fax: (212) 972-9432
www.kreindler.com

August 12, 2009

**VIA FEDERAL EXPRESS**

Office of the Clerk, Attn: Sarah Allison Thornton
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way – Suite 2300
Boston, MA 02210

  Re: Request for Service of Process on Defendant ISS in *Semtek v. ISS*
    Civil Action No. 09-cv-10183 (RWZ).

Dear Ms. Thornton:

  On August 8, 2009, Judge Rya W. Zobel granted our Motion for service by the Court Clerk. Please find attached our letter to you regarding service of Defendant ISS. The letter was an exhibit to our Motion.

  This package includes:

1) This cover letter;
2) Copy of electronic order of August 8 2009;
3) Letter to the Court Clerk; and
4) Two addressed Global Express Guaranteed Envelopes containing:
   a. An English and Russian copy of the Summons
   b. An English and Russian copy of the Complaint

  Per the Order, please approve that this office can send out the two Global Express Guaranteed envelopes containing the Summons and Complaints. A prepaid addressed Federal Express envelope is also enclosed for your convenience.

  Please do not hesitate to contact me should you have any questions.

Office of the Clerk, Attn: Sarah Allison Thornton
August 12, 2009
Page 2

    Thank you for your assistance.

                            Respectfully submitted,

                            KREINDLER & KREINDLER LLP

By: _____
                            Brian J. Alexander
                            Marc S. Moller
                            Anthony Tarricone
                            100 Park Avenue
                            New York, New York 10017
                            Telephone: (212) 687-8181
                            Facsimile: (212) 972-9432
                            balexander@kreindler.com
                            mmoller@kreindler.com

                            *Attorneys for Plaintiff SEMTEK*

**From:** ECFnotice@mad.uscourts.gov [mailto:ECFnotice@mad.uscourts.gov]
**Sent:** Monday, August 10, 2009 11:18 AM
**To:** CourtCopy@mad.uscourts.gov
**Subject:** Activity in Case 1:09-cv-10183-RWZ Semtek International Inc. v. Information Satellite Systems Order on Motion for Miscellaneous Relief

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

United States District Court

District of Massachusetts

**Notice of Electronic Filing**

The following transaction was entered on 8/10/2009 at 11:17 AM EDT and filed on 8/7/2009
**Case Name:**       Semtek International Inc. v. Information Satellite Systems
**Case Number:**     1:09-cv-10183
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Judge Rya W. Zobel: endorsedORDER entered granting [4] Motion for service (Urso, Lisa)**



# KREINDLER & KREINDLER LLP

100 Park Avenue
New York, NY 10017-5590
(212) 687-8181
Fax: (212) 972-9432
www.kreindler.com

August 3, 2009

Office of the Clerk, Attn: Sarah Allison Thornton
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way – Suite 2300
Boston, MA 02210

Re: Request for Service of Process on Defendant ISS in Semtek v. ISS
Civil Action No. 09-cv-10193 (RWZ).

Dear Ms. Thornton:

We represent Semtek International Incorporated in the above-referenced matter. Pursuant to the Court's Order and 28 U.S.C. §§ 1608(b)(3)(B), we request that the Court Clerk dispatch copies of the Complaint and Summons, in English and Russian to defendant ISS via the United States Postal Service. (USPS).

The USPS provides international mailing via its Global Express Guaranteed Service. Global Express returns a receipt signed by the recipient. In the Russian Federation, Global Express contracts the service of Federal Express.

We are aware of two addresses for defendant ISS, their headquarters in Zhelenagorsk and a representative office in Moscow. The two addresses are:

JSC Academician M.F. Reshetnev
Information Satellite Systems
52 Lenin St. Zheleznagorsk
Zheleznagorsk CATE
Krasnoyarsk Region, 662972, Russia

JSC Academician M.F. Reshetnev
Information Satellite Systems
3 Mytischinskaya Ulitsa, Building 16
Moscow, 129626, Russia

Los Angeles Office
707 Wilshire Boulevard
Los Angeles, CA 90017-3613
(213) 622-6469

Boston Office
277 Dartmouth Street
Boston, MA 02116-2805
(617) 424-9100

New Jersey Office
801 Franklin Avenue
Franklin Lakes, NJ 07417
(201) 343-7771

  We have enclosed two copies of the Complaint and Summons in English and Russian. We have also enclosed two Global Express Guaranteed mail forms, pre-completed for defendant ISS, as well as the mail packaging envelopes. These bear our return address.

  USPS rules require that Global Express Guaranteed Packages be dispatched at a postal retail counter. Accordingly, you may prefer to return the packages to us for delivery to the Post Office. If so, please use the enclosed pre-paid Fed-Ex envelope. We will then have the Global Express envelopes taken to the Post Office. Once we have been notified that delivery has been accomplished we will submit the proof of delivery to the Court.

  Please do not hesitate to contact me should you have any questions.

  Thank you for your assistance.

              Respectfully submitted,

              KREINDLER & KREINDLER LLP

              *Brian J. Alexander* /J.F.

              Brian J. Alexander
              Marc S. Moller
              Anthony Tarricone
              100 Park Avenue
              New York, New York 10017
              Telephone: (212) 687-8181
              Facsimile: (212) 972-9432
              balexander@kreindler.com
              mmoller@kreindler.com

              *Attorneys for Plaintiff SEMTEK*