UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------------------x

SEMTEK INTERNATIONAL INCORPORATED,

                                           Plaintiff,                        Civil Action No.:
                                                                           1:09-cv-10183-RWZ

    - against –

INFORMATION SATELLITE SYSTEMS /AKA/                 **DEFAULT JUDGMENT**
"ACADEMICIAN M.F. RESHETNEV INFORMATION
SATELLITE SYSTEMS" /AKA/ "ISS-RESHETNEV                 **(PROPOSED)**
COMPANY," /AKA/ "ACADEMICIAN M.F.                                 **ORDER**
RESHETNEV NAUCHNO-PROIZVODSTVENNOE
OBIEDINENIE PRIKLADNOI MEKHANIKI"
/AKA/ "NPO PM,"

                                           Defendant.

------------------------------------------------------------------------x

        On _____, 2010, the court considered Semtek's application for entry of a default judgment against Information Satellite Systems ("ISS") pursuant to 28 U.S.C. § 1608(e). After considering the papers submitted in connection with the application, the papers on file in this action, and the authorities cited, the court finds as follows:

        1.     A default was entered against ISS on July 27, 2010.

        2.     ISS is not a minor, an incompetent person or a current member of the military service.

        3.     ISS did not appear in this action.

        4.     Semtek has established that ISS is liable to Semtek for damages in the amount of $381,396,000.00 with interest thereon from July 1, 1995, until paid, together with costs to be taxed by the Clerk, and ISS is hereby enjoined from engaging in any act thwarting the purpose of the agency agreement alleged in the complaint, including entering into or carrying out any agreement with Transworld Communications Ltd. or Lockheed Martin Corporation as successor

by merger to Martin Marietta Corporation which would have the effect of thwarting said agency agreement.

THEREFORE, IT IS ORDERED, that:

Default judgment be entered against ISS as follows:

(a)   That plaintiff Semtek the sum of $381,396,000.00 with interest thereon from July 1, 1995, until paid, together with costs to be taxed by the Clerk; and

(b)   That defendant ISS be, and hereby is enjoined from engaging in any act thwarting the purpose of the agency agreement alleged in the complaint, including entering into or carrying out any agreement with Transworld Communications Ltd. or Lockheed Martin Corporation as successor by merger to Martin Marietta Corporation which would have the effect of thwarting said agency agreement.

This Order will be served in accordance with § 1608(e).

Dated: _____, 2010

_____
UNITED STATES DISTRICT JUDGE