# EXHIBIT 1

# Judgment

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SEMTEK INTERNATIONAL INCORPORATED )
    Plaintiff )
  )
v. )
  ) Civil Action
  ) No. 95-CV-11820-RCL
MERKURIY LTD. AND PYOTYR SIVIRIN, )
    Defendants )
  )

## JUDGMENT

Defendants defaulted in appearance and their default was entered on January 9, 1996. On April 24, 1996, default judgment was entered against them in the amount of $381,396,000.00. Thereafter the judgment against them was vacated, with leave to file an answer. Once again the defendants defaulted, and on May 4, 1998, their default was entered. On May 11, 1998, the defendants filed a motion to vacate the notice of default. On May 29, 1998, the Court ruled that "the plaintiff has made effective service and there is no basis for vacating the default." The defendants made a second motion to vacate the default which the Court allowed based on the indication "that the defendants will defend this case on the merits".

The defendants have since failed to present themselves for deposition at Stockholm, Sweden, pursuant to the agreed upon discovery plan. They have failed to produce documents that they were required to produce under this Court's order of August 4, 1999. The defendants' counsel have withdrawn, and defendants, despite notice that they would be defaulted if they did not appear for the status conference scheduled for April 12, 2000, have not appeared.

I hereby certify on 4/13/● that
☐ electronic docket in the caption
☐ electronically filed original file
☐ original filed in my office on

Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts

By: _____
Deputy Clerk

Accordingly their default is entered and it is

ORDERED AND ADJUDGED that plaintiff recover from defendants the sum of $381,396,000.00 with interest thereon from July 1, 1995, until paid, together with costs to be taxed by the Clerk; and it is further

ORDERED AND ADJUDGED that defendant Merkuriy Ltd., be, and it is hereby enjoined from engaging in any act thwarting the purpose of the agency agreement alleged in the complaint including entering into or carrying out any agreement with Transworld Communications Ltd. or Lockheed Martin Corporation as successor by merger to Martin Marietta Corporation which would have the effect of thwarting said agency agreement.

United State District Judge

DATED:   Boston, Massachusetts
         April 12, 2000