# EXHIBIT 2

# Organizational and legal status



Home < About us < Organizational and legal status

### About us
- Organizational and legal status
- Directions of activities
- General Designer and General Director
- Leaders
- Integrated structure
- Enterprise history
- Tenders and contests

- Capabilities and progress
- Spacecraft according to:
- Programs and projects
- Information resource
- International cooperation
- Branch Center
- Personnel

### News
- Loutch-5A: Progress of work
- Third Glonass-M shipped to Baikonur
- Progress of construction work at ISS-Reshetnev's new A&F facility
- Acoustic tests on Glonass-K successfully completed
- First Glonass-M for cluster № 42 shipped to Baikonur

 news archive

## Organizational and legal status

The Joint-Stock Company "Information Satellite Systems – Reshetnev Company" (JSC "ISS") is established on March, 3, 2008 by reforming the FSUE "Academician M.F. Reshetnev Nauchno-Proizvodstvennoe Obiedinenie Prikladnoi Mekhaniki" (FSUE "NPO PM"). The JSC "ISS" is the successor of FSUE "NPO PM" according to procedures and responsibilities.

Nickolay Alekseyevich Testoyedov has been appointed the General Designer and General Director, and he acts in the name of the enterprise without the certificate of authority, establishes the settlement account, currency account and others, grants certificates of authority and is responsible for running the enterprise in accordance with the JSC "ISS" by-law.

© 2008, JSC "Academician M.F. Reshetnev" Information Satellite Systems".