# EXHIBIT 3

# Establishing a new Joint – Stock Company

Rus / Eng

- Joint-Stock Company Information Satellite Systems
- Enterprise
- Achievements in space activity
- Our capabilities
- International cooperation
- Information resource

⊙ Home

## Establishing a new Joint - Stock Company "Academician M.F. Reshetnev" Information Satellite Systems"

On 3rd of March, 2008 a new joint-stock company "Academician M.F. Reshetnev" Information Satellite Systems" (JSC "ISS – Reshetnev Company") is undergoing the State Registration. The Company is being established by transformation of FSUE "Academician M.F. Reshetnev research and development association of applied mechanics" (NPO PM) into a joint-stock company.

The JSC "Academician M.F. Reshetnev Information Satellite Systems" is being formed in accordance with the Russian President decree. The new company will assign all NPO PM obligations and transfer 100% shares to the Federal possession. Nickolay Testoedov will hold a post of the general designer and general director.

In 2008 the JSC "ISS-Reshetnev Company" will integrate the structure by affiliating nine more companies: JSC "Research & Production Enterprise "Geofizika-Cosmos" (Moscow), JSC "Research & Production Center "Polyus" (Tomsk), JSC "Research & Production Enterprise "Kvant" (Moscow), JSC "Research & Production Enterprise of Space Instrument-making" (Rostov-on-Don), JSC "Siberian Devices and Systems" (Omsk), JSC "Testing Technical Center – NPO PM" (Zheleznogorsk), JSC "NPO PM – Small Design Bureau" (Zheleznogorsk), JSC "NPO PM – Razvitie"(Zheleznogorsk), JSC "Sibpromproekt" (Zheleznogorsk). For many years the companies have been cooperatively building satellites for different missions. The JSC "Academician M.F. Reshetnev" Information Satellite Systems" integration is foreseen by the Russian rocket and space industry development program for 2015.

03.03.2008

© Academician Reshetnev Nauchno-Proizvodstvennoe Obiedinenie Prikladnoi Mekhaniki, 2006