# EXHIBIT 4

# ISS Letter dated April 22, 2009


Joint - Stock Company
"Academician M.F.Reshetnev
"INFORMATION SATELLITE SYSTEMS"

RESHETNEV

52, Lenin Street, Zheleznogorsk, Krasnoyarsky region, Russia, 662972
Tel.: (39197) 28008, 64500 Fax: (39197) 22635, 56146, e-mail: office@iss-reshetnev.ru, http://www.iss-reshetnev.ru

Brian J. Alexander
Kreindler & Kreidndler LLP
100 Park Avenue
New York, New York 10017

исх. 100-2/1220
от 22.04.2009

Dear Mr. Brian J. Alexander,

In response to your letter dated March 3, 2009,
we would like to inform you of the following:

All the plaintiff's statements are based on invalid (or deliberately misrepresented) information and inconsistent assumptions about the relations between "NPO PM" (JSC "ISS") and trading company MERKURIY LTD.
According to the resolution of Krasnoyarsk -26 People's deputies council executive committee, dated September 4, 1991 No. 597, The Regulations of the trading company MERKURIY LTD were registered.
A number of organizations, including NPO PM, were the founders of the above-mentioned LTD.
In July (01.07.1992) RF Presidential Edict No.721, forbidding national enterprises to invest in trading companies, came into force.
In this connection, on July 2, 1992 the national enterprise "NPO PM" was substituted for the united trade union No. 290 (UTU No. 290). UTU No. 290 is an independent organization with its own assets.
Since that time there aren't any relations, either legal or financial, between "NPO PM" and MERKURIY LTD.
In November 1992 representatives of the American organization SEMTEK made a proposal to the trading company MERKURIY LTD to consider a possibility of cooperation in the field of providing communication services, including "Loutch-1" satellite.
Special attention shall be paid to the fact, that SEMTEK made this proposal to MERKURIY LTD after the national enterprise had been excluded out of its founders.
All the further relations between SEMTEK and MERKURIY LTD. took place without any participation of the national enterprise NPO PM.
According to the resolution of the Head of Administration of Zheleznogorsk, Krasnoyask Region, No. 036-П dated January 29, 1999, the trading company MERKURIY LTD was reorganized into scientific production firm (SPF) "Merkuriy Telesat", at the same time a number of legal organizations were substituted for natural persons.
In August 2002 under the owners' shares sale contract in the owners' capital of the scientific production firm "Merkuriy Telesat" all the shares of its founders were sold:
"Seller" - SPF "Merkuriy Telesat"
"Purchaser" - "NEKST" Ltd.
"NEKST" Ltd. was registered by the administration of the Soviet District of the Krasnoyarsk city 20.06.2001 No.565.
JSC "ISS" was organized (registored) on March 3, 2008, that is after SPF "Merkuriy Telesat" had been sold to "NEKST" Ltd.

Consequently, JSC "ISS" couldn't become a legal successor of SPF "Merkuriy Telesat".

## CONCLUSION

1. Except for the letter of intent and cooperation agreement on the fields of activity, no other legal or financial agreement between - "Merkuriy Telesat" and SEMTEK company was concluded.
2. The letter of intent and correspondence with SEMTEK company began after the national enterprises, including NPO PM, had been excluded out of the list of founders.
3. The plaintiff doesn't have any reasons to bring a claim against "NPO PM" as well as against JSC "ISS".
4. If necessary, the above stated facts can be confirmed by the appropriate documents.

Best regards,

First Deputy of General Designer
and General Director of JSC "ISS"
V. E. Kosenko
Tel. (391-97) 6-45-00
Fax (391-97) 2-26-35
kosenko@iss-reshetnev.ru

