EXHIBIT 6

NPO PM Press Release April 16, 2007




JSC "Information Satellite Systems" Reshetnev Company"

- site map

- About us
- Capabilities and progress
- Spacecraft according to:
- Programs and projects
- Information resource
  - News
  - Magazine
  - Exhibitions, conferences
  - Publications
- International cooperation
- Branch Center
- Personnel

Home < Information resource < News

# Academician M.F. Reshetnev NPO Prikladnoi Mekhaniki participates in industrial fair in Hannover

rus / eng

On 16, April in Hannover it was opened the International Industrial fair. Academician M.F. Reshetnev NPO PM is one of the participants in the Russian exposition.

On 16, April in Hannover it was opened the commemorative 60th industrial fair, in which the companies from 60 countries all over the world are taking part. This year the topic of the Russian exposition is innovations and high-tech products of the domestic industry, as well as new developments of the defense enterprises designated for civil industries (based on the official site of RF Ministry of Industry and Energy http://www.minprom.gov.ru).

Academician M.F. Reshetnev NPO PM is participating in the exhibition among the leading enterprises of the Russian space industry. NPO PM exposition comprises five satellite mockups: Glonass-M and Glonass-K on a scale 1:10, Loutch -5A and Express-AM33 on a scale 1:20, as well as Gonets-M on a scale 1:5. The exposition is represented by R. Turkenich, the Head of Information Department.

The exhibition is going to be continued till 20, April.

16.04.2007

## Other news

- Loutch-5A: Progress of work
- Third Glonass-M shipped to Baikonur
- Progress of construction work at ISS-Reshetnev's new A&F facility
- Acoustic tests on Glonass- K successfully completed
- First Glonass-M for cluster № 42 shipped to Baikonur
- SADKO-2 for Reshetnev's geodetic spacecraft

All news for 2010 2009 2008 2007 2006

© 2008, JSC "Academician M.F. Reshetnev" Information Satellite Systems".