EXHIBIT 7


ISS Magazine June 2007



**RESHETNEV**
COMPANY

# INFORMATION
# SATTELITE
# SYSTEMS


June, 2007

# Joint-stock Company
# M. RESHETNEV INFORMATION SATELLITE SYSTEMS





**RESHETNEV**
C O M P A N Y

"Information
satellite systems"

Founder:
FSUE "Academician M.F. Reshetnev
NPO Prikladnoi Mekhaniki"
52, Lenin str., Zheleznogorsk,
Zheleznogorsk CATE, Krasnoyarsky
region, 662972, RUSSIA

Tel: (391-97) 280-08;
Fax: (391-97) 226-35

▪ Editor-in-Chief
▪ Svetlana BASHKOVA

▪ Build Editor
▪ Natalia KUZORO

▪ Editors
▪ Kristina USPENSKAYA
▪ Irina CHAIKINA

▪ Translators
▪ Natalia BALASHOVA
▪ Ludmila KRIVSHICH
▪ Larissa ANIKEENKO

▪ Design & make-up
▪ Aleksei SHTAKH

All rights reserved. References to
our information are mandatory

Printed in Publishing house "VVV"
Ltd., tel. (39-12) 21-64-09

Circulation of 999 copies.
Distributed free of charge.

# Contents

### Reorganization period.
Nickolay TESTOEDOV, NPO-PM General
designer And General director



**4**

### Satellite-based navigation.
Interview prepared by Sergey Valchenko for
"Interfax-AVN"



**7**

### "Loutch" multi-purpose data relay space system.
Sergey ROSKIN, Project manager



**13**

### "EXPRESS-AM4": high powerful satellite of the future.
Victor KOSENKO, First Deputy General
Designer



**14**

### Great achievement in satellite broadcasting.
Andrey KOZLOV, Head of Marketing Re-
search Centre of NPO PM
Nikolay PASETCHNEY Director of digital
network of program distribution management
FSUE Russian TV and Radio Broadcasting
Network .



**16**

### ERA of RESHETNEV
Some fragme nts of the book "Academician
M. F. Reshetnev"



**19**

information
satellite
systems   14

# "Loutch"
## multi-purpose data relay space system

LOUTCH-5B

"Loutch" multi-purpose data relay space system (RMSS) based on "Loutch-5A" and "Loutch-5B" geostationary satellites is being created at the Academician M.F.Reshetnev Nauchno-Proizvodstvennoe Obiedinenie Prikladnoi Mekhaniki (NPO PM).

The Russian data relay space system was based on "Loutch-5A" and "Loutch-5B" satellites developed by NPO PM at late 1970s - early 1980s. These satellites expired their lifetime and finished working in 1998.

The development of the "Loutch" RMSS based on "Loutch-5A" and "Loutch-5B" satellites was made by the recommendation of the scientific and technical board of ROSAVIA-COSMOS following the results of the "Loutch" RMSS pre-design review and included in the Russian Federal Space Program for 2006 - 2015.

The data relay satellites will work with LEO satellites (up to 2000 km above the Earth surface) including the manned space complexes and, first of all, the Russian segment of the International Space Station, and also with other rocket and space objects (launchers, boosters, etc). "Loutch-5A" and "Loutch-5B" satellites will receive the data from them while on the active and passive orbit arcs out of visibility from the Russian territory and transmit it to the Russian receiving centers in the real time mode.

The data relay channels in S-band and Ku-band to be connected to the data receiving centers through the unified trunk channel, are foreseen on a "Loutch-5A" satellite.

A data relay satellite will point its user antennas, with the high accuracy, towards the objects in the low orbits, "capture" and "track" them along the motion trajectory. Each of two user antennas of "Loutch-5A" satellite can track independently "its" low orbit spacecraft. One antenna operates in Ku-band, another antenna operates in S-band.

Ku-band channel capacity is 150 Mbit/s, S-band channel capacity is 5 Mbit/s

To ensure the satellite communication with the Ground Control Segment, in S-band, the LEO satellite TM-data downloading and command data uploading in the Multi-Station Access (MSA) mode will be provided. At the same time, at least, two low orbit spacecraft will be able to transmit data through "Loutch-5A" and to call the Ground Control Center simultaneously in case of an abnormal situation onboard a satellite, which is out of visibility from the Russian territory, and also to receive the command data from GCS.

A "Loutch-5A" satellite is also capable of receiving "COSPAS/SAR-SAT" signals in P-band and transmitting these signals in L-band to the ground control center. The same frequency bands will be used to gather and transmit hydrometeorological data provided by the "Planeta-C" system .

Unlike a "Loutch-5A" satellite, a "Loutch-5B" satellite will be equipped with neither MSA relay equipment nor "COSPAS/SARSAT" equipment. Instead, a laser and radio communication channel will be set.

"Loutch-5A" and "Loutch-5B" satellites will be set at three geostationary orbit slots registered by Russia for data relay satellites: in 16°W above the Atlantic ocean, in 95°E above the Indian ocean and in 167°E above the Pacific ocean. Thus, an uninterrupted receipt of LEO satellite data with subsequent transmission of this data to the Russian territory will be provided in the real time scale.

The satellite design is based on a non-sealed platforms "Express-1000" developed by NPO PM. The mass of each satellite will be about 950 kg. It will allow to use a "Soyuz-2" launcher with "Fregat-SB" booster to launch these satellites from the Baihkonour site.

The on-board data relay equipment for "Loutch-5A" and "Loutch-5B" satellites are manufactured by NPO PM in cooperation with NPP "Radiosvyaz" (Krasnoyrsk), NII "Radio", RNII of Space instrument making, NII of High precision equipment making (Moscow), and also in cooperation with some foreign suppliers of the relay equipment components.

The on-board service systems for "Loutch-5A" and "Loutch-5B" satellites are developed by NPO PM in cooperation with some Russian enterprises.

The on-board control subsystem is developed by NPO PM in cooperation with NTTs "Module" and RNII of Space instrumentation making (Moscow).

NPP "Geofizika-Cosmos" (Moscow), NPTS "Polyus" (Tomsk), NPP "Kvant" (Rostov-na-Donu) are subcontractors for the Attitude Determination and Control Subsystem. These enterprises are the members of the corporation "Information satellite systems" where NPO PM is the major company.

OKB "Fakel" (Kaliningrad) will supply propulsion subsystem thrusters.

The electric power subsystem will be manufactured by NPO PM in cooperation with OAO "Saturn" (Krasnodar) and NPTs "Polyus" (Tomsk).

Today, the documentation for "Loutch-5A" and "Loutch-5B" satellites is being issued, the experimental samples for on-ground tests are being manufactured, tests of the most complicated elements of



LOUTCH-5A

satellites are being performed. One of such elements is an antenna. Each spacecraft has two user antenna with a 4.2-m dish diameter, which are equipped with the precise tracking electromechanical driving gears. All these elements are developed and tested by NPO PM. The experimental samples of the antenna have been already manufactured. This is our "know-how": the "umbrella" scheme as it was on previous "Loutch" satellites, the spokes made of composite materials, radio-textile made of gilded micro-wires.

Many new technical solutions made by NPO PN and other subcontracted enterprises have been implemented in Loutch-5A" and "Loutch-5B" satellites. The main of them are:
- a satellite structure based on honeycomb panels with built-in heat pipes;
- a thermal control subsystem based on heat pipes;
- solar array photo-voltaic cells based on gallium arsenide;
- Earth orientation devices of a static type;
- employment of the star tracker in the ADCS subsystem.

Following the Russian Federal Space Program for 2006 - 2015, "Loutch-5A" and "Loutch-5B" satellites should be manufactured in 2009 and 2010, correspondingly. The launches of these satellites are scheduled for 2010 and 2011.

Taking into account that NPO PM is the only Russian enterprise which has gained a 25 year experience in developing, manufacturing and operating data relay satellites, the high quality of the project performance can be guaranteed ■

Sergey ROSKIN,
Project manager



LOUTCH-5A reflector

## Main characteristics of "Loutch-5A" and "Loutch-5B" satellites

|  | Loutch-5A | Loutch-5B |
|---|---|---|
| Mass, kg | 950 | 950 |
| Life-time, years | 10 | 10 |
| Number of data relay channels | 7 | 6 |
| On-board data relay equipment frequency range, GHz | 2.3/2.1; 15/11; 0.4/1.7 | 2.3/2.1; 15/11; optical |
| Antenna patterns | Spot, steerable and global | Spot, steerable and global |
| EIRP of channels, dBW | from 23.9 to 59.6 | from 34.0 to 59.6 |
| G/T of channels for Tx, dB/K | from -12.6 to 24.1 | from 8.5 to 24.1 |

PROJECTS

## Scheme of interaction between elements of Multi-purpose data relay system





Information satellite systems

PERSONALITY

ERA of RESHETNEV

For employees of NPO Prikladnoi Mekhaniki Mikhail Fedorovich Reshetnev is not only a well known person. He is personification of an era of space exploration. He always believed in success of mutual work despite any failure. In memoirs of his colleagues, friends and near relations one can feel love and respect. And looking back we have realized how much Reshetnev managed to do.

The book "Academician M. F. Reshetnev" published on the eve of establishment of a cooperation Information Satellite Systems is dedicated to pay tribute to the founder of the enterprise. Some fragments of the book we have published in the magazine.



## Beginning

Even at school Reshetnev was non-ordinary. For one day he was a first-form boy, at the end of the second day his "first teacher" said: "It is too easy for you here". The second-form program was coped by Reshetnev by November and the clever boy was moved up into the third-form. In 1939, Reshetnev graduated the school extremely well and decided to conquer Moscow Institutes. But entrance examinations did not allow the 15-eyar-old boy to pass the exams without having a passport. It was not like Reshetnev to waist time. In 1940 Mikhail passed successfully the exams and became a student of Moscow Aviation Institute.

Reshetnev was obsessed by the studies. Being a first-year student and the youngest one Mikhail became a faculty leader and as well as a leader of the joint weight-lifter team. Even domestic difficulties could not weaken his rush. For example, the hostel was so crammed that Reshetnev and his eighteen friends were asleep in the "Place of honor".

The student life was not serene for long time. In a year a war broke out. The Institute, where Reshetnev studied, was evacuated to Alma-Ata. The student hostel was placed in the theatre: the beds were in the auditorium, on the stage, in the utility room. In June 1942, all students of Mikhail course received call-up papers except Mikhail, who was under age. Then Reshetnev went to a military registration and enlistment office by himself. After the head of

the office looked at the determined youth he understood that there was no point in arguing with Mikhail and gave an assignment to be taken as a cadet at Serpukhovskiy military college of aeromechanics. In October, Reshetnev as a sergeant of maintenance came for a service to the 26th fighter regiment. Till October 1945, he was involved into battle planes preparation at military airdromes all over the country. War rewards are evidence that Mikhail Fedorovich did his duty with honour.

## Your turn has come!

In 1950, Reshetnev had a brilliant presentation and obtained the first-class degree. A young specialist was assigned at Special Design Bureau #1 (OKB-1). Starting from this time the life of Reshetnev was closely connected with the cause of Sergey Pavlovich Korolev - chief designer of rocket-space systems. Mikhail Fedorovich remembered later "the difference of Korolev school was that it required from everybody not only great self-denying work but it selected, brought up and promoted talented specialists". Quite soon the young engineer Reshetnev attracted Korolev's notice, Sergey Pavlovich had attentively been watching his behavior, promotion.

In February 1957, Korolev invited Reshetnev to a meeting and said: "Your turn has come!" He offered Reshetnev the position of a leading designer on article R-11. At that time it was the most fearful weapon

- intermediate-range ballistic missile with a nuclear war-head on mobile start. It was not easy to create an own project. The first launch had a failure. But Korolev accepted this quite calm: "not all details have been thought over, there will be failures, but the article exists, it works". From November and till the end of 1958, the specialists and workers had to work in three shifts, they we provided meals and rest. Reshetnev sheared these difficulties with the staff. As a result the task was fulfilled. Later Reshetnev often remembered this period and all people he worked with. Most people later would leave with him to work to Siberia...

The activity in OKB-1 was the important life period for Reshetnev not only concerning a profession. Here he met his future wife. Being clever, beautiful, a queen of athletics - Ludmila conquered his love. The first dish she treated her future husband was compote, which Michael found delicious. Since then compote became an obligatory dish at family solemn events. In December 1951, Mikhail and Ludmila had a youth wedding and in September 1953 their daughter Tamara was born.

## Creation of NPO PM

In summer 1953, Korolev suggested establishing of OKB subsidiary in Krasnoyarsk-26. "I do not know why I was appointed the leader of the subsidiary: at that time I was young and did not have sufficient authority in comparison with oth-

information
satellite
systems

# Mikhail Fedorovich Reshetnev

Life-years: 10.11.1924 - 26.01.1996.

Took part in the Great Patriotic War. Graduated the Moscow Aviation Institute and obtained the first-class degree (1950). Doctor of Technical Science (1967). Since 1959 till 1996 - the General Designer and General Director of Nauchno-Proizvodstvennogo Obiedineniya Prikladnoi Mekhaniki. Being a leader of young staff he managed the enterprise in the way it achieved a high level in the sphere of rocket-space technical equipment. Reshetnev gave lectures at Siberian Aeronautical Academy, headed the department "Spacecrafts". Professor (1975). Corresponding Member and Academician of Russian Academy of Science (1976 and 1985, accordingly). Academician of Russian Engineering Academy and International  Engineering Academy (1992). Results of his work are described in more than 200 special proceedings and 40 inventions. Honourable citizen of Zheleznogorsk. The laureate of Lenin Prize of the USSR (1980), State prize of Russia (1995), socialist labour Hero (1974). Reshentev was elected a deputy of regional council and Supreme Soviet of the Russian Soviet Federative Socialist Republic.  Was rewarded with medal of  S. P. Korolev of Academy of Science of the USSR, 4 medals  of Federation of Cosmonautics. NPO PM, sponsored by NPO PM Zheleznogorskiy Lyceum # 102 and Siberian State Aeronautical University have been named after Mikhail Fedorovich Reshetnev. The street and square of Zheleznogorsk, planetoid (asteroid) # 7046 1977 QG2 have been named after his name.



M.F. Reshetnev and S.P. Korolev

ers who worked with Korolev"- said then Mikhail Fedorovich. - But all my life I have been working in the way that nobody could think that Korolev had made a mistake".

Nowadays, it is difficult to imagine how much effort and believe it was needed to create here in Siberia a unique enterprise. It became the cause of Reshetnev life and those who worked with him. For 36 years Mikhail Fedorovich had been the leader of the enterprise. Narrative about his destiny is a story about unique  manufacture,  satellites which were produced and, of course, about people that were involved into this activity, about people that were united by space exploration activity and by Reshetnev.

A. E. Mitrofanov, the director of NPO PM plant said: "The manner and principle of Reshetnev management was not petty-minded meddling, but full trust and independence in decision taking under certain control and strict report concerning the activity. The achieved success was based on the perfect management, technical re-equipment, labour productivity increase, as well as due to the atmosphere of confidence, mutual understanding and responsibility created by Mikhail Fedorovich".

## How to be a real man

Being strict and exigent manager Reshetnev expressed the best features of human character in relations with the employees: he communicated in a simple way with people, he was modest and attentive to opinion of other people, was reluctant to help.

L. G. Reshetneva: "Whatever position he had he always was sensitive towards people's troubles and misfortune. He was restrained, laconic, calm and reasonable, he liked to repeat: "We should perceive a person as he is". Ludmila Georgievna told: "We were sitting in the station square and noticed two 9-year-old boys eating ice-cream, another one a thing, smudgy, closely cropped boy wearing only the pants was sitting on the ground and watching them... Mikhail Fedorivich then pronounced: "Can you see how people still live? Help him!"

It is hard to understand how the life of one person can comprise so many events and affairs as Reshetnev managed to do for his life. In January 1975, Mikhail Fedorivich became a professor of Machinery Design Department (plant - Institute of Technology). In 1985, he was elected as a full member of Academy of Sciences of USSR. Later he became a president of Siberian branch of Russian Engineering Academy and soon an Academician of International Engineering Academy. For four years he had been a deputy of Supreme Soviet of USSR. Each thing he did at his full capacity.

Those who knew Reshetnev underlined his neat and sports appearance at any time and any situation. Michael Fedorivich started going in for sport being a student, he constantly did exercises, went jogging, was interested in yoga. If he allowed himself to relax, his rest was always active.

A. E. Mitrofanov: "During rest Mikhail Fedorivich was the life and soul of the party. We pitched tents, he enjoyed making a fire, picking up currants, he made sweet-scented tea with currants leaves. During a holiday he used to ware his traditional striped vest. He liked swimming even in the cold Yenisei river".

Endurance, good organization, tolerance and capability to work with a good result helped Reshetnev and his team to overcome later a difficult period of 90s.

## Last deed

The starting period of "market relations" shook many enterprises of military-industrial complex. And it was a merit of Reshetnev that NPO PM overcame this period as a winner. He fought for his "creation" up to the end. He did not fear and did stake on integration and cooperation with the best world companies. In October 1989, the first large foreign delegation visited NPO PM and highly estimated NPO PM potential. But it was too early to speak about victory. It was a hard job to get over distrust of foreign specialists and our Russian bureaucrats! Reshetnev worked at full stretch, often regardless his own health.

E. N. Korchagin: "In January 1992, Reshetnev had to meet with Canadian businessmen. The flight duration to Canada was for 11 hours. He should arrive at 15.00 on the day of the negotiation, there was some short time for a rest before the meeting. The flight was delayed for four hours. When at 20.00 there appeared neat and good-looking Reshetnev the audience applauded".

Reshetnev always believed in work success and never lost heart. This helped in spite of all predictions of bureaucrats to win a tender on manufacturing and launch of telecommunication satellite Sesat for the international organization EUTELSAT. It was the victory. For

the first time in history of Russia the contract on the satellite was signed with the western customer. Space and telecommunication organizations have known NPO PM as a competitive market partner.

E. N. Korchagin, director of Satellite Communications Centre, Zheleznogorsk. One must see a young shining face of Reshetnev! He realized that for NPO PM it was the time to break into a new era, prepared by previous 30-year-duration activity of all staff. We were walking round Paris until 3 in the morning and discussing the future plans".

Alas! Fate decreed in another way. Reshetnev did not participate the Sesat satellite launch and further projects, which NPO PM employees are proud now. Memory about Reshetnev - it is not only the street, plane and planet, books and lines in encyclopaedias named in honour of Reshetnev... Main memory about the life of this person is NPO PM - the enterprise, produced more than 30 space systems and over 1000 satellites under management of the enterprise founder. The enterprise, that became a part of life for many people in Zheleznogorsk and for Reshetnev. The enterprise based on which today there is under establishment a new corporation Information Satellite Systems combining the best companies of the country ■

After meeting un Senate. Paris, 1995



After signing the SESAT contract. 1995


