# EXHIBIT 8

# The Failure of Russian Privatization
# 1992-1994



1 of 1 DOCUMENT

Copyright (c) 1997 Journal of International Legal Studies
Journal of International Legal Studies

Winter, 1997

*3 J. Int'l Legal Stud. 1*

**LENGTH:** 17906 words

ARTICLE: The Failure of Russian Privatization 1992-1994: How the Industrial Nomenklatura Prevented Genuine Reform

**NAME:** Kent F. Moors, Ph.D. *

**BIO:**

      * Dr. Kent F. Moors is Professor in the Department of Political Science and the Graduate Center for Social and Public Policy, and Adjunct Professor in the School of Law's Russian Commercial Law Center, at Duquesne University.Dr. Moors is also CEO of ASIDA, an international investment company specializing in NIS-wide public and corporate securities, and directs the Russian/NIS banking and financial market reviews for Standard & Poor's Emerging Global Markets.

**SUMMARY:**
   ...  The first stage of Russian privatization (1992-94) provided an attractive opportunity for the consolidation of financial power in advance of capitalization, accumulation of appreciable political and economic clout, and an assurance that elements of the traditional industrial power structure would continue to dominate. ...  Appendix 1 of the edict (Temporary Regulations on the Procedure for Submitting, Filling Out and Accepting for Consideration Applications for Privatization of State and Municipal Enterprises in the Russian Federation) provided that privatization requests could issue from enterprise work collectives or their divisions, as well as by Russian and foreign juridical persons (i.e., legal entities). ...  This edict established the now familiar three-fold distinction in Russian privatization: auction, tender, and joint-stock company (or "corporatization," as my European colleagues prefer to call it). ...  In this empowering edict, existing enterprise directors and executive officers were given the responsibility of setting up overall privatization plans and named as the interim Governing Board for the joint-stock company being established. ...  Such acquisitions could not be effectively prevented once holding companies and investment houses became major players in the voucher market. ...  President's Edict No. 914, issued on August 14, introduced the privatization voucher program. ...  These companies were specifically exempted from Appendix 1 of Edict No. 1392 (Temporary Statute of Holding Company Formed at Conversion of Enterprises into Joint-Stock Companies). ...  It does, however, provide a degree of leverage which the loss of asset control would deny. ...

**TEXT:**
 [*1]

      Introduction

  The first stage of Russian privatization (1992-94) provided an attractive opportunity for the consolidation of financial power in advance of capitalization, accumulation of appreciable political and economic clout, and an assurance that elements of the traditional industrial power structure would continue to dominate.

While the process now enters its most crucial period of capitalization - it has already served notice that a fundamental and pervasive reality has persevered. The huge enterprises which dominate energy and petroleum, metals and mining, transportation, chemicals, and defense remain the foundations of the Russian economy, production, assets, and revenue. Each of these sectors exhibits different problems and prospects. Some, such as petroleum, have experienced considerable Western involvement. Others, for example, the over two thousand high-tech facilities which Russia inherited from the Soviet Union (over eighty percent of which formerly comprised the largest military-industrial complex in the world) have only recently been opened to very selective foreign review.

Not surprisingly, these largest of Russian enterprises were insulated from the full impact of privatization. Logistically, breaking up the gigantic nationwide monopolies presents a planning nightmare. For approximately [*2] sixty years they have concentrated production and distribution, ushered in by Stalin's drive to industrialize in his first five-year plans.

Those who controlled industry during the last twenty years of the Soviet period continue to do so today. Absent any fundamental changes in privatization (which are politically and economically quite unlikely), the positions have become entrenched, augmented by sizable and diverse acquisitions, solidified by the control of major Russian banks, and assisted by sophisticated utilization of both domestic and international investment funds. In short, the nomenklatura n1 survives and prospers. These days, however, its members control boards of directors rather than local party central committees.

Such a turn of events is not necessarily unwelcome, nor particularly unexpected. Management was confined to a small percentage of the work [*3] force in the Soviet system, and the Communist Party tightly controlled access. Those who ran the giant state enterprises, therefore, were the only candidates to direct privatization once it began.

In a move parallel to the nineteenth century American experience, the opening of a market has provided the channels through which immense financial power has been concentrated. This is, on its face, nothing more than capitalism at work. After all, those who expected the opening of the Russian market to produce some popularly-leveling distribution of income were advancing a quite discredited theory of socialism. Neither a pure socialistic nor a pure free enterprise market has ever existed. Real-world economics operates somewhere in between.

It is not the immediate concentration of wealth that should concern us, but the utilization of such wealth. Similarly, a related focus should concentrate on the priorities of major managers and directors, not on their background. After all, virtually every primary figure in the Russian reform movement received training in the Soviet system.

Some indication has already surfaced that the interests of income-maximizers are not necessarily at variance with the needs of society. n2 This principle is especially true in attending to severe infrastructure deficiencies. With few exceptions, there exists neither foreign investment interest nor a public budget large enough to subsidize essential improvements providing either short or medium term returns. Only in the concentration of domestic capital can one expect to find the funds for such an undertaking, and evidence exists that the larger players recognize this. n3

The following study focuses upon the way in which dominant economic players adapted to the age of privatization during the initial period of transition from a state-controlled economy to private sector [*4] development. Section I will examine the privatization process and the politics accompanying it. Section II will consider how the creation of holding companies allowed the nomenklatura to position itself favorably for the later phases of market revisions.

It is hardly overdramatic to suggest that much depends on identifying a common ground for profit motive, politics, tradition, and public acceptance. Much more is at stake other than simply the next few Russian federal budgets or parliamentary elections. What transpires there will go far to determine how the West will be obliged to practice its politics and its national security policies for the foreseeable future.

I. The Privatization Process

Privatization was considered during Mikhail Gorbachev's era of leadership (1985-1991), although never very seriously. The introduction of liberalized cooperative regulations and a limited usage of closed joint-stock companies n4 indicated some recognition of the need for a non-state defined [*5] property base under law, at least in some confined sectors of the economy. n5 Neither the political nor the economic will existed at the time, however, for much more than some simplifications of foreign joint venture procedures, restaurants and hotels run at a profit, or some limited experimentation with greater local-based control over assets.

3 J. Int'l Legal Stud. 1, *

Even before the official end of the Soviet Union on December 25, 1991, however, the Russian Federation had begun its own move to recognize genuine private property. In the midst of what was labeled by the Moscow press as a "war of legislation" between central Soviet authorities and the fledgling Russian government of Boris Yeltsin, the latter introduced the first of over two hundred regulations and edicts which would make up the legal basis for privatization.

The so-called "June Plan," n6 passed by the Russian Federation Supreme Soviet on July 3, 1991, laid out the initial provisions for liquidation of state assets. Much of this legislation would be canceled or signifi- [*6] cantly revised by later pronouncements, but two elements would remain important. First, Russia had declared its intent to place state assets in private hands. n7 Second, Goskomimushchestvo (GKI) was established as the legal organ responsible for the entire privatization process. n8

Subsequent to the abortive August 1991 coup, Yeltsin moved quickly to establish Russia's preeminence. On October 20, 1991, while still technically a constituent republic of the Soviet Union, the Russian Central Bank issued its Letter of Instruction No. 4 n9 providing for the expedited establishment of business banks, while the Russian Supreme Soviet passed its Financial and Credit Backup of Economic Reform and Reorganization of the RSFSR Banking System Act n10 on November 22. The latter legislation made the Russian Central Bank the sole organ on Russian territory for all monetary, credit, and currency regulations, and its licensing the sole grounds for conducting financial business. n11

By December 1, foreign investment on Russian soil was subject to Government Edict No. 26, n12 which specified Russian, not Soviet control, n13 [*7] and Ministry of Finance Instruction Nos. 16/315B n14 and 316B n15 had transferred all foreign joint venture tax and revenue provisions to the Russian government.

On December 9, the RSFSR Securities Trading Tax Act n16 was passed, provisions of which were in direct violation of still existing Soviet Decree Nos. 48 n17 and 49 n18 of January 13, 1987. n19 Three days after President Gorbachev's December 25 national television address officially disbanding the USSR, the Russian Council of Ministers issued Decree No. 78 n20 - the statute laying out security transaction requirements in Russia, along with the establishment of stock and other security exchanges.

Clearly, the government had been working on the re-structuring of the financial markets well in advance of the Soviet collapse. Privatization had also seen developments since the June Plan. The Russian Supreme [*8] Soviet issued Decree No. 3020-1 n21 on December 27 outlining which state-controlled properties would be subject to federal, republic, or local control in advance of privatization.

On December 30, then Deputy Prime Minister Yegor Gaidar unveiled the government's 1992 plan n22 to privatize in stages - the first sixth months targeting retail and wholesale trade, certain domestic and food services, state agricultural enterprises (other than state farms) and related repair and machine locations, unused facilities, and incomplete construction projects. The next stage, set for the second half of the year, would address small light industry and food processing enterprises (those with up to two hundred workers), construction, vehicle servicing, and road repair facilities. Both the December 27 decree and the government announcement of its 1992 program had been required by the June Plan.

The government program specifically created two categories of assets requiring special permission before being offered for privatization. The main classification, requiring approval from GKI, included state monopoly enterprises, "major enterprises" (valued at more than Rbls 200 million or employing over ten thousand persons), military and defense-related industry, mining, chemical, precious metals and gems (i.e., gold and diamonds), semi-precious stones, fuel and energy (to include extracting and processing of oil, gas, and coal, all processing locations, pipelines, depots, supply installations, and providers to the national natural gas grids), construction entities "of national significance," air transportation, installations in agribusiness and research, nuclear facilities, public transportation, higher education (including all sites of the Academy of Sciences), publishing facilities, pharmaceuticals, health and medical locations (both treatment and research), alcohol and tobacco production, and all facilities providing services to workers at their places of employment. n23 [*9]

In addition, the program specifically prohibited the privatization of any natural resources (including metals, petrochemicals, timber, marine life, gold and diamond reserves), banks, electrical utilities, property of the armed forces, regions that "are used in special ways," and locations of historical significance. n24

The nomenklatura was effectively insulated from the process, either through direct prohibition or a requirement for central approval - which amounted to the same thing. While the government publicized each new privatized hotel or restaurant, the industrial barons would quietly continue business as usual.

The Russian government began 1992 by liberalizing prices on January 2, which accompanied acute market short-ages that pre-dated the introduction of the policy. On January 29, Yeltsin issued President's Edict No. 66.   n25 Its seven appendices provided the essential structure for future privatization. Despite apparent disagreements among some members of the government on the sequencing of privatization, there had been general recognition that price and market liberalizations would mean little without the parallel introduction of private property.   n26

Edict No. 66 laid out the following provisions which would constitute the backbone of the government's major privatization policy announced some five months later. Appendix 1 of the edict (Temporary Regulations on the Proce-dure for Submitting, Filling Out and Accepting for Consideration Applications for Privatization of State and Municipal Enterprises in the Russian Federation) provided that privatization requests could issue from enterprise work collectives or their divisions, as well as by Russian and foreign juridical persons (i.e., legal entities).   n27 The appendix encour-aged, but did not require, a privatization plan under the provisions of Article 14, Clause 6, of the June Plan, as well as the government plan of the previous month, and further stipulated that decisions made by work collec-   [*10]   tives must result from general meetings of the employees in which a privatization vote was specifically taken.   n28

Along with several later pronouncements, which both established new provisions and integrated older Soviet reg-ulations, this appendix confirmed joint-stock companies as the preferred option in larger enterprises. This approach emerged as the most direct way for the government to maintain nominal control over huge production locations, while allowing for apparent stock ownership by employees. Additionally, it was the most direct manner for company directors to maintain their authority.

Joint-stock companies had been mentioned as an option as early as the July 1991 legislation, and had been intro-duced in a very limited way as a government control mechanism during the Gorbachev period.   n29 Initially, most would be "closed" joint-stock entities.   n30 "Open" joint-stock enterprises (those whose stock would be available beyond the factory walls) were at first put forward only by concerns in the most dire financial shape. For most of the big players, stock options would be open only after control had been established and the valuation of assets had increased. n31

The latter point introduces how two other provisions of Edict No. 66 served the directors' interests - Appendix 2 (Temporary Methodological Instructions for Assessing the Value of Objects of Privatization)   n32 and Appendix 3 (Temporary Regulations on the Transformation of State and Municipal Enterprises into Open Joint-Stock Companies). n33

The voucher program, through which a nationally-distributed base for stock ownership would be attempted, had not yet been introduced. Whatever procedure was established for the actual transmission of stock control from the Cen-ter to the market, two things would remain unchanged when considering the largest of companies. First, the state would retain effective control by maintaining a majority (or at least a dominant plurality) interest. Second, the advantage to the State of receiving revenue from the   [*11]   sale of companies would be more than offset by the private financial incen-tives of ministers and industrial leaders to possess huge blocks of shares. The very mechanisms introduced by Edict No. 66, therefore, made a few individuals very wealthy while guaranteeing the distorted valuations of assets which still exist today.

Appendix 2 provided that the value of enterprise assets would include fixed assets and investments, stocks and costs, monies, and other financial assets.   n34 Those figures, however, were to be determined by the traditional Soviet methods.   n35 While Articles 2 through 5 outline how both tangible and intangible assets are to be valued, Soviet ac-counting practices still dictate the procedures. The standard practice of undervaluing production while overestimating expenses would be applied to overall corporate valuation.

The practices which became epidemic by the end of the Brezhnev era - rising corruption and collapsing industrial accountability - continued without interruption. Simply, the Center had progressively lost control over actual na-tion-wide production by the late 1970's. As the central planning system became more complex, and the levels of bu-reaucracy between production location and Moscow became more numerous, the position of directors and managers became more thoroughly entrenched.

Annual production quotas regularly became a matter of private negotiation between ministers and directors, with all of the accompanying opportunities for bribes, "invisible" production for the domestic black market (or in the case of oil and metal production, exports realizing sizeable deposits in offshore accounts), multiple billings for the same prod-ucts, and occasional private sales of public property. By 1992, however, this network by which the nomenklatura main-

tained its position with the support of selected government officials, had been further accentuated by the Gorbachev reforms.

Beginning in early 1987, attempts to provide greater industrial accountability for continued central credit prompted industrial directors to move. At least as early as the summer of 1989, the government had effec-   [*12]   tively lost control over the money supply. Market value was no longer determined by the Center's increasingly artificial indexes of production and consumption, but by the largest companies themselves. Companies bartered services and products to each other, almost exclusively "off the books," causing the value of the ruble to become more dependent upon the enterprise network of exchange than upon any official exchange. This development was to be expected, given the dominance of domestic production over proceeds from international trade.

Eventually this exchange network constituted one of the major elements in the huge intra-national enterprise debt that strangled economic planning, certainly by the Fiscal Year 1994 budget.   n36

What could not be accomplished by the trade of, for example, steel for canned goods, was effected through the transfer of material or financial credit. Most of this became a central government responsibility when the return payment was not made. The large companies advanced sums to the smaller companies, knowing they could rely upon Moscow to provide a bailout.

When the debt was not repaid, it appeared on balance sheets as a non-payment for services or products. It became progressively impossible to distinguish actual exchanges in arrears from those created on paper to mask other activities. This left a handful of concerns effectively controlling the economic livelihood of hundreds of others - either directly or indirectly. As privatization intensified, these earlier networks were utilized to expand industrial conglomerate control beyond areas of initial market dominance. This control included possession of large stockpiles of raw materials or finished products, fixed capital assets, production tenders, and even more liquid assets still recorded as the "property" of other enterprises. These items   [*13]   would appear as "profits" despite not generating any return from genuine sales. n37

Until recently, the nomenklatura's control of industry (and a huge percentage of the work force), its allies in the ministries, and parliamentary support for the politically palpable (now that they were accountable to an electorate) combined to ensure continued government support in the form of soft credit which, of course, was never repaid by the large companies to the state either. The net result of this insider "Ponzi" scheme in credit and non-payment was a continued government reliance upon the issuance of new money to cover expanding advances to industry. There was nothing tangible upon which to peg the redeemable value of the new printed currency.   n38 At best, the credit not repaid to the government represented debt which could at some point be collected or discounted. In reality, repayment was impossible in most cases. What was usually reflected were single exchanges multiplied on various accounts several times - employing the tried-and-true methods of Soviet bookkeeping which allowed the burying of transactions - before ultimately emerging in some industrial ledger shown to a government ministry.

Edict No. 66 certainly recognized this practice. Appendix 2 included numerous references to debentures, attachments to goods or future returns of other establishments within the territory of the Russian Federation, direct or indirect control over assets and stockpiles of other concerns, and other intangible assets as among those which had to be included in any valuation.   n39 Yet the State could hardly oversee the determination of asset valuation, and all sides knew it. Additionally, Section 3 of Appendix 2 allowed significant depreciations in advance of valuation, and required a "residual value" to be determined which placed the primary determination in the very hands of those who had most to gain by depressing it.   n40   [*14]

Since such deductions were not to influence the initial capitalization levels of any joint-stock company formed, n41 Edict No. 66 guaranteed a deliberate undervaluation of real assets to depress the initial share of stock (once available).   n42

Regardless of the specific manner of distribution and/or sale of shares to be determined later, this proclamation assured that continued control of enterprises would certainly remain in the hands of the directors. By depressing stock prices, greater blocks of stock could be acquired at a lower price. The undervaluation of assets would, of course, subsequently be revised upward, preferably by a reputable Western accounting firm, based on the real assets and capital stock. Considerable profits would flow to the holders as a matter of course.

Appendix 3 provided that the determination of joint-stock status would be dependent upon national or regional property committee determinations.   n43 This placed action squarely in the hands of those officials with whom the directors already had developed "business relations." So long as the bribe was not excessively outrageous and the com-

pany had not so undervalued itself so as to arouse suspicion in higher places, the game of mutual benefit could continue at even higher levels of personal gain.   n44   [*15]

Shortly after the passage of Edict No. 66, a confidential source confided that "the feeding has begun." He was certainly correct. Putting aside the ill-gained fortunes which have resulted from outright fraud and corruption,   n45 those controlling the largest enterprises were well-positioned to   [*16]   make enormous profit from the later sale of joint-stock company shares issued to them.   n46 This profit would be legal. In addition to personal gain,   [*17]   the directors and their entities were poised to expand influence and control. Here, the network established under the Soviet power structure, and solidified during the first year of Russian privatization, would be very useful. All that was needed was the appropriate vehicle.

The government provided it on June 11, 1992, by passing Government Decree No. 2980-1, generally referred to simply as the "State Program."   n47 While the substance of the legislation had been known in outline form since late December of the previous year, its passage was the result of intense political disagreement.

Central to the dispute was the position of workers and managers in the privatization program. While, in principle, the turnover of state assets to private property had the support of legislators and the population,   n48 the manner in which this was to be effected was the substance of prolonged   [*18]   disagreement. The nomenklatura sought a somewhat middle ground between radical privatization and absolute state control. Ultimately, that is what was produced.

Radical privatization would have meant the enforced creation, virtually overnight, of an entire nation of property holders by the transfer of state holdings directly to them. Not only was there no realistic way to accomplish this task, but also no mechanism existed by which to do it.

Retaining direct state control would have perpetuated the economic stagnation which had obliged change initially. While there were those who argued against privatization regardless of the variety, they were remarkably few in number. The consensus, which cut across ideological and political differences, recognized that centralized economic planning and state-controlled enterprises were passe. That said, however, there was considerable disagreement over the pace and manner of transition. Most accepted the difficulty of transforming some industries; the legacy of centralized planning had left a Russia with isolated manufacturers and consumers of industrial production. That grid, which had designated sources for raw materials and finished products, and designated recipients of them, comprised the base of nomenklatura power. Central planning was not designed to breed competition and market supply-demand dynamics; it was based upon achievement of production quotas, not the development of diversification.

The small businesses, with which privatization would begin - and for which simplified auction and tender procedures were regarded as sufficient - did not occasion much thought in parliament. True, their release would inflate the number of concerns moving to private hands and, collectively, would produce rising numbers of workers and the percentage of gross domestic product in private hands. But the Russian economy was not driven by the sum total of "middle-class" expectations and consumption. What affected the large enterprises determined the condition of just about everything else. The Soviet system responded to raw material production - especially petrochemicals, coal, metals, gold, and diamonds - and the disproportional usage of finished metals and durable goods by the defense establishment. All other elements in the economy were superimposed, like so many transparencies, over the already established foundation of massive state-driven industrial machines.

This economy had been command-driven, providing no education in the selection of sources or outlets for goods. Choice was irrelevant. With selections made for them by the government, directors needed to concern themselves only with reaching the targets established by some supervising ministry. Taking out the "command" produced a dangerously   [*19]   unstable economy. It is difficult to imagine the scope of expected change so soon after introducing privatization. Some targets were unrealistic, and both the government and the industrialists knew it.

In the industrial cities created by Stalin, privatization blew like a cold wind. Here, entrenched by control of both industrial and social development,   n49 the directors waited. They knew the vast majority of workers would opt out of any decision-making environment spawned by the rise of private property. Initially or ultimately, therefore, the nomenklatura would end up controlling this "brave new world" being fashioned by bureaucrats in Moscow.

Time was something the directors had, but the reformers did not. For his part, then Privatization Minister Anatoli Chubais knew that quick, irreversible, movement was the only chance that privatization would have. As much as possible needed to be set in motion before the inevitable public disapproval emerged. Real privatization would mean attention to efficiency and accountability, plant closures, downsizing, retrenchment, unemployment, and an economic uncer-

tainty which the worker had not experienced in the state-controlled system. A retreat to state ownership could still take place. When public questioning later began, it found a receptive audience in the legislature.

At this time, the Russian Parliament was still operating under the Brezhnev-era Russian Federation constitution - a document that had been amended so many times it was internally inconsistent and, at times, flatly contradictory. Moreover, the members, having been appointed under the old system, had already emerged as a problem between Yeltsin and the Speaker of the Parliament, Ruslan Khasbulatov.   n50   [*20]

Despite the alliance formed during the August 1991 coup and the following months of Russian replacement of Soviet power structures, the economic reforms were a primary cause of the split which surfaced shortly into 1992. On the one hand was the ever-popular Yeltsin and his economic reform government headed by Yegor Gaidar, the acting Prime Minister. On the other, quickly mobilizing in opposition, were forces centering about Khasbulatov and Vice President Alexandr Rutskoi (who had been selected as a running mate by Yeltsin in an ill-fated attempt to garner the military's support and the more conservative electorate).

Yeltsin had the initial advantage and all elements knew it. The Parliament, however, was controlled by the "old guard," with a significant amount of support coming from the now virtually untouchable directors of the largest enterprises. Ultimately, the dislocation created by hasty market reforms - supplemented by the Parliament's indirect accountability to popular control, the aspirations of certain politicians, and the outright greed of some ministers - conspired to undermine the government. The political crisis intensified and ultimately led to an unsuccessful call for Yeltsin's impeachment and a replacement of Gaidar by the head of Gazprom - and thereby the most powerful industrial director in the country - Viktor Chernomyrdin.

Throughout this period - from the late December 1991 announcements by members of the government until passage in June 1992 of the State Program - a political test of wills took place. The government never intended to take on the industrialists frontally, however. Gaidar and Chubais knew that would be counterproductive. Rather, they provided particulars to be contained in the plan, gauged the support, and solidified the official position in advance of parliamentary consideration. This strategy explains the almost daily leaks of program elements which were discussed by reformers as if the proposal was "a done deal."

Well before Arkady Volsky went public with his "centrist" Civic Union faction,   n51 the directors already were effectively lobbying in the Par-   [*21]   liament. It is fundamentally important to understand how they regarded their position vis-a-vis the Center. The directors had no interest in being the government. Their politics were played in the background. Soviet planning had taught them the sophisticated art of negotiating with ministries. While advancing in the party structure might have been an additional political inducement during the earlier period, by 1992 there was nothing that a political life could offer them to oblige relinquishing effective industrial control. Therefore, so long as they could maintain dominance in the factories, drilling fields, and generator rooms of the new economy, whatever government emerged in Moscow would be dependent upon them. In this regard, the directors operated no differently from plutocrats world-wide.

The government had to move quickly, since public approval is always transitory. However, the industrial lobby could wait. The directors had the advantage in the regions due in large part to the fact that the Center's economic policies, especially price liberalization, had already developed opposition there.

The compromise that was struck was largely of the directors' making. Certainly, the industrial lobby emphasized revising the initial plan to increase workers' rights in the development of joint-stock companies among the largest state enterprises. This development was politically irresistible to the government, exuding multiple symbols of a democratic Russia. Ultimately, however, it placed effective control over workers' shares in the hands of the directors.

Other agreements made in the hectic negotiations throughout the first half of 1992 included greater leverage for industrial insiders to acquire stock positions at reduced prices. That was, of course, something the directors could live with quite nicely. On the other hand, the government insisted upon, and gained, the acceptance of a secondary market in shares. Initially, Chubais had argued long and unsuccessfully to open the process at an early date to outside share acquisition,   n52 the only real way to offset directors' control. Such progress would have been simply too much, too soon. [*22]

Concern over foreign dominance of the nascent market, regional distrust of the intentions of banks in the cities, and the more immediate concern of having decisions made by those having some familiarity with the local problems, combined to defeat any rapid opening of industrial privatization. This did not detract from either investment tenders or the auctioning of smaller concens, however. Maintaining managerial control of the large facilities, preferably by mobi-

lizing joint influence and economic leverage where possible, and delaying any genuine opening of the market for these enterprises remained their essential strategy throughout.

The directors knew that, at some point, a secondary market would dilute effective control over facilities. They also knew, however, that such a challenge to their interests would not occur immediately. For its part, the government recognized that the compromise had ceded short-term control of the Russian industrial base to those who already controlled it. The elected boards would still be determined from within.

Various options available in the joint-stock company regulations would place a higher price on additional shares purchased by insiders, other than the initial acquisitions by workers' collectives in conformity with the privatization plan determined by the enterprise or those designed to improve pension or other benefit plans. Initially regarded by the government as a form of deterrence to rapid acquisition of "home-grown" controlling interests, the under-valuation of the shares effectively brought the price of enterprise shares well below even minimum market expectations.

Still, two elements of the State Program provided hope that a broad-based property class would eventually emerge. First, the secondary market, when operational, would allow for the distribution of shares well beyond the number of initial holders. Second, directors would be accountable to shareholders. Even granting that the initial members of shareholders' meetings would be enterprise workers, and the management selected by them would be controlled by the management already in place, the directors would still be answerable for actions in ways unlike the old system.

Until the workers became sophisticated in the effective powers of ownership, the directors had little worry. Still, the very advent of share ownership would provide an element which the Soviet labor union system never did. There could emerge in short order a base of opposition to management.

The existing labor unions, while having been provided some powers to strike and hold managers accountable for actions under legislation introduced in the late 1980s, were not designed to initiate collective action against industrial heads. That had been traditionally handled by worker   [*23]   appeals to ministries - from whom, presumably, the managers had received central instructions.   n53

Still, this new potential provided by joint-stock privatization would not emerge easily. Seventy years of education provided a significant deterrent to popular acceptance of property ownership as an economic weapon. The new order proposed by the government anticipated developing property interests among the workers as a way of balancing director dominance. The workers, however, remained more concerned about wage levels, prices, and consumer product availability. In short, their interests were immediate, and that played well into the hands of the directors.

By the time genuine dispersion of shares would begin, therefore, the directors would have adapted their dominant position to meet it. No amount of positive "spin" from government officials could detract from the inescapable conclusion that the compromises were essentially victories for the nomenklatura. Privatization would be introduced, but in a manner consistent with the directors' interests.

The State Program was subjected to over a hundred revisions before the first stage of privatization was completed on June 30, 1994. Nonetheless, it would remain as the essential foundation for the largest government sell-off in history. This edict established the now familiar three-fold distinction in Russian privatization: auction, tender, and joint-stock company (or "corporatization," as my European colleagues prefer to call it).   n54 Com-  [*24]  panies having no more than two hundred employees could be sold outright, while those having more than one thousand could only be privatized through the joint-stock option.

The most important single decision made from the directors' standpoint came a few weeks after the unveiling of the 1992 Program. On July 1, 1992, Yeltsin issued President's Edict No. 721.   n55 This edict provided the outline for massive consolidations of industrial power over the next two years. Sections significantly revised the application of the main privatization program directed at large enterprises and placed the responsibility for determining an acceptable privatization plan squarely with the insiders themselves.

In this empowering edict, existing enterprise directors and executive officers were given the responsibility of setting up overall privatization plans   n56 and named as the interim Governing Board for the joint-stock company being established.   n57

The GKI was given the responsibility of conforming this edict and its annexed statute with the plan proclaimed the previous month, as well as   [*25]   the earlier President's Edict No. 66 issued in January.   n58 This arrangement re-

quired thousands of GKI orders, with "conforming requirements" separately issued for each joint-stock company being formed or revised.

Annexed to Edict No. 721 is the Statute of Commercialization of State Enterprises with Simultaneous Transformation Into Publicly-Held Joint-Stock Companies.   n59 It is likely that this edict contained some of the most bitterly disputed elements by government and directors. The statute is appended to a presidential pronouncement because Chubais and Gaidar could not chance its fate in a parliament controlled by the old guard.

According to this edict, the chief executive of each enterprise governed by the mandatory joint-stock company requirements of the privatization plan   n60 was required to establish a "working commission" for privatization   n61 within seven days from the promulgation of the edict,   n62 provide its "documents" (plan, statement of assets valuation, and joint-stock statute - a "Model Statute" provided in Section 4   n63 ) to the GKI by October 1, 1992,   n64 with the GKI being required, if the "documents" were approved, to file for state registration on behalf of the enterprise by November 1.   n65

Within 15 days of joint-stock registry, the working commission of the enterprise must file with the GKI the enterprise's stock distribution plan, the names of stockholders, and the number of shares provided to each, and a protocol on the results of the private share distribution.   n66   [*26]

Initially, the share distribution would be only to those determined by the working commission to be associated formally with the enterprise. Normally, that meant present employees and managers. It also could mean, however, pensioners, those recently laid off, those transferred to other positions at separate locations in the same enterprise complex, and even those who had voluntarily quit. In some of the larger companies, simply establishing which personnel qualified for shares was a very time-consuming task.   n67

The regulations specifically prohibited removing members of the working commission, obviously to prevent extreme pressure being brought to bear. Edict No. 721 allowed only resignation as the acceptable manner of members leaving the commission.   n68

To prevent horizontal acquisitions, the State Program precluded joint-stock companies from acquiring shares in any other privatized concern in which the state controlled more than 25% of the shares.   n69 Such acquisitions could not be effectively prevented once holding companies and investment houses became major players in the voucher market.

Disagreement between the GKI and the directors would certainly focus on how the shares would be distributed and who ultimately retained with effective control of the enterprise. Given the exceptionally tight time [*27]   table applied, there was simply no opportunity for working commissions to consider seriously a number of privatization scenarios - a factor which favored existing management.

The decision as to which stock distribution plan would be utilized was to have been made at a general meeting of the work collective, at which each employee would have one vote. The State Program laid out three options for share distribution within the enterprise.   n70 The three-fold scheme was further qualified in the Statute of Commercialization; the Russian Government's Edict No. 547;   n71 and GKI Order No. 308r.   n72

Option 1 provided workers up to 25% of the enterprise's stock in the form of "Class A preference shares" at no cost.   n73 It further provided   [*28]   that an additional 10% of ordinary shares (i.e., common stock with voting rights)   n74 could be purchased by the workers at 30% of the nominal rate,   [*29]   provided no worker ended up with more than six times the minimum wage.   n75

Option 2 allowed the workers' collective to purchase 51% of the shares at nominal value, but provided no shares of any kind without payment.   n76 GKI strictly controlled this option. It had to be approved by two-thirds of the workers in the initial general meeting, had to be achieved by conclusion of the first subscription period (prospective purchasers had ninety days), and had to be within the "closed period" of subscription subject to heavy oversight (as provided for in GKI Order No. 308r).   n77

Failure of any of the above would result in the automatic application of Option 1. The GKI knew that Option 2 was the more direct route to control, since workers might technically own a majority interest in an enterprise but would certainly delegate managerial authority to the current directors.

Option 2 also provided little protection against rapid acquisition of share blocks. GKI Order No. 308r allowed 50% of payment to be in privatization vouchers,   n78 but prevented participants from being entered on share registries

until the entire payment was made.   n79 Since no credit was to be provided for purchases under this option, GKI assumed most workers organizations could not afford it.   n80  [*30]

Option 3 was a confusing combination of the first two. It essentially provided for discount purchases of 20% of the stock available to all workers at the same 30% reduction as provided in Option 1, with an additional 20% reserved for a small group of insiders authorized by two-thirds of the entire body.   n81 This insider group would enter into a one-year non-renewable agreement to accomplish certain tasks for the enterprise as a whole.   n82 As with the second option, Option 3 required an initial agreement of at least two-thirds of the workers.   n83 Failure to achieve this, produced automatic privatization under Option 1.   n84

Option 3 was largely created to attend to the needs of enterprises having the following two characteristics: (1) large enough to qualify as medium-sized candidates for joint-stock designation (i.e., at least two hundred workers, and between Rbls 1 million and 50 million in fixed asset capitalization as of January 1, 1992   n85 ) and (2) middle-range companies likely to experience the greatest difficulty in remaining viable in the new market (i.e., in need of restructuring as quickly as possible to survive). GKI had concluded that those already on-site could accomplish this restructuring most expeditiously and with the least amount of worker opposition.

President's Edict No. 914, issued on August 14, introduced the privatization voucher program.   n86 It provided for vouchers in the nominal value of Rbls 10,000.   n87 Each citizen of Russia would receive one at no charge, with the vouchers remaining in effect between December 1, 1992 and December 31, 1993.   n88

According to the Statute of Privatization Vouchers annexed to Edict No. 914, the vouchers could be used to purchase either "privatization   [*31]   objects" (i.e., shares or other security interests in privatized companies - including those subject to auction and tender) or shares in investment companies registered with GKI for the purpose of acquiring the vouchers for subsequent usage in privatization purchases.   n89 Western news stories about vouchers being exchanged for bottles of vodka were quite overdone.   n90

The market value of vouchers did decline markedly shortly after issuance. Several banks bought and sold vouchers at a discount.   n91 Some outlying areas did not even receive vouchers until well into 1993. By the second quarter of 1993, however, the value had begun to stabilize and rise.   n92  [*32]

The average individual, of course, could never hope to use personal investment to bid on a company, but private investment funds could. These funds attracted the bulk of vouchers being traded, accumulating a considerable financial presence in the process with few prospects for its use.

These funds maintained growth through heavy advertising that promised considerable return, but employed little, if any, in actual investment. Some were positioning themselves for the eventual opening of the market by the government and subsequently generated impressive returns for subscribers once a genuine range of investment opportunities was available.

Most, however, became classic "Ponzi" schemes, paying back early investors from the proceeds gained from later members. Pyramiding in this manner was possible, and sustainable, for two reasons. First, the inflation rate (which was double-digit monthly for virtually the entire period of the voucher program) provided opportunities to make considerable gains on the currency exchange market. The vouchers were used as collateral for "margin" purchases, and the vested interests of a small number of large investment funds and an even smaller number of Moscow-based commercial banks, would guarantee a continuing weakness of the ruble against the dollar.

There was considerable profit to made here, which could be multiplied by parallel transactions in other NIS currencies (Ukrainian karbavonets, Byelorussian rubles, Estonian kroons, and Latvian lats quickly becoming the most popular) - since there was not a uniform rate of exchange among them. This guaranteed a rapidly-developing interest in not effecting significant economic change. The investment funds could actually generate profits without participating in privatization at all.

Second, the market for additional subscribers was wide open. Few outlets existed for return on personal assets. The regulations on savings accounts restricted easy access and produced returns that did not keep pace with inflation. Most individuals were not participating in joint-stock options, and the opportunity to utilize personal vouchers or funds in genuine stock investment was impossible unless it could be done in bulk. Only the investment funds could provide that avenue, even assuming that they were genuine.  [*33]

The initial figures widely touted by the government to prove how much was being privatized were quite misleading.    n93 First, the privatization was largely internal. Workers were acquiring facilities, either through joint-stock provisions (if it were large enough) or by auction. Actual control of the enterprises, however, remained in the hands of existing directors or managers. In short, no genuine private market was being developed.

Second, the general population had no way to participate in these transactions. Despite a series of presidential edicts to guarantee public awareness, require advance announcement of auctions and tenders, and provide equal access, the real alternatives to investment funds were nonexistent. Not bringing the general population into the process provided a political foundation for opposition to the government's program.

The vouchers could be used only once in the privatization process,    n94 thereby, apparently, preventing the rise of a secondary market in discounted vouchers. Genuine concern existed that the vouchers might also become a parallel currency in the Russian market. The single voucher use took place only when it was employed in the purchase of stock. That still allowed vouchers in the possession of investment funds, banks, or private  [*34]  speculators in advance of applying that use as collateral or other means to underwrite financial transactions.

Originally, the GKI wanted all vouchers to be used by the end of 1993. That, however, proved unrealistic. Ultimately the GKI settled on June 30, 1994, as the deadline. In all, the system of voucher redemption worked amazingly well. Of the over 151 million vouchers distributed, better than 148 million of them were subsequently used for the purchase of shares.    n95

The GKI recognized that a major hindrance to effective voucher utilization was the lack of attractive entities being privatized. A voucher market of this size cannot be sustained by the release of only local concerns, hotels, restaurants, service companies, taxis, and "Mom and Pop" stores. The government was attempting to transform a market virtually overnight with few attractive commodities available for non-internal purchase.

Therefore, two decisions were made. First, the government would expedite the release of more desirable enterprises. Second, GKI would also require the accelerated movement of joint-stock shares to the open market.    n96 Both of these revisions were direct threats to the nomenklatura. Almost immediately, the privatization program was plunged into a political conflict which threatened the budget, suspended the operations of government, produced impeachment calls, and ultimately ended with tanks shelling the Parliament building.

Throughout this prolonged disagreement (it lasted almost from the time of voucher release in late 1992 until the suspension of Parliament the next September), the directors successfully used the legislature as a surrogate against GKI. [*35]

Three primary strategies were employed. First, the directors sought a legislative revision of the privatization policy by the introduction of what would become known as "Option 4." Advanced initially as a guarantee of workers' rights in the privatization process, Option 4 was actually a rather transparent attempt to legislate directorial control of enterprises.

The idea was hardly new. The proposal had been initially drafted in 1991, and its sudden introduction on the legislative agenda on January 14, 1993, was a frontal attack upon the entire voucher process.    n97 Based on the concept of the "people's enterprise," the approach effectively scrapped privatization and replaced it with an enterprise-based socialism. Workers would be guaranteed shares so long as they continued to work for an enterprise, but would have no independent or individual property rights apart from being a member of the "workers' collective."    n98 Most industrial enterprises would be immediately exempt from further privatization, and there was no time limit on how long the procedure of collective ownership would be exercised.

The government pulled out all the stops - introducing a massive lobbying, public relations, and media campaign against Option 4. Ultimately, it was tabled by its supporters, but not defeated. GKI had to put privatization on hold for nearly four months while officials fought this latest political battle. Those four months allowed the directors to develop alternative plans and to position themselves for the real proposal they wanted from the government. They would have won either way in the Option 4 controversy.  [*36]

Few directors thought that this legislative initiative would really pass, but the exercise had required the government to expend political capital best reserved for the more fundamentally decisive fights with Khasbulatov and his people which were certain to arise.

The second strategy was, at best, an ex post facto holding action. It was the strategy government opponents in the legislature would be most likely to adopt anyway. To the extent, therefore, that it managed to obstruct government plans in the short term, it served the directors' purposes.

No sooner had Option 4 been tabled, than the legislature began invalidating GKI actions. On July 20 and 21, two resolutions were passed aimed at arresting privatization entirely. The first suspended all GKI activity pending a Constitutional Court determination of its overall "constitutionality."    n99 This would have delayed any privatization activity for another five months at least.    n100 In the process, the resolution also suspended a series of presidential edicts whereby the privatization process had been initiated.

The second, declared a legislative intention to oversee privatization and GKI. Privatization oversight was delegated to various government departments. It was charged that the resolutions (along with two others drafted but never acted upon) had been fashioned in secret, overseen by Khasbulatov, pushed upon the floor with no prior debate, and primarily intended to de-stabilize the voucher market - thereby generating popular unrest with privatization which could then be used politically against Yeltsin.    n101    [*37]

The expected response from Yeltsin was not long in coming. On July 26, President's Edict No. 1108 was enacted. n102 The edict reenforced the State Program    n103 and the earlier edict numbers 721,    n104 1228,    n105 and 1229, n106 while specifically precluding any variation of joint-stock company formation other than the original three options n107 (i.e., Option 4 was invalid), and preemptively outlawed any central, regional, or local laws which were at variance with the State Program and its enabling edicts and regulations.    n108

The most direct attack upon the opposition, however, was contained in section 15. This section charged all heads of administrative agencies with "personal liability" for compliance with the regulations.    n109 Failure to do so would result in removal from office.    n110 The president was finally taking issue with the nomenklatura on the privatization question. It was, however, too little, too late.

The opposition apparently planned to pass another legislative resolution invalidating this edict.    n111 They were never given the chance. While the body was officially in recess (although its leadership remained in Moscow to continue the political battle with the President), Yeltsin set up plans to dissolve the legislature. Late on September 21, 1993, he issued Presi-    [*38] dent's Edict No. 1400,    n112 suspending the activities of the legislature and calling for both new elections and the passage of a new constitution.

The "rump session" of the legislature was quick to reply. The next day, it passed Supreme Soviet Order No. 5790-1, removing Yeltsin from office.    n113 Vice President Rutskoi was appointed acting president, and the Constitutional Court declared the presidential edict unconstitutional. Tanks decided the issue two weeks later.

In all, the move for Option 4, the subsequent "war of resolutions" between the branches of government, and the crisis of leadership had cost privatization the first nine months of 1993. The directors were able to consolidate their positions. They also set the stage for the third strategy - which had been developed throughout the period of privatization and directly addressed the real interests of the heads of industry.

II. The Emergence of the Holding Enterprise

The basic ideas of private property, share holding, and the profit motive were never really the source of director opposition.    n114 After all, they had been living a privileged life under the old system and were likely to have the same position under the new one. The real issue had always    [*39]   been control. To maintain it, the directors of major industries were prepared to go their own way. In the process, not all industries in Russia would benefit, but a handful of very powerful market tycoons would be established.

The third strategy called for government revision of privatization vehicles in the largest enterprises. It did not call for an end to the process, nor was it opposed to the ultimate opening of joint-stock company shares to outside purchase. What was sought was a consolidation of the state holdover monopolies into vertical holding enterprises. On this issue, the government had little alternative.

GKI recognized that the problems of privatizing, for example, the oil and gas companies, energy producers, metallurgical combines, and the defense complex would be enormous regardless of which plan was adopted. Most of the middle and lower echelons of administrative agencies - especially those geographically closest to the enterprise giants, including elements of GKI - were still traditional Soviet-style bureaucrats. They had consistently compromised privatization, and were often unreliable when it came to making decisions on merit rather than convenience.    n115

These officials, the only realistic alternatives to the industrial directors, were hardly sources of encouragement to Yeltsin's economic team. Beginning in the fall of 1992, therefore, the directors of the biggest enterprises embarked on a compromise. Whereas the other two strategies became public and very political, the third was done quietly and in stages. It concerned wealth and power and played to the directors' very strengths.   [*40]

The sheer size of some industrial entities inherited from Soviet planning is difficult to comprehend unless experienced first-hand. Given Stalin's penchant for "single producer, single customer" networks in developing the production base, they grew to enormous proportions. Small cities with a single employer and sprawling factories with six-digit work forces resulted. Entire sections of the Russian economy had earlier been effectively delegated to the control of these mega-enterprises and their directors.   n116

Privatization could not succeed without transforming these companies. They were the last to become available but ultimately determined whether economic reform would prevail. This was the real center of the nomenklatura. A veritable government unto itself, it had the power to undercut a government, and the Kremlin knew it.

Its support was mandatory. In the summer of 1992, the GKI began designing models for holding companies among the energy and petrochemical segments of the Russian economy.   n117 The idea was to ease the movement of the industrial giants from state control to the private sector by establishing joint-stock companies that would operate as transitional stages. While subject to the same essential provisions as other joint-stock companies, they would be singularly distinguished by consolidating a number of separately established joint-stock companies into one entity. The same approach would be applied to large metals entities, such as Norilsk Nickel.

This was followed in short order by a major change in overall economic policy. What had been labeled "financial stabilization," and had been put forward as the government's primary objective for 1993, was replaced by a goal of "structural economic transformations." While couched in reform language, this move represented a major step backward. The government agreed to continue subsidizing inefficient enterprises, suspend bankruptcy regulations, and apply more extensive exceptions to the joint-stock requirements. One newspaper called it a "concession to the industrial lobby crowing the government's complete departure from its policy of fiscal stabilization."   n118 It rapidly increased the government budget   [*41]   deficit and mushroomed inflation rates, while continuing to allow delays in basic structural reforms.

Acting Prime Minister Yegor Gaidar's government did not undergo a temporary loss of mental ability. Rather, there was no other choice. First, a rapid government restructuring of behemoths like Gazprom, any of the nationwide oil companies, Magnitogorsk, or the regional energy grids would have produced massive dislocation, insolvency, unemployment, and a consequent heavy strain upon an almost nonexistent social safety net. Second, it was this same network of oil, gas, metal, and energy producers upon which the government had to rely for essential hard currency earnings without which economic reform would only occur on paper.

As a result, such concessions began appearing almost concurrently with the announcement of the national privatization plan. President's Edict No. 922,   n119 issued on August 17, 1992, specifically exempted the power, oil, petroleum, and related industries (pipelines, drilling, shipment, etc.) from the general joint-stock provisions. Privatization of these companies would be subject to regulations designed explicitly for them. By the end of 1992, it was clear that none of the oil and gas giants would be de-monopolized in the near future.   n120

This was followed on November 16 by the document which sealed the agreement with the large directors. President's Edict No. 1392   n121 allowed the government to retain effective control over nationwide enterprises in communications, power, oil and natural gas, metals, defense pro-   [*42]   duction and research, alcoholic beverages, transportation, and "national security."

It was Appendix 1 of this document (Temporary Statute of Holding Company Formed at Conversion of Enterprises into Joint-Stock Companies), however, that was the object of so much directorial activity. This appendix allowed for vertically integrated holding companies   n122 and effective control over vast parts of the Russian market. Subsidiaries n123 were to be absorbed to promote cooperation between related enterprises in common investment projects.   n124

All subsidiary acquisition had to be approved by the government,   n125 which retained a "Golden Share." n126 Restrictions were also placed to prevent any control of a market in excess of 35%.   n127 The veto provided by the "Golden Share," however, did not extend to managerial or operational control, while the 35% limitation could be effectively evaded by shuffling subsidiaries among categories of production, distribution, or usage. The directors would maintain control.

Holding companies were also allowed among financial institutions.   n128 While this would produce multi-faceted commercial investment banking establishments (such as Menatep), it would also allow the holding companies to expand their control beyond their original areas of activity. The process of setting up holding companies would effectively end with the announcement of President's Edict No. 1003,   n129 but not until May 23, 1994, only one month before the official ending of the first stage of privatization. By that time, three other matters had been decided. First, the leadership crisis of December 1992 had resulted in Yeltsin replacing Gaidar with Chernomyrdin, followed by changes in government policy of considerable advantage to Gazprom in particular and to the holding enterprises in general. n130  [*43]

Second, revisions were made in the manner of determining fixed and capital assets prior to evaluating stock shares. Since these occurred after the holding companies were established, each fundamentally (and dramatically) increased the worth of the directors' controlling interests. Decisions such as the Ministry of Finance Letter No. 56   n131 or the Government Decree No. 1233   n132 provided considerable financial clout to the holding companies - whose book value increased many-fold as the assets were revaluated from level to level in the organizational structure. That it was sometimes impossible to identify proper control over assets, occasionally allowed the same facility to be utilized several times in arriving at the final figures.

Among other things, this subsequently allowed the acquisition of foreign investment from the European Bank for Reconstruction and Development, the U.S. Export-Import Bank, and dozens of foreign commercial banks while the companies were still under effective government ownership.   n133 Additionally, holding companies, principal subsidiaries, and/or other major market players began floating shares on foreign markets,  [*44]  through the issuance of American Depository Receipts (ADRs) or European Russian Depository Certificates (RDCs).   n134 Recently-announced foreign investment funds were also poised for major acquisitions of stock.   n135  [*45]

Third, once the principle of the holding company was established, it was possible to consolidate considerable assets in a relatively short period of time. And here, the new team in the Kremlin was of considerable help.

The leading example is the restructuring of the oil industry, overseen by Chernomyrdin's office. This reorganization was sometimes overseen by the Prime Minister himself, not exactly unexpected given the prime minister's background. Further, the Minister of Fuel and Energy, Yuri Shafranik, is a former oil company director, as are all of his principal deputies. Not surprisingly, the Prime Minister's political party, "Russia Is Our Home," is heavily financed by the oil and gas producers.   n136

Other industrial sectors - Mining, Transportation, and Metals, for example - also benefited from ministerial "inbreeding." Those "controlling" the enterprises were from these sectors. The effect was far worse than the abuses claimed from the Washington Beltway "revolving doors," and, upon occasion, produced results which would not have been tolerated even in the most lenient of regulatory periods in the U.S.   n137

Beginning in November 1992, a major restructuring of the Russian oil industry took place. One day after the passage of President's Edict No. 1392,   n138 President's Edict No. 1403 was published.   n139 It provided for the creation of vertically-integrated holding companies in oil and related fields   n140 - literally establishing by edict what had taken the likes of John D. Rockefeller and Viscount Bearsted decades to create.

These companies were specifically exempted from Appendix 1 of Edict No. 1392 (Temporary Statute of Holding Company Formed at Con-  [*46]  version of Enterprises into Joint-Stock Companies).   n141 A series of government edicts and GKI orders were issued, occasionally interpreted by other presidential pronouncements.   n142 What emerged was the re-alignment of thousands of oil-related locations into (at present) ten large enterprises which control installations from the drilling fields to the refineries, including supply and secondary entities, pipeline networks and distribution sites. Each of these, if taken alone, would rank in the top twenty-five world-wide.   n143 The government retained between 38% and 51% of stock shares in each of these enterprises.

As productivity continues to decline, for reasons which have become quite visible in the last few years but result from decades of Soviet inefficiency,   n144 additional consolidations of these sorts will emerge.   n145  [*47]  They constitute one of the few ways to organize a collapsing economic sector which still represents the most direct method for raising hard currency. Already, less than half of what is produced in Russia is consumed there. However, the price differential between the level at which domestic production is purchased and the level at which it can be sold abroad provides a considerable motive for Russian oil trading houses to resist any significant change.   n146

Such consolidations maintain power, and probably have also minimized the social impact of the massive and immediate unemployment,    n147   [*48]   but have done little to stem the continuing crisis of Russian oil production.   n148

The restructuring will continue, with the most viable becoming objects of Western investment interest. It is here that the oil directors believe the downward cycle will reverse. Without an influx of new capital, the crisis will deepen. That investment will not be forthcoming from the government. While tenders for new field development (such as the long-awaited opening of the Sakhalin fields    n149 ) will introduce new opportunities, the revision of Russian legislation covering sub-soil usage of raw materials is not close to being completed.    n150 Conflicting taxing policies continue to plague foreign investors in the energy sector.    n151 Developing new fields, however, takes time.    n152 Most of the Russian oil network cannot wait.

Maintaining control over enterprises, therefore, hardly guarantees success. It does, however, provide a degree of leverage which the loss of   [*49]   asset control would deny. Among the directors genuinely interested in their enterprises, working capital is literally the bottom line. This is as true in other holding enterprises as it is among the oil giants.    n153

The daily need to attract funds became all the more accentuated once the central government began withholding soft credit at the end of 1994. The loss of such credit exposed the inflated positions of many enterprises. Most of the "profit" generated by Russian industry exists only on paper. Two primary methods of improving the books, but not the corporate accounts, are still in wide practice.

First, industrial locations stockpile raw materials or finished products. Technically, of course, such inventories are assets, but they certainly do not contribute to generating working funds. This practice retains one of the principal ways plant managers guaranteed meeting production goals under Soviet central planning. It likewise produced a secondary profit from black market transactions.

Second, bills simply go unpaid. As mentioned earlier, the inter-industrial debt in Russia is staggering. The government succumbed to large enterprise director pressure again by the end of 1993, and issued massive amounts of credit. These government subsidies were in the form of loans,   [*50]   but there was never a chance that they would be paid back. With such wildly inflationary assistance from the Center, both of the above techniques merely continued unabated. The government succeeded only in buying some time, but at considerable expense. The internal cross-sectoral debt continued to pile up, the central authorities continued to print new money, and inflation intensified - guaranteeing that new debt could not be paid back. Ultimately, the currency collapse of October 1994 forced a change in approach.

Most of the new companies have not fared well. Managerial disasters have not been prevented, even in those enterprises with well-established markets and apparently knowledgeable directors. The spectacular collapse of ZIL, once the standard of Soviet auto manufacturing, illustrates that not all enterprise heads had the best interests of workers or communities at heart.    n154

Others, such as Komineftegaz (a subsidiary of the vertical oil holding company Komitek) and Krasnoyarsky Aluminum sought to maintain control by revising stock without the knowledge of principal shareholders. Komineftegaz directors tried to offset increased positions being acquired by foreign purchasers - primarily CS First Boston    n155 - through an unauthorized supplementary share issuance made without any additional capitaliza-   [*51]   tion. Krasnoyarsky had a more direct approach. Sometime in October 1994, it merely deleted from its stock registry a 20% holding of the U.K. trading house Trans-World Metals.    n156

With President's Edict No. 889,    n157 issued on August 31, 1995, some of the largest enterprises will have huge state-held share packages released in return for massive credits to the government. Control, however, will remain with the nomenklatura in the most vital of industries - petroleum, metals, and energy - for the foreseeable future.

Conclusion

If privatization was seen as an attempt to break the traditional hold on industrial power, it failed. Ultimately, capitalization will provide sufficient investment and working capital for some, leaving others to either fend for themselves or declare insolvency. But we shall not see the real transfer of board room power from the old guard to the new capitalists for perhaps a generation.

As politics has surrounded the moves by Yeltsin to consolidate power after the December 1995 electoral defeats of the democrats, a new move to renew governmental support for industry was introduced. Anatoli Chubais, the last re-

maining reformer, was replaced by nomenklatura veteran Vladimir Kadannikov. Kadannikov, as head of the financially strapped auto giant Avotovaz, had been active in attempts to renew soft government credit.

The results of the massive late-1995 auctions of state-held shares for credits to the government under the provisions of Edict No. 889, had witnessed a small number of Moscow-based commercial banks give notice that they intended to control Russia's financial future. Already, the likes of  [*52]   Menatep, Oneximbank, and Inkombank - the big winners in what some Russian analysts called the greatest stock swindle in modern history - have accumulated controlling portions in Norilsk Nickel, Sidanko and Yukos Oil, shipping lines, and defense contractors for a fraction of their market value.

As the search for essential capital continues, alliances among the new investment bankers and the old guard have been forged. Already, by the first quarter of 1996, the latest strategy by the enterprise directors has emerged. The largest industries and the largest banks have begun to pool resources in a concerted move to control financing in vast areas of the new Russian markets.

Establishing financial and industrial groups (FIGS) in rapid succession, in less than one year all ten of the largest Russian banks, over four hundred and fifty non-energy based enterprises, and all eleven of the largest trading companies have merged into some thirty integrated investment entities. Collectively, they effectively control over fifty percent of the domestic production base, sixty percent of metals production, and at least two-thirds of advanced technology.

In oil and gas, Gazprom and Lukoil (Russia's largest integrated oil producer) have employed their control over Imperial Bank to channel considerable foreign funds into both domestic investment and international depository receipts. The oil holding companies taken collectively control over ninety-five percent of Russian production, while directorial restructuring has ground to a halt.

The consolidation of power has intensified, while the public outcry against privatization has steadily retarded further real expansion in stock ownership. In short, the old guard and the new bankers have forged an unsteady partnership. In a generation, if the Russian private market survives a myriad of other problems, we may not be able to tell the difference between them.


The dialectic of history is full of odd and cunningly contrived ironies, and among these are rebellions waged only that the rebels might in the end be converted into their opposites.

Richard Hofstadter


## Legal Topics:

For related research and practice materials, see the following legal topics:
Business & Corporate LawForeign BusinessesGeneral OverviewCommunications LawRelated Legal IssuesTaxationEnergy & Utilities LawGas IndustryMarketing & TransportationGeneral Overview

## FOOTNOTES:

n1. The term had long referred to those holding top-level positions in the Soviet system, including government, party, military, industrial, technological, and cultural leaders. It conferred a status of distinction, considerable access to privileges, and the primary track for advancement. See Bohdan Harasymiw, Nomenklatura: The Soviet Communist Party's Leadership Recruitment System, 2 Can. J. Pol. Sci. 493, 505-12 (1969); Michael Voslensky, Nomenklatura: The Soviet Ruling Class (Eric Mosbacher trans., Doubleday & Co. 1984) (1980). Today, the wide use of this term in the Russian media to refer to the "old guard" - those using position to prevent change - is derisive. It comprises a recurring theme in Moscow newspapers throughout the privatization period. See, e.g., Nomenklatura Underground Takes Control of Russian President's Administration, Nezavissimaya Gazeta, Jan. 25, 1992, at 2, available in Westlaw, SPD 01/25/92 PM 5; Nomenklatura's Revenge Behind Facade of Anti-Nomenklatura Revolution, Nezavissimaya Gazeta, Feb. 22, 1992, at 2, available in Westlaw, SPD 02/22/92 PM 12; 'Sovietization' Instead of Privatization, Ekon. i Zh., Sept. 28, 1992, at 4, available in Westlaw, SPD 09/28/92 AM 5; Leonid Margolis, Nomenklatura Has Remained the Master in the Country, Vek, Mar. 9, 1993,

at 3, available in Westlaw, RPD 03/9/93 PM 2; Leonid Radzikhovsky, Nomenklatura's Death Pangs are Fraught with Upheavals, Izvestia, Oct. 15, 1993, at 5, available in Westlaw, RPD 10/15/93 AM 1; Valery Vyzhutovich, Party and Economic Nomenklatura's Return to Power on Local Level May Force Yeltsin to Retreat, Izvestia, Feb. 3, 1994, at 1, available in Westlaw, RPD 02/03/94 AM 3. Even former Soviet President Mikhail Gorbachev was unable to resist the temptation. See Mikhail Gorbachev, Reforms Being Killed by Nomenklatura, Nezavissimaya Gazeta, Apr. 23, 1994, at 1, 3, available in Westlaw, RPD 04/23/94 PM 3.

In accordance with current citation practice as documented in The Bluebook: A Uniform System of Citation 115 (16th ed. 1996), citations to electronic databases have been provided where available. To assist the general reader, titles of Russian works have been translated throughout.

n2. Neither Red Directors nor CEOs: Russian Managing Directors in Transition, U.S. Embassy Daily Rep. (Moscow), June 19, 1995 (visited Feb. 1, 1997) <http://www.itaiep.doc.gov/bisnis/cables/0620mgmt.html>.

n3. Anatoli Chubais, who until January 1996 was in charge of economic reform as First Vice Prime Minister and had been the first Privatization Minister (1992-1995), noted a very positive increase in the domestic portion of new investment. While only $ 10-15 of domestic investment emerged in 1994 for every $ 100 of new foreign investment in the Russian economy, the equivalent figures by the third quarter of 1995 will be closer to $ 50-60 per $ 100. Anatoli Chubais, Press Conference (June 9, 1995), available in LEXIS, Europe Library, Sovnws File. All speeches and press conferences noted are according to the official transcripts provided by the Russian Government's Federal Information Service, Kremlin International News Broadcasts.

n4. RSFSR Council of Ministers Decree No. 590, June 19, 1990, available in *1991 WL 496591* [hereinafter Ministers Decree No. 590], enacting the Statute on Joint-Stock Companies and Limited Companies, and the RSFSR Council of Ministers Decree No. 601, Dec. 25, 1990, available in *1990 WL 485324* [hereinafter Ministers Decree No. 601], enacting the RF Statute on Joint-Stock Companies, along with corresponding statutes on securities confirmed by both of these decrees, provide the first examples of regulations allowing for worker control of enterprises.

In each, however, the state would usually maintain a controlling interest and the sale of stock outside of the enterprise was not allowed. The USSR statute required an endorsement by a designated central administrative agency of a prior collective workers' decision before the transformation could occur. Ministers Decree No. 590 at cl. 46. This produced inordinate delay and negotiations. The Russian statute was little better, with the same administrative endorsement mentioned, but no mention of employee opinion. Id. at cl. 12. It was not corrected in the ensuing Council of Ministers Decree, which empowered an RSFSR committee to assist in the transfer of state property to such closed joint-stock companies. RSFSR Council of Ministers Decree No. 35, RSFSR State Assets Administration Committee, Jan. 21, 1991, available in *1991 WL 496598*. Soviet legislation, therefore, invited leverage from above, while the Russian Republic legislation did not guarantee that workers' interests were even heard.

The provisions were generally used to abandon loss-making enterprises to the work force, artificially enhance central bookkeeping (a well-honed Soviet practice), and provide new sources of central and republic-level taxation. Not unusually, however, government agencies would continue to regard the new entities as falling under the rules for state-owned companies anyway, thereby defeating the entire purpose.

n5. The rapid rise of cooperatives and other forms of small business, though symbolically significant, never actually accounted for more than a small portion of the economy. By the fourth quarter of 1991, there were over 111,000 cooperatives, almost 65,000 partnerships, and 8,902 joint-stock companies in the Russian Federation (still then a part of the Soviet Union). Together, however, they contributed less than 10% of GDP. Entrepreneurship in Russia, Ross. Vesti, Apr. 24, 1992, at 7, available in LEXIS, World Library, Sbe File. In the first quarter of 1992, it was estimated that slightly more than 100,000 "small enterprises" and some 250,000 cooperatives existed throughout the republics of the former Soviet Union. Alexi Putintsev, Small and Medium-Sized Businesses Are the Most Mobile and Rapidly Developing Sector of Russia's Economy, Biznes Khronika, Apr. 2, 1992, at 1, 3, available in Westlaw, 04/07/92 BZNEWS 27.

n6. This is usually regarded as the "June Plan" due to the considerable attention given to the debates during that month and passage of the final working draft on June 24. It was not actually approved by the Supreme Soviet, however, until the RF Privatization of State and Municipal Enterprises Act, July 3, 1991, available in *1991 WL 496566* [hereinafter June Plan].

Russian legislation, edicts, and decrees are not codified. Official versions are normally printed in the government newspaper Ross. Gazeta and are effective from the date of publication, unless specifically noted otherwise at the time of first appearance. Each public act, however, is referred to by its earlier date of issuance. Typographical mistakes, which occasionally occur, require formally approved revisions (since the printed version is considered definitive) and usually appear in the same newspaper.

All documents analyzed in this study will follow the standard Russian dating practice. However, rather than citing to the government newspaper, citations to electronic databases such as LEXIS and Westlaw are provided where available. See supra note 1.

n7. June Plan, supra note 6, at art. I.

n8. June Plan, supra note 6, at art. IV. Two other laws enacted a few days earlier began the process of establishing the support system necessary to privatize. The Charter of the Central Bank of the RSFSR, June 24, 1991, available in *1991 WL 527390,* and the Investment Activity in the RSFSR Act, June 26, 1991, available in *1991 WL 496608,* for the first time addressed the issuance of securities, stock, and other redeemable paper with a clear view toward privatization. The Act recognized the relationship between investment and private property, an equality of investment rights, both domestic and foreign, and the right to transfer control of securities in one's possession.

n9. RSFSR Central Bank Letter of Instruction No. 4, On the Procedure for Registration and Licensing of Business Banks, Oct. 20, 1991, available in LEXIS, Europe Library, Russia File.

n10. RSFSR Supreme Soviet Decree, Financial and Credit Backup of Economic Reform and Reorganization of the RSFSR Banking System, Nov. 22, 1991, available in *1991 WL 496564.*

n11. Id. at cls. 1, 2.

n12. RSFSR Government Decree No. 26, Registration of Enterprises with Foreign Investments, Nov. 28, 1991, available in *1991 WL 496563.*

n13. Id. at cl. 1.

n14. RSFSR Ministry of Finance Instruction No. 16/315B, Oct. 14, 1991, cited in Zakonod. i Ekon., Dec. 1, 1991, available in *1991 WL 496589* (concerning specific taxation of the profits of joint ventures with participation of foreign investors, and of incomes received by members of these ventures from distribution of profits on the territory of the USSR in 1991).

n15. RSFSR Ministry of Finance Instruction No. 16/316B, Oct. 14, 1991, cited in Zakonod. i Ekon., available in *1991 WL 496589* (concerning specific taxation of profits and incomes of foreign juridical persons on the territory of the RSFSR in 1991).

n16. RSFSR Securities Trading Tax Act No. 2023-1, Dec. 12, 1991.

n17. USSR Council of Ministers Decree No. 48, On the Procedure of Establishment and Operation on USSR Territory of Joint Ventures, International Associations and Organizations of the USSR and Other CMEA Member-Countries, Jan. 13, 1987, cited in USSR Ministry of Finance and Central Statistics Board Letter No. 53, Feb. 27, 1987, available in LEXIS, Europe Library, Russia File.

n18. USSR Council of Ministers Decree No. 49, On the Procedure of Establishment and Operation on USSR Territory of Joint Ventures with the Participation of Soviet Organizations and Firms of Capitalist and Less-Developed Countries, Jan. 13, 1987, available in LEXIS, Europe Library, Sovleg File.

n19. Previous 1991 pronouncements by the Russian Supreme Soviet had refrained from frontally attacking the Soviet requirements. See, e.g., RSFSR Commercial Banking Regulations, Commercial Banks on RSFSR Territory, Feb. 13, 1991, available in *1991 WL 496577;* RSFSR Central Bank Letter, Issue of Securities by Commercial Banks, Mar. 22, 1991, available in *1991 WL 496570.*

n20. RSFSR Government Decree No. 78, Statute on Issue of Securities and on Stock Exchanges in the RSFSR, Dec. 28, 1991, available in *1991 WL 496595.*

n21. RSFSR Supreme Soviet Decree No. 3020-1, Demarcation of State Property into Federal Property, State Property of the Republics within the RSFSR, Territories, Regions, Autonomous Region, Autonomous Areas, and the Cities of Moscow and Saint Petersburg, and Municipal Property, Dec. 27, 1991, available in *1991 WL 496559* [hereinafter Supreme Soviet Decree No. 3020-1].

n22. See Yegor Gaidar, Press Conference (Dec. 30, 1991), available in LEXIS, Europe Library, Sovnws File.

n23. Supreme Soviet Decree No. 3020-1, supra note 21, at app. 2. The second category, for which either central or local administrative permission was required, included taxi services, funeral homes, hotels, garbage treatment centers, laundries, movie houses, pharmacies, entertainment and cultural facilities whose construction was not complete, public baths, and pawn shops. Id. at app. 3.

n24. Id. at app. 1.

n25. RF President's Edict No. 66, On Accelerating the Privatization of State and Municipal Enterprises, Feb. 7, 1992, available in LEXIS, World Library, Txtnws File [hereinafter President's Edict No. 66].

n26. The essential connection had been recognized early in the process, as demonstrated by the comments of Dmitri Vasilyev, then deputy chair of GKI. See Dmitri Vasilyev, Press Conference (Oct. 7, 1992), available in LEXIS, World Library, Tass File.

n27. President's Edict No. 66, supra note 25, at app. 1, cl. 1.

n28. Id. at app. 1, cls. 3, 6.

n29. See supra text accompanying note 4.

n30. See N. Smetanina, Privatization: Irreversible Process, LZ Narodnaya Gazeta, Jan. 27, 1993, at 1, available in LEXIS, World Library, Sbe File.

n31. That the ultimate object of privatization was to produce open joint-stock companies, however, was widely recognized. See, e.g., M. Panova, Equity Shares Are Far Beyond the Reach of People, Ekon. i Zh., Feb. 21, 1992, at 9, available in LEXIS, World Library, Sbe File.

n32. President's Edict No. 66, supra note 25, at app. 2.

n33. Id. at app. 3.

n34. Id. at app. 2, 2, cls. 1-4.

n35. See id. at app. 2, 1, cl. 3, which specified that assets shall be assessed by the enterprise pursuant to USSR Ministry of Finance Letter No. 179, Basic Provisions on Stocktaking of Fixed Assets, Inventories, Monies and Settlements, Dec. 30, 1982, and its later revisions; and the USSR State Committee for Statistics Decree No. 207, Instructions on Procedure for Stocktaking of In-Progress Producer Construction, Nov. 10, 1989.

n36. By the first quarter of 1992, the aggregate mutual liabilities of enterprises exceeded the size of the Russian GNP. I. Demchenko, The Enterprises Have Solved the Problem of Money Shortages: They Drew Money, Izvestia, Apr. 3, 1992, at 3, available in LEXIS, World Library, Sbe File. See also Russian Companies: Going for Broke, Economist, Aug. 8, 1992, at 62, available in LEXIS, News Library, AsapII File; I. Petrov, Enterprises Owe Each Other 112 Trillion, Ross. Vesti, Aug. 25, 1994, at 1, available in LEXIS, World Library, Sbe File. The problem has continued to worsen. It presently exceeds GDP by 20.8%. SSC on Inter-Corporate Liabilities, Ecotass, July 24, 1995, available in LEXIS, World Library, Txtlne File.

n37. Such accumulation of stockpiles is not unusual in markets where negative real interest rates exist. So long as inflation outstrips commercial bank rates, it makes sense to produce cheaply now and sell at a higher price later. When inflation goes down, it becomes more expensive to finance production inventories.

n38. It has been estimated that at least 72% of the new currency issued in 1994 had nothing in underlying value beyond the paper it was printed on. Press Conference, supra note 3.

n39. President's Edict No. 66, supra note 25, at app. 2, 2, cls. 1-4.

n40. Id. at app. 2, 3, cl. 1.

n41. President's Edict No. 66, supra note 25, at app. 3, 4, cl. 1. That is, while "liabilities" were deducted from the valuation for the purposes of privatized shares, they would not be from the level of "working capital" those shares represented.

n42. Id.

n43. Id. at app. 3, 2.

n44. Much speculation has been directed at the wealth created from such nomenklatura connections between the large enterprises and the government officials who are supposed to oversee them. For recent commentary, see, e.g., Alexander Aleksakain & Alexei Petrenko, Billions Flowing Out of Russia, Ross. Gazeta, July 4, 1995, at 3, available in LEXIS, World Library, Spd File; Igor Baranovsky, Following the Track of Swindled Billions, Moscow News, July 14, 1995, at 1, available in LEXIS, World Library, Mosnws File; Chrystia Freeland, Row Over Russian Way of Making Capitalists, Fin. Times, June 15, 1995, at 3, available in LEXIS, World

Library, Fintme File; Y. Zapodinskaya, Procurator's Office Accuses State Property Committee of Violations, Kommers., June 23, 1995, at 21, available in LEXIS, World Library, Txtran File; Genine Babakian, Poll: 1 in 4 Businessmen Tied to Criminal World, Moscow Times, July 14, 1995, at 3, available in LEXIS, World Library, Mostms File; Vladimir Churpin, Combating Mafia in Two Years' Time is Too Late, Moskovsky Komsomolets, July 19, 1995, at 1, 4, available in Westlaw, RPD 07/19/95 AM 5; Vladimir Nikolayev, Vladimir Polevanov was 'Done in' by Michael Camdessus - Now the Former Chairman of the State Property Committee 'Monitors the Government', Segodnya, May 30, 1995, at 3, available in LEXIS, World Library, Cdsp File.

The latter followed the day after Polevanov's pre-recorded interview had appeared on the popular Russian T.V. talk show Moment of Truth. Polevanov, who had been fired by Yeltsin shortly after being appointed head of GKI, claimed in the interview that massive corruption, embezzlement, and bribery were regular elements of the privatization process.

While still in office, Polevanov had suggested a return to central control and planning to combat what he saw as foreign acquisition of Russian resources at bargain basement prices. That led to an international outcry, statements of "grave concern" from International Monetary Fund officials in Washington and the European Bank for Reconstruction and Development in London, attacks at home from his predecessor Anatoli Chubais (now, as First Deputy Prime Minister, his immediate supervisor), a presidential decree reinforcing commitment to privatization, and his demotion from the dual appointment as head of GKI and Deputy Prime Minister to the invisible position of deputy head of the President's Oversight Department on January 24, 1995. All of this after little more than two months in office. Polevanov had no political experience prior to his appointment as Governor of the Amur oblast (a political subdivision of a republic) in 1993. He was ultimately dismissed from the government entirely on May 29, 1995 and has since created his own political party.

Given Polevanov's views on retaining some state control over property and moving more slowly in the privatization of major enterprises, and his complete lack of relevant experience, some commentators have suggested that his appointment indicated the continued strength of the nomenklatura (whose interests he certainly tried to serve). See, e.g., Oleg Kryuchek, Vladimir Polevanov Has No Intentions of Watching the Squandering of State Property, Segodnya, Nov. 17, 1994, at 1, available in LEXIS, World Library, Spd File; Yelizaveta Leontyeva, Glamour and Destitution of Privatization, Ross. Gazeta, Dec. 29, 1994, at 2, available in LEXIS, World Library, Sbe File.

n45. The figures suggested almost defy belief. Polevanov estimated that the take was between $ 100 and $ 400 billion, $ 4 billion of which was acquired by officials participating in the most recent revision of oil export licenses alone. Id. It started early in the process. For example, the government quickly provided considerable state assets to the joint-stock company KOLO Ltd., despite no announced tender or auction. The company was composed of government officials and plant directors intending to sell state property for private profit. Among those on the company's board was Alexander Yutkin, then a deputy director of GKI. He was fired. Vladimir Sluzhakov, Billion for Nomenklatura, Ross. Gazeta, Mar. 2, 1992, at 1-2, available in LEXIS, World Library, Spd File; Mikhail Rogozhnikov, Combating 'Nomenklatura Privatization;' For Whom KOLO Tolls, Kommers., Mar. 2, 1992, at 1, available in LEXIS, World Library, Spd File. By September, over 600 cases had been filed against illegal decisions made by privatizing officials. Natalia Vishnyakova, Procurator General's Office Reports Numerous Legal Violations in Privatization of Public and Municipal Property, Ross. Vesti, Sept. 10, 1992, at 2, available in Westlaw, SPD 09/10/92 AM 2. See also Ella Pamfilova & Valeny Yakov, The Apparatus Takes Revenge, Izvestia, Oct. 28, 1992, at 3, available in LEXIS, World Library, Spd File (discussing levels of corruption in the legislature).

n46. Prime Minister Viktor Chernomyrdin has come under attack by political opponents for profits he allegedly made from stock options. Prior to his December 14, 1992 compromise selection to lead the government, Chernomyrdin was the head of Gazprom - the largest natural gas monopoly in the world. On May 26, 1995, former Finance Minister Boris Fedorov (who now heads a political faction in the Duma) confirmed that he regarded the Prime Minister as one of the ten wealthiest individuals in Russia, adding "there are some reasons to even place the prime minister at the top of the list." Chernomyrdin Reportedly One of Russia's 10 Richest Men, Interfax, May 26, 1995, available in LEXIS, World Library, Txtnws File. Fedorov stated that Chernomyrdin had made at least $ 1 billion personally on the sale of shares he received when Gazprom became a joint-stock company. A similar charge had been made several days earlier by Anatoli Lukyanov, former speaker of the USSR

Council of Deputies. See P. Zhuravlyov, Accused of Violating President's Decree, Segodnya, May 20, 1995, at 1, available in LEXIS, World Library, Cdsp File. "Russia Is Our Home" is the name of Chernomyrdin's political party.

Rem Vyakherev, the present Chairman of Gazprom (who also happens to be the chief of Imperial Bank in Moscow, which oversees much of Gazprom's financial operations), when confronted with these statements at the enterprise's 1995 stockholders' meeting, stated categorically that the Prime Minister "does not presently hold a single share of Gazprom stock." G. Dzokayeva, Gazprom to Pay 200% Interest for 1994, Delevoi Mir, June 6, 1995, at 1, available in LEXIS, Market Library, Iacnws File. Certainly true, of course, if his opponents are correct and he has already sold them.

Gazprom has exercised a preferred position in government regulations of the energy sector while Chernomyrdin has been in power. As Anders Aslund has recently observed:

Gazprom's unique privileges have been granted by its creator, Russia's Prime Minister, Viktor Chernomyrdin. In American terms, this is as if the monopoly of Standard Oil persisted and John D. Rockefeller had become President. State positions and company interests are intertwined. A close adviser to Mr. Chernomyrdin is the chairman of the Association of Russian Oil Exporters. The First Deputy Minister of Finance dealing with Gazprom belongs to its board of directors.

Anders Aslund, Russia's Sleaze Sector, N.Y. Times, July 11, 1995, at A19.

n47. Government Decree No. 2980-1, State Program for Privatization of State and Municipal Enterprises in the Russian Federation for 1992, June 11, 1992, available in LEXIS, World Library, Txtnws File [hereinafter State Program].

n48. See A. Guzanova, Privatization: Rather Yes Than No, Ross. Gazeta, Jan. 11, 1992, at 2, available in LEXIS, World Library, Sbe File (65% approval in Moscow, 50-55% in Kirov and Volgograd); V.V. Chervyakov et al., Russian Citizens on Entrepreneurship and Entrepreneurs, Sotsiologicheskiye Issledovaniya, Sept. 10, 1992, at 44-52, available in LEXIS, World Library, Sbe File (70% of "experts" favored quick privatization, but only 40% of the general population did). Several surveys, however, found the popular support for privatization in principle did not translate into approval of any specific government plans. L. Zubova et al., Russians and Privatization, Ekon. i Zh., Sept. 14, 1992, at 10, available in Westlaw, SPD 09/14/92 AM 3 (72% showing opposition or indifference to the State Program [34% opposed; 38% indifferent]). Another survey found one-third of the population not ready to take part in privatization in any form, and having no desire to assume responsibility for private property. Andrei Semenov, If You Don't Buy Me a 'Pobeda,' I Will Leave to the Other Grandfather, Moskovsky Komsomolets, Feb. 18, 1992, at 1, available in LEXIS, World Library, Sbe File.

Public opinion has been souring throughout the period. Recently, a survey concluded that 67% of Russians now give a positive rating to the former Soviet period, while only 26% rate the present period positively, and only 40% would do so for what they think will exist in five years. John Thornhill, Hard Times Help Russians See Soviet Era in a New Light, Fin. Times, Aug. 17, 1995, at 2, available in LEXIS, World Library, Allwld File.

n49. Throughout the post-Khrushchev era, only the most important decisions were made at the ministerial level; progressively decision-making was delegated down. See Edward A. Hewitt, Reforming the Soviet Economy: Equality versus Efficiency 129 (1988); Jerry F. Hough, The Soviet Prefects: The Local Party Organs in Industrial Decision-Making (1969); Timothy W. Luke, Ideology and Soviet Industrialization 110-258 (1985). Enterprise directors in many areas are still responsible for providing housing, adequate foodstuffs in the local stores, maintaining and staffing hospitals and schools, as well as rest sanitaria, athletic facilities, theaters and concert halls, and other functions in addition to those directly-related to industrial production.

n50. Khasbulatov had at one point been Yeltsin's principal Deputy Premier - during the period in 1991 when Yeltsin had been both the first elected President of the Russian Federation and self-designated Premier to effect more speedy reforms.

n51. Volsky has been the principal public spokesman for Russian industrialists since the late spring of 1992. The Civic Union quickly became the most visible legislative faction in support of the directors. It was never designed to be a political party, although it is registered as such. This is an effective parliamentary pressure group. Volsky is head of the Union of Industrialists and Entrepreneurs which includes the directors of most major facilities. Together, their enterprises account for some 70% of all industrial output. They are also the foundation of the "old guard." Volsky has some thirty years of effective activity in the shadows of Kremlin politics, serving as an advisor to the last four Soviet General Secretaries. In the case of Yuri Andropov, Volsky was also a major political advisor during Andropov's directorship of the KGB. See Yeltsin Agonistes, Economist, June 20, 1992, at 63, available in *1992 WL 11280014*.

n52. This was a constant refrain in his press conferences during the period. See, e.g, Anatoli Chubais, Press Conferences (Jan. 22, Feb. 7, Feb. 20, Apr. 2, June 8, 24, & July 30, 1992), available in LEXIS, Europe Library, Sovnws File; Anatoli Chubais, Speech to The Congress of People's Deputies (Apr. 8, 1992), available in LEXIS, Europe Library, Sovnws File.

n53. Soviet labor unions were designed to serve as political, not as workers' advocacy, organizations. See generally Mikhail Geller, Cogs in the Wheel: The Formation of Soviet Man 111-293 (1988); Christel Lane, The Rites of Rulers: Ritual in Industrial Society: The Soviet Case (1981). After the first coal strikes in 1989, unions gained some strike rights (provided they were not in areas defined as essential for national security). See Natalia Maksimova, The Strike: Sketches for a Portrait of a Phenomenon, in Perils of Perestroika: Viewpoints from the Soviet Press, 1989-1991, 151-162 (Isaac J. Tarasulo ed., 1992).

n54. The term "commercialization" is often applied to this mechanism by Russian officials, as it is, for example, in the Statute of Commercialization of State Enterprises with Simultaneous Transformation into Publicly-Held Joint-Stock Companies, which is annexed to RF President's Edict No. 721, Organizational Measures for Transforming State Enterprises and Voluntary Associations of State Enterprises into Joint-Stock Companies, July 1, 1992, available in *1992 WL 472510* [hereinafter President's Edict No. 721]. This results from the earlier Soviet process of allowing sub-ministerial entities or companies to be transformed into closed joint-stock companies or associations, which thereby would immediately acquire a new existence under commercial statutes.

There is also provision for sale of assets from enterprises being liquidated - which was the subject of RF President's Edict No. 623, Measures for Support and Restructuring of Insolvent State Enterprises (Bankrupts) with Application of Special Procedures, June 14, 1992, available in *1992 WL 472489* [hereinafter President's Edict No. 623]. Purchase of property already leased from the state under previous programs, and provision for non-concursal investment competitions were also included.

RF President's Edict No. 301, On Sale of Land Parcels to Citizens and Legal Persons at Privatization of State and Municipal Enterprises, Mar. 25, 1992 [hereinafter President's Edict No. 301], and RF President's Edict No. 631, Procedure Governing Sale of Land Parcels at Privatization of State and Municipal Enterprises, at Expansion and Extended Building, and Also Land Parcels Allotted to Citizens and Associations for Business Purposes, June 14, 1992, available in *1992 WL 472482* [hereinafter President's Edict No. 631], sought to apply similar principles to land associated with privatized property, provided it was not generally in use by the public (e.g., parks, roads, bodies of water), constituted a national monument, or was "in temporary use" (one of those delightfully nebulous phrases from the Soviet period which guaranteed wide official leverage). Section 2 of the latter edict also specifically deleted any automatic rights to subsoil use of land which was privatized - a problem in raw material extraction which continues to this day. Id. 2.

n55. President's Edict No. 721, supra note 54.

n56. Id. 4.

n57. Id. 7.

n58. Id. 10. See supra text accompanying notes 54 & 55.

n59. President's Edict No. 721, supra note 54, at app. 1.

n60. I.e., those with work forces in excess of one thousand or with balance sheet fixed assets of more than Rbls 50 million as of January 1, 1992.

n61. President's Edict No. 721, supra note 54, at app. 1, 1, cl. 3.

n62. Id. at app. 1, 3, cl. 2.

n63. Id. at app. 1, 4.

n64. Id. at app. 1, 1, cl. 4.

n65. Id. at app. 1, 1, cl. 9. Given the public nature of the assets in question, all edicts and statutes governing Russian privatization regarded the GKI, or in some cases its republic or local equivalent, as "founder" of the joint-stock companies. The GKI filed as the legal entity requesting the change in structure, but did so on behalf of the working commission of the enterprise. Otherwise, these procedures still resulted in effective and continuing state ownership of facilities when the transformation was completed. State shares in these enterprises were controlled by property funds established by the relevant level of government, essentially to hold these assets in trust prior to a general release for purchase.

n66. Id. at app. 1, 1, cl. 13.

n67. For example, Goskomimushchestvo Order No. 308r, Statute of Closed Share Subscription at Privatization of State and Municipal Enterprises, July 27, 1992, available in *1992 WL 472528* [hereinafter GKI Order No. 308r], suggests the following list as a "simple" expedient: employees for whom the given enterprise is the principal work place; persons having a statutory right to return to their previous jobs at the given enterprise; pensioners retired from privatized enterprise; former employees with a labor record of at least ten years for men, and seven years six months for women who resigned or were transferred to other enterprises, or who became redundant because of staff cuts; and persons made redundant by numerical-staff cuts at the given enterprise after January 1, 1992, and registered as unemployed. In addition, the property management committee could also decide that employees of enterprises within the same technological complex as the privatized enterprise may be allowed to take part in the subscription. Apparently, this last provision was to cover those working, for example, in the oil and gas industries, where literally hundreds of production, refining, distribution, and service companies existed separately on paper, but were actually controlled by larger holding companies. This entire structure was formalized by government decisions beginning in 1994. As we shall see later, a handful of massive vertical enterprises would come to dominate petrochemicals.

n68. President's Edict No. 721, supra note 54, at app. 1, 3, cl. 18.

n69. State Program, supra note 47, at art. IX.

n70. Id., supra note 47, at art. V, 4.

n71. RF Government Decree No. 547, Measures to Implement RF President's Edict No. 721, July 10, 1992, available in *1992 WL 472538* [hereinafter Government Decree No. 547]. Given the expeditious nature in which the entire process was to be determined and the enormous number of share certificates which were to be made available in such a short time period, normal government regulations on the issuing of securities were suspended. Government Decree No. 547 allowed enterprises and organizations to make share certificates without having to obtain a Ministry of Finance license. Id. at cl. 4. While the issuances had to be registered within ten days, it was to be done with the relevant national, regional, or local finance ministry in the location which was the legal address of the joint-stock company founder. Id. at cl. 1. This allowed for vintage nomenklatura politics, since with some of the largest enterprises, the directors had run the local official offices for years.

These provisions led to later abuses in share formation and distribution in some enterprises, having a chilling effect on investment potential. Since the enterprises themselves controlled the printing and distribution of stock, and the recording of stock transfer had to take place at the location of the home office, the legitimate holding of that security was dependent upon the books of registry retained at the enterprise site. These certificates were not automatically redeemable. They could be traded officially once the Moscow market opened in September 1994 (and had been subject to private exchange well before then), but the transfer still had to be noted on the corporate books. This required traveling to the enterprise home office and physically having one's name placed in the company registry. Upon occasion, share packets would simply be wiped from the books (with consequent loss of the underlying investment), or additional stock issued without new capitalization to dilute the impact of the sale.

n72. GKI Order No. 308r, supra note 67.

n73. State Program, supra note 47, at art. V, 4. Under the provisions of the Model Statute of Publicly-Held Joint-Stock Company, holders of Class A preference stock were entitled to 10% of the annual profit, divided by the number of Class A shares. President's Edict No. 721, supra note 54, at app. 1, 4. They had, however, no voting rights in shareholders' meetings unless the matter involved reorganization or liquidation of the company, changes in Class A dividend schedules, or issuance of new preferred stock with rights greater than those of Class A holders. In any of these cases, two-thirds agreement must be gained from existing Class A holders. Id. at art. V, 3. Class A issuances were available only under Option 1.

A "Class B preference share" was also provided. These holders had no voting rights at all, and would realize dividends equal to 5% of the annual profit, divided by the number of shares. Class B shares would also equal 25% of the enterprise's authorized capital and were held only by property funds. Id. at art. V, 4.

Property funds initially were expected to be government entities, and at first they were. While such funds continue to operate, the larger enterprises have formed investment funds which have been able to acquire Class B shares (along with Class A and ordinary).

Finally, (according to the State Program) some strategically defined enterprises required specific approval, either by the Russian Government or the GKI, before any privatization could commence. See id. at art. III, 3. There were, at the time, over 15,000 of these companies. A privatization approval in these cases contained a "Golden Share." Id. at art. IV, 2, cl. 4. Such a share constituted veto power over any changes in corporate structure, authorized capital, creation of subsidiaries, merger or acquisition, or liquidation. Usage of the veto would suspend any consideration for six months and direct submission of the proposed change to whatever government agency or arbitration court was designated by the Golden Share holder. Id. at art. V, 10 (emphasis added). Some Golden Shares did end up under the control of government property fund heads, but most were exercised by directors on behalf of the government.

Holders of preferred or common shares were allowed to sell shares without consent of the other shareholders. Id. at art. V, 2. Additionally, directors and senior management were allowed to purchase 5% of ordinary shares at nominal value, and the entity as a whole could re-acquire shares previously sold for resale later, limited to no more than 10% a year and excluding shares in possession of property funds. Id. at art. IV, 4.

n74. Voting rights are specified in the Model Statute and are similar to parallel provisions in Western corporate by-laws. Id. at art. VI, 3.

n75. Id. at art. V, 4. The Model Statute specifically required the nominal value to be in Rubles, but assets remained severely undervalued (and, thus, prices remained low) since fixed corporate assets would not have their value readjusted to conform to inflationary pressures. Id. at art. IV, 2. The government addressed minimum wage levels most frequently, in its unsuccessful attempt to address the spiraling domestic inflation rate. It is for this reason that limits on acquisition were stated as a multiple of the minimum wage. This remained the most utilized yardstick, with the minimum wage utilized, inter alia, as a base for determining lease payment schedules, court fines, pension levels, and even some elements in the annual budget.

n76. Id. at art. V, 4.

n77. Government Decree No. 547, supra note 71, at cl. 1; GKI Order No. 308r, supra note 67, 3, cls. 0-3.

n78. GKI Order No. 308r, supra note 67, 7, cl. 2.

n79. Id. 8. 100% of the down payment for additional purchases of ordinary shares under Option 1 could be made by voucher, with that first payment of 15% being considered sufficient to enroll the individual on the share registry - providing a variant of "margin purchasing." Id. 7, cls. 1.2, 11; 8, cl. 0.

n80. As it turned out, resources had been significantly underestimated. The vast majority of enterprises were privatized under Option 2. See State Program, supra note 47, at art. V, 4.

n81. Id.

n82. Id.

n83. Id.

n84. Id.

n85. Id.

n86. RF President's Edict No. 914, Edict Enacting RF System of Privatization Vouchers; Statute of Privatization Vouchers, Aug. 14, 1992 , available in *1992 WL 472544* [hereinafter President's Edict No. 914]. Two additional edicts in October provided specifics on how the vouchers and voucher market would operate: RF President's Edict No. 1228, Sale of Housing, Land Parcels and Municipal Properties for Privatization Vouchers, Oct. 14, 1992, available in *1992 WL 472608;* and RF President's Edict No. 1229, Development of the Privatization Voucher System in the Russian Federation, Oct. 14, 1992, available in *1992 WL 472628.*

n87. President's Edict No. 914, supra note 86, 5.

n88. Id.

n89. Id. at app. 1, art. 4, 2.

n90. Interesting "other uses," however, were widely practiced. Despite restrictions against voucher use for any reason other than stock purchase, they quickly became used for purchases at central food stores, were redeemed for services (including medical treatment), and were exchanged for all manner of consumer products. See Yuri Pereplyotkin, Vouchers Swapped for Food, Services, and Dentures, Izvestia, Jan. 6, 1993, at 2, available in Westlaw, SPD 01/6/93 EV 2.

n91. See Russian Central Bank Letter No. 18, Bank Operations with Privatization Vouchers, Oct. 7, 1992, available in *1992 WL 472570* [hereinafter Letter No. 18] . There was a balance-sheet advantage to a bank in so doing, especially if it was a commercial joint stock bank. The provisions for altering ledger accounts (which basically allowed the bank to use or not use the spread between purchase and par values to either improve or reduce its working capital reserve figures) - first advanced to assist the initial state divested investment bank spinoffs under Soviet procedures (e.g., USSR Gosbank Letter No. 341, March 14, 1991) - were retained. Letter No. 18 at cl. 7.

n92. The Commodity and Raw Materials Exchange in Moscow began reporting a stability in voucher prices much earlier, with some traders identifying a price floor a month following release. See Andrei Semyonov, Voucher in the Sack, Moskovsky Komsomolets, Nov. 25, 1992, at 1, available in LEXIS, World Library, Spd File. The stability at around 65% face value was effected by December, once an initial round of profit taking was completed. The average voucher bid was around Rbls 3200 at the November 13 session of the Exchange. By November 23, the average bid stood at Rbls 6200. Once the vouchers returned to the market (i.e., once the profit taking had concluded) the rise in prices consistently reflected market trends. One year later, vouchers would be selling in most markets at Rbls 25,000 or more. See Russian Vouchers: Further to Rise, Economist, Nov. 13, 1993, at 90, available in LEXIS, News Library, AsapII File.

The rise was supported as well through considerable bulk purchases from December 1992 through April 1993 by parties from the "near abroad," specifically Ukraine. A primary interest here seemed to be an attempt to determine non-Russian NIS enterprises make-up prior to privatization in those countries by exercising control over Russian-parent entities.

n93. For example, GKI announced that 46,000 enterprises had been privatized in 1992, but these were almost exclusively in wholesale and retail trade, public catering, and communal services, resulting from only 36 voucher auctions. N. Smetanina, Privatization: Irreversible Process, LZ Narodnaya Gazeta, Jan. 27, 1993, at 1, available in LEXIS, World Library, Sbe File. By May 1993, 61,810 had been privatized, yet 194,190 state-run enterprises had not been touched. Even the headline announcing the government figures in the government newspaper was a classic case of spin control. See Half of Small Ventures are Privately Owned, Ross. Gazeta, May 25, 1993, at 4, available in LEXIS, World Library, Sbe File. The "half" was gained by adding the 42,788 pending privatization "applications" from small businesses to the 61,810 already privatized. Id. Even then, however, and discounting size entirely, the privatization of small ventures had transformed only 35% of the number of enterprises in Russia. This figure parallels information provided by non-government sources. See, e.g., 27 Percent of Russia's State-Run Enterprises Privatized, Finansovye Izvestia, May 28, 1993, at 2, available in LEXIS, World Library, Sbe File. Even the end-of-the-year GKI report was rather loose with figures. While the report indicates some 67-70% of businesses privatized, these remain primarily small trade, retail, and service entities. Much is made of the almost 11,000 joint-stock companies established among the 14,500 largest enterprises. But they still remained at this point closed joint stock companies and, thereby, privatized in name only. Anatoli Chubais: Privatization Irreversible, Ross. Vesti, Dec. 29, 1993, at 1, available in LEXIS, World Library, Sbe File.

n94. President's Edict No. 914, supra note 86, at app. 1, art. IV, 4.

n95. Andrei Denisov, An Entire Year in Vain?, Moskovskiye Novosti, July 7, 1995, at 1, available in LEXIS, World Library, Mosnws File. The vast majority were purchased from individuals by investment funds or banks. Subsequent to July 1, 1994, the retention of privatization shares was concentrated in the largest commercial banks. The government's decision to delay the capitalization stage of privatization forced several legitimate

investment funds to divest much of their vouchers, while the collapse of more than 200 funds, MMM being by far the most visible, accounted for the bulk sacrifice of individual investment.

n96. Ultimately, the process which was introduced in 1992 as the government's response to both public dis-interest and the political activities of the directors, required release of shares held in prized facilities. For an ex-cellent summary, see Y. Kotelnikova, Goskomimushchestvo Conforms with Investors' Choosiness, Kommers., Mar. 15, 1994, at 2, available in LEXIS, World Library, Txtran File.

n97. It was sponsored by the primary factions regularly used by the industrial directors for legislative access - The Workers' Union, Agrarian Union, Communists of Russia, and Industrial Alliance - and had the direct and active support of Speaker Khasbulatov, who saw this as an opportunity to enlist the support of corporate nomen-klatura in the intensifying political conflict with the government. It was quickly passed through the requisite committees in December so that it would stand a chance of passage before the next Congress of People's Depu-ties would be convened. See A. Dunayevsky, Nobody's Perfect - A Gift to Industrial Generals, Izvestia, Dec. 17, 1992, at 2, available in Westlaw, RPD 12/20/92 PM 10.

n98. Anastasia Kasianova, Voucher is Dying?, Moskovsky Komsomolets, Jan. 16, 1993, at 1, available in LEXIS, World Library, Spd File; Ivan Rodin, Government "Sends Troops" Against Parliament to Bar "Variant Four" of Privatization, Nezavissimaya Gazeta, Feb. 18, 1993, at 1, available in LEXIS, World Library, Spd File (referring to a successful GKI bid to enlist veteran's groups, who would not benefit from the voucher plan if Op-tion 4 passed, in a heavy lobbying campaign against those legislative factions supporting the move).

n99. This act was particularly grating, since the constitution still in operation at this time was the 1977 So-viet-era version (RSFSR Const.). Even a cursory reading of that document (inconsistently amended as it was by 1993), would require a judgment against privatization. Private property was neither recognized nor accepted by the document. In addition, the head of the Constitutional Court, Valeri Zorkin, was by this point an outspoken critic of Yeltsin and an ally of the legislative leadership.

n100. E. Kotelnikova, Parliament Strips Goskomimushchestvo of Exclusive Rights, Kommers., July 22, 1993, at 2, available in LEXIS, World Library, Txtnws File. In its front-page commentary in the same edition, Kommersant declared that what had emerged was "a new stage in privatization that would make it far more de-pendent on the position of industrial ministries." Id. at 1. Chubais charged that it would return "Soviet state planning." The newspaper concluded that the bureaucrats in league with the directors were now poised to control the day-to-day operations of industry. The legislative move was widely regarded as the death of privatization unless opposed.

n101. Alexander Bekker, Bombshell for Chairman of Goskomimushchestvo, Segodnya, July 23, 1993, at 3, available in LEXIS, World Library, Sbe File.

n102. RF President's Edict No. 1108, Supplementary Measures in Defense of RF Citizens' Right to Take Part in Privatization, July 26, 1992, available in *1993 WL 467609*. Another eight similar decrees were issued in the next eleven months.

n103. State Program, supra note 47.

n104. President's Edict No. 721, supra note 54.

n105. President's Edict No. 1228, supra note 86.

n106. President's Edict No. 1229, supra note 86.

n107. President's Edict No. 1108, supra note 102, 5.

n108. Id. 12. See Igor Karpenko, Privatization Process Restarted, Izvestia, July 28, 1993, at 2, available in Westlaw, RPD 7/28/93 PM 2. Chubais claimed that the attempt to kill privatization by delaying its provisions was now over. Anatoli Chubais, Press Conference (July 26, 1993), available in LEXIS, Europe Library, Sovnws File.

n109. President's Edict No. 1108, supra note 102, 15.

n110. Id.

n111. Igor Karpenko, Goskomimushchestvo Warns of Another Attempt by Supreme Soviet to "Outlaw" Privatization, Izvestia, Aug. 6, 1993, at 1-2, available in Westlaw, RPD 8/6/93 PM 1. The charge had been made public by GKI First Deputy Chairman Pyotr Mostovoi at a Moscow press conference on August 4. Id. at 1.

n112. RF President's Edict No. 1400, Stage-by-Stage Constitutional Reform in the Russian Federation, Sept. 21, 1993, available in LEXIS, Europe Library, Russia File. Yeltsin tenuously based his action on sub-sections 1, 2, and 5 of section 121.5 of the 1977 RSFSR Const. and the results of the April 25, 1993 referendum (which had given Yeltsin a majority approval rating, but had hardly asked the question whether the president could dissolve the Supreme Soviet).

n113. Supreme Soviet Order No. 5790-1, On Urgent Measures to Overcome the Coup d'Etat of September 21, 1993, Sept. 22, 1993, reprinted in Parliament Ousts Yeltsin, Names Rutskoi President, Ross. Gazeta, Sept. 23, 1992, at 5, available in LEXIS, Europe Library, Russia File. Khasbulatov's resolution based the legislature's actions on section 121.6 of the RSFSR Const., which merely indicated the manner whereby a president is to be removed by a Supreme Soviet, not why.

n114. Oleg Nikolayev, What Directors Think About Privatization, Izvestia, Feb. 4, 1993, at 4, available in Westlaw, RPD 2/4/93 EV 5. This article claimed that, based on a poll of 150 industrial managers whose enterprises were scheduled to be privatized in 1993, 8 of 9 were in favor of the principles of privatization but questioned whether their companies could deal with the short-term economic problems accompanying it. By later in the year, the support for the privatization program had declined and the concern for economic dislocation had increased, but the general transition was still favored. See Lilia Babayeva & Valentina Salnikova, Bitterness and Sweetness of the Privatization Pie, Delovoi Mir, Nov. 19, 1993, at 4, available in LEXIS, World Library, Sbe File.

n115. Bribery and extortion, of course, were other basic concerns. The opportunities provided by privatization were viewed by the Interior Ministry as a major contributor to a 41.2% increase in such crimes among bureaucrats during 1992. V. Zakalyuzhny, Embezzled Money Count: Millions...Billions, Ekon. i Zh., Jan. 30, 1993, at 24, available in LEXIS, World Library, Sbe File. Ultimately, the government ended the process of providing credit directly to industry (which allowed for all manner of leverage by bureaucrats and local administrators). Instead, an investment tender system was established, whereby credit was provided only for designated programs and only after a tender had been approved by a commission. This process, however, began only with the FY95 budget and is not likely to have a major impact until the distributions for FY96. See Mikhail Berger, Economy Ministry Prepares Investment Revolution: Top and Low Level Officials Unenthusiastic, Izvestia, Aug. 20, 1994, at 1, available in Westlaw, RPD 9/20/94 PM 1; Aleksandr Bekker, Economics Ministry Launches 'Quiet Revolution' in Investments, Segodnya, June 15, 1992, at 2, available in LEXIS, World Library, Cdsp File; Yevgeny Yasin, Press Conference (June 8, 1995), available in LEXIS, Europe Library, Sovnws File.

n116. See, e.g., Lev Timofeyev, Russia's Secret Rulers, (Catherine A. Fitzpatrick trans., 1992); Alec Nove, An Economic History of the U.S.S.R. 374-428 (1989); Jeremy R. Azrael, Managerial Power and Soviet Politics (1966).

n117. See N. Kalinichenko & M. Rogozhnikov, State Property Committee to Holdings: Be Less Complex, Kommers., June 22, 1992, at 4, available in LEXIS, World Library, Txtran File.

n118. Sergey Viktorov, A "Structural Restructuring" Instead of the "Financial Stabilization" Announced Earlier, Kommers., Aug. 31, 1992, at 2, available in LEXIS, World Library, Spd File; see also Andrei Schleifer & Maxim Boycko, The Politics of Russian Privatization, in Post-Communist Reform: Pain and Progress 37, 41-42 (Olivier Blanchard ed., 1993). The economist Leonid Abalkan argued at the time that neither the reformers in the government or those in the West touting large sums of aid for rapid privatization actually understood the degree to which the Russian economy had already been guaranteed monopolies from the Soviet planning experience. Leonid Abalkan, A Paradox of Macro-Analysis or The Anti-Effect of Monopolism, Ekon. i Zh., Nov. 7, 1992, at 7, available in LEXIS, World Library, Sbe File; see also, Yeltsin Agonistes, supra note 51.

n119. RF President's Edict No. 922, Specific Transformation of State-Owned Fuel and Energy Enterprises into Joint-Stock Companies, Aug. 17, 1992, available in 1992 WL 8933169.

n120. Reformed Enterprises Will Remain Under State Control, Kommers., Dec. 19, 1992, at 3, available in LEXIS, World Library, Sbe File.

n121. RF President's Edict No. 1392, Industrial Policy in the Privatization of State Enterprises, Nov. 20, 1992, available in 1992 WL 472604.

n122. Id. at app. 1, 1, cl. 3.

n123. Id. at app. 1, 1, cl. 1.

n124. Id. at app. 1, 2, cl. 2.

n125. Id.

n126. Id. at app. 1, 1, cl. 1.

n127. Id. at app. 1, 2, cl. 3.

n128. Id. at app. 1, 3.

n129. RF President's Edict No. 1003, Reform of State Enterprises, May 24, 1994, available in 1994 WL 9141203.

n130. See supra text accompanying note 44. Chernomyrdin had been first appointed Minister of Fuel and Energy some six months earlier, replacing the last reform minister actually appointed by Gaidar. See Pavel Belyakov, The Oil Tycoons Got What was Theirs - and Others' Too, Kommers., June 1, 1992, at 22, available in LEXIS, World Library, Spd File; Yeltsin Agonistes, supra note 51.

n131. RF Ministry of Finance Letter No. 56, Rules for Increasing the Authorized Capital of a Joint-Stock Company in Connection with Revaluation of Fixed Assets, May 5, 1993, available in *1993 WL 229539*.

n132. RF Government Decree No. 1233, Revaluation of Fixed Assets (Capital) of Enterprises and Organizations, Nov. 25, 1993, available in *1993 WL 562081*.

n133. A few examples will indicate the immense power wielded by these directors of the Russian giants. Gazprom received a commitment of $ 3 billion from the EBRD (EBRD and Russian Gazprom Agree to Cooperate, Reuters Fin. Svc., July 7, 1995, available in LEXIS, World Library, Reufin File), and DM 1.3 billion from a consortium of 27 German banks (Russia's Gazprom to Receive 1,3 BLN Mark Construction Loan, Tass, July 25, 1995, available in LEXIS, World Library, Tass File). Omolon, a joint venture project controlled by the holding company of Komdragmet (the State Precious Metals Ministry), received $ 47.5 million from EBRD and $ 52.5 million in insurance from OPIC (EBRD to Issue Credit for Gold Mining in Magadan Region, Ecotass, July 7, 1995, at 11, available in LEXIS, Market Library, Iacnws File; EBRD Starts to Fund Oil Mining Project in Magadan Area, Kommers., July 11, 1995, at 9, available in Westlaw, 7/11/95 KOMRSNT 9). Earlier, the mining directors had prevented a privatization that would have prevented them from controlling subsidiaries. Andrei Mirmovich & Oleg Petrovsky, Privatization of Association Delayed, Kommers., Feb. 20, 1993, at 2, available in LEXIS, World Library, Spd File. Rosexportles, poised to be the giant in the Russian timber industry, received a $ 140 million line of credit from a consortium of banks with additional funding to be coming soon from the U.S. Export-Import Bank. I. Popov, Rosexportles to be Transformed into Industrial Holding Company, Kommers., July 5, 1995, at 9, available in Westlaw, 7/5/95 KOMRSNT 9.

n134. Bank of New York and Chase Manhattan are now active providers of ADRs, while ING Capital (former Barings Bank) and Credit Suisse Financial Products are presently the major providers of RDCs for the European market. See Richard Lapper, Russian Depository Certificate from ING, Fin. Times, June 23, 1995, at 26, available in LEXIS, World Library, Allwld File; David Chance, CSFP Sets Certificates on Russia's Surgutneftegaz, Reuters Fin. Svc., Aug. 3, 1995, available in LEXIS, World Library, Reufin File; Russian Central Bank Pressuring Lukoil to Drop BONY as Main Custodian, Standard & Poor's Emerging Global Markets, July 31, 1995, at 1, 5; David Chance, Want to Buy East European Shares? Come to London, Reuters Fin. Svc., July 30, 1995, available in LEXIS, Europe Library, Allnws File; Jim Kennett, Russian Firms to Seek Cash Through ADRs, Moscow Times, June 1, 1995, available in LEXIS, World Library, Mostms File; The Russians are Coming - To Lure U.S. Investors, Mergs. & Acqs. Rep., June 19, 1995, at 9, available in LEXIS, Market Library, Iacnws File; ING, Barings Issue Offshore Paper for Russia Stock, Reuters Fin. Svc., June 26, 1995, available in LEXIS, World Library, Allwld File; Svetlana Lokotkova et al., A Real Market for Fictitious Capital, Kommers., Mar. 28, 1995, at 28-33, available in LEXIS, World Library, Sbe File.

n135. On June 15, 1995 Templeton Emerging Market Fund announced its $ 60 million major closed-end Russian fund intended to invest in some 150 of the largest holding companies and subsidiaries. Templeton Fund in June, Moscow Brokers Say, Reuters Fin. Svc., June 15, 1995, available in LEXIS, World Library, Txtnws File. It was oversubscribed at $ 80 million one week later. Templeton's Russia Fund Oversubscribed, Reuters Fin. Svc., June 22, 1995, available in LEXIS, World Library, Txtnws File. Templeton's Russian Fund is the first to be approved for U.S. mutual funds by the SEC. Sector Capital, a joint effort of the EBRD, the World Bank's International Finance Corporation, the European Privatization and Investment Company, and several large European and Russian investment houses, began in July with a minimum of $ 100 million in capitalization. Anton Zhigulsky, $ 100 million Fund Created to Invest, Advise on Equities, Moscow Times, July 12, 1995, at 8, available in LEXIS, World Library, Mostms File. Regent Fund Management created its third Russian-only investment fund, also in July. Regent now has in excess of $ 70 million in Russian market investments, while Pioneer Investment Fund and Baterymarch continued to make commitments after four years in the market. See Regent to Form New Fund, Kommers., July 11, 1995, at 5, available in LEXIS, World Library, Txtnws File. Kohlberg, Kravis & Roberts has transmitted the first installment in a $ 3.5 billion investment in the Kamaz Auto Works, and both Mercury Fund and Jupiter Asset Management (both London-based) have announced new Russian investment funds. They join over 80 others formed by foreign financial interests (primarily European) to invest only in the Russian market.

n136. See generally Sergei Leskov, With Oil Industry on the Verge of Crisis, Its Captains Turn to Politics, Izvestia, June 9, 1995, at 2, available in *1995 WL 7967699.*

n137. In July, 1995, the U.S. Export-Import Bank announced a US$ 5 billion project for the timber holding giant Roslesprom. U.S. EXIM to Guarantee Russia Timber Plan, Reuters Fin. Svc., July 21, 1995, available in LEXIS, World Library, Txtnws File. The new Deputy Chairman of the holding company is the Deputy Director of the Russian Central Bank who negotiated the agreement with USEXIM.

n138. President's Edict No. 1392, supra note 121.

n139. RF President's Edict No. 1403, Privatization and Conversion into Joint-Stock Companies of State Enterprises, Producer and Research Associations in the Oil and Oil-Refining Industry and in Oil Product Supply, Nov. 17, 1992, available in *1992 WL 608978.*

n140. Id. 1.

n141. President's Edict No. 1392, supra note 121, at app. 1.

n142. The most expansive, as of this writing, has been RF President's Edict No. 327, Priority Measures for Improving Oil-Company Operation, Apr. 1, 1995, available in *1995 WL 9700031.*

n143. As of second quarter 1995 production estimates from the Ministry of Fuel and Energy, the rank order of these holding companies (with year of establishment) were: 1. Lukoil (1992); 2. Yukos (1993); 3. Suguidneftegaz (1993); 4. Sidanko [Siberian Far Eastern Oil Co.] (1994); 5. Tatneftegaz [based in the autonomous republic of Tatrastan] (1994); 6. Slavneftegaz [actually a Russian-Byelorussian Joint Venture] (1994); 7. BAK [Eastern Oil Co.] (1994); 8. Orenburgneftegaz [Onaco] (1994); 9. Komitek [Komi Republic-based, it suffered the major oil spill that is still producing ecological disaster in the Arctic Ocean basin and engineered a stock swindle in January of 1995] (1994); and 10. Rosneft (1995). Rosneft is also the government's general holding corporation to house subsidiaries not yet assigned to other holding companies. For an overview, see Baby Giants: Russia's Emerging Oil Companies Poised to Challenge Western Majors, U.S. Embassy Daily Rep. (Moscow), Apr. 4, 1995 (visited Feb. 1, 1997) <http://www.itaiep.doc.gov/bisnis/cables/oil.html>; Russian Oil Industry Restructuring - To Be Continued, U.S. Embassy Daily Rep. (Moscow), Apr. 17, 1995 (visited Feb. 1, 1997) <http://www.itaiep.doc.gov/bisnis/cables/0417oil2.html>.

n144. Russian production stands at less than half of what it was in 1988. See Russia: Economic and Trade Overview, U.S. Embassy (Moscow) 3, July 17, 1995; Russian Economic Monitor, Institute of the World Economy and International Relations (Moscow) 1, Jan. 1994. As of the end of July 1995, some indication emerged that production levels would stabilize in the short term. Still, they are expected to continue to decline for the remainder of the decade. Yuri Shafranik, present Minister for Fuel and Energy, has admitted that 1995 estimates expect about 97% of 1994 target levels to be reached. Yuri Shafranik, Press Conference, July 24, 1995, available in LEXIS, Europe Library, Sovnws File. The previous month, in an address to an international energy conference in Moscow, Shafranik predicted a further decline by the year 2000 to 270-310 million metric tons a year. Russia Crude Oil Output to Fall Further - Shafranik, Reuter's Fin. Svc., June 6, 1995, available in LEXIS, World Library, Txtnws File. Given 1994 levels at 318 million metric tons, that would constitute a decline of between 3% and 15.2% in six years.

For an overall discussion of the Soviet oil experience and its results, see J. P. Stern, Soviet Oil and Gas Production and Exports to the West: A Framework for Analysis and Forecasting, in Jt. Econ. Comm., 100th Cong., 1st Sess., 1 Gorbachev's Economic Plans: Study Papers 512 (Comm. Print 1987); David Wilson, The Demand for Energy in the Soviet Union (1983). According to Valeri Neverov and Alexandr Igolkin, Soviet oil

technology usually prevented more than a third of a deposit's oil from being extracted; in some cases, a field would be abandoned after yielding only 10%. Valeri Neverov & Alexandr Igolkin, The Russian Roulette: You Can't Go Too Cheap on the Russians, Megapolis Express, Jan. 23, 1992, at 13, available in LEXIS, World Library, Sbe File.

n145. Another 1-3 Oil Companies Expected to be Launched in Russia in 1995, Novosti Rossiiskoi Ekon., July 12, 1995, available in LEXIS, World Library, Sbe File.

n146. Only eight export companies account for well over 90% of all profits from oil trade. See Alexandr Tutushkin, Club of First Among Equals Set Up, Kommers., Feb. 4, 1995, at 9, available in LEXIS, World Library, Sbe File (discussing the Union of Russia's Oil Exporters). In 1994-95, the government estimated that some $ 7.4 billion was lost to the budget from unpaid excise taxes on oil alone. State Customs Committee Takes Measure to Return Oil Export Revenues, Segodnya, June 21, 1995, at 3, available in LEXIS, World Library, Txtnws File.

n147. Any move toward increasing the efficiency of Russian oil production will require downsizing at surviving locations, specialization, elimination of redundant facilities, closure of unprofitable fields, and in a number of ways to make do with less. These will all cost jobs. Unemployment is already becoming a serious social issue. The International Labor Organization calculated "effective unemployment" in Russia at 13.5% in 1994. 7.1% were officially unemployed, while 6.4% of the workers were "soft unemployed" - receiving no wages, but still on employer lists for some benefits. See Annual Labor Report for Russia, U.S. Embassy (Moscow), Apr. 19, 1995 (visited Feb. 1, 1997) <http://www.itaiep.doc.gov/bisnis/cables/04191lb.html>. Unemployment trends in the petroleum sector are currently running 12 - 18% ahead of the Russian national industrial averages. See Interfax, June 6, 1995; Viktor Rostovtsev, Russia's Oil Production, Delovoi Mir, June 22, 1995, at 1, available in LEXIS, World Library, Sbe File.

n148. Soviet production still ranked first world-wide as late as 1990. Russian production now ranks third. Over 86% of the production sites and over 80% of the refinery capacity from the Soviet period is within the borders of Russia.

n149. The first, Sakhalin-1, involves Exxon, Japan's SODECO and Russian Sakhalinomornefetgaz in a twenty-year agreement with a foreign commitment of $ 15 billion. Other fields off the Pacific island involve considerable foreign interest, but are at earlier stages of negotiation. The largest reserve, Sakhalin-3, includes multi-billion dollar commitments from Exxon, Texaco, and Mobil.

n150. The Duma's June 1995 passage of a new Production Sharing Agreement is a major step toward improving the situation, but it leaves a number of fundamental questions unanswered. It remains inconsistent with the latest pronouncements from the Russian Committee for Geology and Underground Resources. See Committee for Geology and Use of Subsoil Order No. 65, Instruction on the Rules of Reprocessing Licenses for the Right to Use Subsoil, May 25, 1995, available in 1995 WL 454169; see also Code Civil arts. 58-59 (Russ.), available in 1994 WL 738474.

n151. Peter Charow, Executive Director of the American Chamber of Commerce in Moscow, considers the inconsistent and contradictory applications of tax policies to be the single biggest obstacle to investment. Peter Charow, Press Conference Regarding the Foreign Investment in Russia (July 14, 1995), available in LEXIS, Europe Library, Sovnws File.

n152. Sakhalin-1 is not expected to be up to full production levels until 2005. See Sakhalin Off-Shore Oil Production to Reach 17m Tonnes by 2005, Ecotass, July 26, 1995, at 4, 5, available in Westlaw, 7/26/95 CI-SECFT.

n153. The legacy of President's Edict No. 1392, supra note 121, and related regulations are a range of holding companies commanding huge segments of the Russian economy. Each is a joint-stock company, or association of joint-stock companies, that trades shares on the OTC market and posts dividends. In each case, however, the government continues to have a dominant position and the original directors continue to control.

In addition to those in oil, some of the more prominent are: in the energy category - UES/EES (the Russian Joint Stock Company United Energy System; i.e., the national electrical grid); the regional power companies for Moscow (Mosenergo), St. Petersburg (Lenenergo), Irtkutsk (Irkutsenergo), Krasnoyarsk (Krasnoyarskenergo), Sverdlovsk/Yekaterinburg (Sverdlovskenergo), and Nizhni Novgorod (Nizhnovenergo); in telecommunications - Rostelecom (The Russian Telephone Company), MGTS (Moscow City and Region Telephone Net), and Peterburgskaya Telefonnaya (St. Petersburg and Leningrad Region Telephone Net); Rosugol in coal; Roslesprom in timber and pulp; the holding company of Komdragmet in precious metals; in shipping - DVMP (also known in European trading as FESCO - the Far Eastern Shipping Company), Primorsky Shipping, Volga-Flot, and the Vostochny sea port; and the metals - Norilsk Nickel, Sredneuralsky (copper); the aluminum holding companies - Krasnoyarsky, Sayansky, Bratsky, Irkutsky, Achinsky Glinozem; and the metallurgical combinates - Novolipetsk, Krasnoyarsk, Metallurgichesky, Nizhnetagilsky, and Magnitka (the Magnitogorsk metal conglomerate).

n154. Established as a joint-stock company, the Moscow-based employer of over 100,000 drove away potential foreign investors, wasted central and Moscow city government support, squandered domestic investment, and is now undergoing its third re-organization in less than three years. It has been forced twice in the past year to close all of its plants for extended periods. Moscow workers finally received their March 1995 pay - in late July. See Marina Moors, Moscow Diary: Privatization Plans Neglecting Workers, Pitt. Trib.-Rev., May 15, 1994, at A7; see also From ZIL to a Joint-Stock Company, Klaxon, Jan. 27, 1992, at 7, available in LEXIS, World Library, Sbe File; V. Perekrest, ZIL Opts for Shares, Moskovskaya Pravda, Aug. 25, 1992, at 1, available in *1992 WL 8937041;* V. Zhuravlev, AMO-ZIL Ground to a Halt, Delovoi Mir, Apr. 5, 1994, at 1, available in *1994 WL 11286393;* V. Loktev, ZIL: Head-On Collision, Trud, Apr. 19, 1994, at 1-2, available in *1994 WL 11287482;* ZIL May Have to Pawn Assets and Land, Moskovskaya Pravda, Apr. 26, 1994, at 1, available in *1994 WL 11286198;* Yury Makhrin, ZIL to Get Back on its Feet, Pravda, May 7, 1994, at 2, available in *1994 WL 11287374.* The collapse was spectacular. In 1993, its production figures were 43% of the 1990 total. In three years, military truck sales went from 55,000 to 640, and agricultural sales from 30,000 to 200. Even those produced, however, were not always sold because of customers' inability to pay.

n155. The bank's energetic acquisition program has occasioned periodic concern among Russian commentators. See Andrei Pronchik, Russia Sells Out Lock, Stock, and Barrel, Moskovsky Komsomolets, Nov. 19, 1994, at 1, 3, available in LEXIS, World Library, Sbe File; Western Banks Grew Interested in Russian Oil, Kommers., June 16, 1994, at 5, available in *1994 WL 11287617.*

n156. See Elif Kaban, "Secret" Komineft Issue Stuns Western Shareholders, Reuters Fin. Svc., Feb. 2, 1995, available in LEXIS, World Library, Txtnws File; KRAZ Shareholders Review Last Year's Performance, Segodnya, July 6, 1995, at 4, available in *1995 WL 8292312;* RINACO Plus, Russian Industry Analysis: Primary Aluminum Production (visited Feb. 4, 1997) <http://www.fe.msk.ru/lat/infomarket/rinaco;lus/otchet.html>. Krasnoyarsk Aluminum remains a dangerous place to do business. In April 1995, Deputy Director Vadim Yafyasov was assassinated, apparently in retaliation for another stock irregularity. See Mikhail Zarayev, People Dying for Metal, May 25, 1995, available in *1995 WL 7967583.*

n157. President's Edict No. 889, Rules for Pledging of Shares Held in Federal Ownership in 1995, Aug. 31, 1995, available in *1995 WL 598381.*