EXHIBIT 9

The Oligarchs

DAVID E. HOFFMAN



"What makes this account both devastating and entertaining is the way Hoffman has pieced it together.... He has read far and wide, and operated like a probing private eye."
—NEW YORK TIMES BOOK REVIEW

# The Oligarchs

WEALTH *and* POWER *in the* NEW RUSSIA

Copyright © 2002, 2003 by David E. Hoffman.
Published in the United States by PublicAffairs™,
a member of the Perseus Books Group.

All rights reserved.
Printed in the United States of America.
No part of this book may be reproduced in any manner whatsoever
without written permission except in the case of brief quotations embodied
in critical articles and reviews. For information, address PublicAffairs, 250
West 57th Street, Suite 1321, New York NY 10107. PublicAffairs books are available
at special discounts for bulk purchases in the U.S. by corporations, institutions,
and other organizations. For more information, please contact the Special
Markets Department at the Perseus Books Group, 11 Cambridge Center,
Cambridge MA 02142, or call (617) 252-5298.

*Book design by Mark McGarry, Texas Type & Book Works, Inc.*
*Set in Trump Mediaeval*

Library of Congress Cataloging-in-Publication data
Hoffman, David E., 1953–
The oligarchs: wealth and power in the new Russia / David E. Hoffman.
p. cm.
Includes bibliographical references and index.
ISBN 1-58648-202-5 (pbk.)
1. Entrepreneurs—Russia (Federation)
2. Russia (Federation)—Economic conditions—1991–
3. Soviet Union—Economic conditions—1985–1991.
HC340.12 .H64 2001
338'.04'0947—dc21
2001048786

1 3 5 7 9 10 8 6 4 2

*To Carole*

The first thing Chubais discovered was that someone else was already feasting at the table. Property was being grabbed, stolen, and gobbled up by the old guard, factory managers, and party elite, who were taking advantage of chaos in the country. Chubais called it "spontaneous privatization," and it was out of control. As the reins of central authority were loosened in Gorbachev's years, factory managers gained ever more power over their own domain and lined their own pockets. Using cooperatives and joint ventures, and later shell companies and offshore havens, they leeched the cash or raw materials out of state enterprises. Their overlords, bureaucrats in the government ministries, were also carving up the spoils for themselves. It was common for a state enterprise, such as a steel factory, to give birth to a small "pocket" bank, perhaps on the factory grounds. Then the bank would give birth to a trading company, which would take over the sale of the factory's output—state property—and the profits would disappear into the offshore accounts of the director and his friends, perhaps using the pocket bank. There was nothing to stop it. In his landmark October speech, Yeltsin had noted that while the reformers debated privatization, "the party and state elite, meanwhile, were actively engaged in their own type of privatization. The extent of it, and the enterprise and hypocrisy, are simply amazing. Privatization in Russia has long been under way, but wildly, spontaneously, and not infrequently on a criminal basis."

"In reality, it was theft of state property," Chubais recalled, "but was not illegal because there was no legal basis for the transfer of property into private hands."[16] The result of spontaneous privatization was a spoils system that rewarded the factory managers and political bosses and left out everyone else. Chubais was offended at the rude, defiant way the old guard was going about it. The essence was that "if you are cheeky, daring, and resolute you will get everything," he recalled. "If you are not very cheeky and not very daring, just sit quietly."

Chubais had caught wind of something. Theft, insider dealing, and hidden money flows characterized the entire first decade of Russian capitalism, but in that early period it seemed to be the particular skill of the old guard, the party, and managerial elite. Later, many others would learn the benefits of being daring and cheeky.

In 1992, Chubais uncovered a good example of how spontaneous privatization worked. A group of party bigwigs set up a dummy corporation called Kolo Ltd. to take over Energia, a huge Soviet-era rocket engine and satellite manufacturer, a crown jewel of the military-industrial complex, at a fraction of its real value. The founders contributed their "intellectual property" (their ideas), which they arbitrarily valued at millions of rubles, and then tried to grab not only the massive rocket company but a military airfield as well. Chubais recalled that the thieves had created an "absolutely impregnable scheme," and "the interesting thing about such deals is that we cannot untangle them." When the rip-off was finally discovered, Chubais stopped it and fired one of his own deputies for approving it. But he was only beginning to think about how to halt the orgy of stealing already under way.[17]

When Chubais first got the privatization assignment from Gaidar in November 1991, Vasiliev wrote him a simple, three-page memo based on his St. Petersburg experience with the small businesses. Vasiliev told Chubais privatization of property should be "maximally wide," or involving as much property as possible, and that the best way to carry it out was through competitive auctions, selling property for cash.[18] In the months that followed, as small-scale privatization of bakeries and hair salons and other businesses was getting under way, Chubais embraced cash auctions, thinking it was the best example of a free market at work—open and competitive.

On April 4, 1992, Chubais and Gaidar flew to Nizhny Novgorod, 250 miles east of Moscow on the Volga River, to witness one of the first auctions, hoping to turn it into a political event. They faced growing resistance in Moscow and needed a symbolic boost. In Nizhny they were greeted by hundreds of demonstrators outside the former House of Literacy, many of whom were shop workers, fearful and envious of those who would buy their shops at cash auctions. Although Chubais and Gaidar believed that openly selling small enterprises to the highest bidder was the only fair and uncorrupted method, there was a chorus of demands that shops should be given to their workers, an emotional pull that ran strong after seven decades of socialism. The workers held placards, "Gaidar and Chubais! Find another city for your experiments."

"Democrats!" spat out an middle-aged grocery clerk. "Speculators, the lot of them!"

As they arrived at a back entrance of the hall, the two reformers were confronted by shouting, hissing, and screaming crowds. Chubais lost his cool and got into a shoving match with some of them as he

15. Chubais interview, *Literaturnaya Gazeta*, October 12, 1994, p. 10.
16. Chubais, *Privatizatzia*, p. 28.
17. Chubais, *Privatizatzia*, pp. 29–31. The Kolo story was originally reported by the newspaper *Kuranty* in late February, and the scheme was also described by Berger in *Izvestia*. Chubais denounced the scheme at a press conference on February 28, 1992. See Francis X. Clines, "Russian to Fight Private Sell-offs by Ex-Officials," *New York Times*, February 29, 1992, p. 5; and John-Thor Dahlburg, "Russia's Neo-Capitalists Learning Art of Rip-Off," *Los Angeles Times*, March 1, 1992, p. 1.
18. Dmitri Vasiliev, interview by author, September 16, 1999; November 20, 1999; and September 18, 2000.
19. Gaidar, interview by author, September 29, 2000; Chubais recollections from *Privatizatzia*. The auction was described by Fred Hiatt, "Russia Auctions Off State-owned Firms," *Washington Post*, April 5, 1992, p. A1.
20. Gaidar, interview by author, September 29, 2000.
21. Gaidar, *Days*, p. 131.
22. Vasiliev, interview by author.
23. Sachs had recommended Andrei Shleifer, a professor of economics at Harvard University. Along with Jonathan Hay, he played a key role in organizing Western help to support Chubais and Vasiliev. Among other activities, the Westerners helped design the Russian privatization vouchers, helped write the laws and decrees, and helped set up and carry out the great sell-off. Some criticism has subsequently been aimed at these efforts. The author acknowledges that this issue is beyond the scope of this book. However, the author believes it is mistaken to criticize the Westerners alone for what occurred in Russia. Many of the most fateful choices were made by the Russians, such as the decision to free prices, property, and trade before building the institutions of a free market. The Westerners often advised and encouraged them in the direction they took, but Yeltsin, Gaidar, and Chubais led the way.
24. Anatoly Chubais, interview by author, May 13, 2000.
25. Chubais, *Privatizatzia*, p. 34.
26. In the end there were three options. The first, proposed by Chubais, distributed 25 percent to the workers, who could then buy an additional 10 percent of the shares at 70 percent of the (low) book value of the enterprise, and management could buy 5 percent at the book value. This was effectively 40 percent to insiders. Option 2, proposed by the industrialists, allowed workers and managers to buy 51 percent of the enterprise at 1.7 times the book value. A third option for medium-sized companies allowed managers to buy up to 40 percent if employees agreed, but with restrictions. In the end, studies showed the overwhelming majority of enterprises were privatized using option 2, the one proposed by the factory directors. Anders Åslund, *How Russia Became a Market Economy* (Washington, DC: Brookings Institution, 1995), pp. 233–235.
27. There was a major debate within the privatization team on whether to model Russia's privatization after the Czech or the Polish models, both of which were getting under way at the time. The Polish model involved large mutual funds in which people would obtain shares. The Czech variant was more open, using

vouchers that people could dispose of as they wished. "From the political viewpoint, the signals coming from Poland and Czechoslovakia in 1992 made it clear that the Czechs were excited about privatization and involved with it, while the Poles were not. Choice made all the difference. Since popular involvement was deemed absolutely essential for the sustainability of Russian privatization, vouchers were a clear choice" (Boycko [Boiko], Shleifer, and Vishny, *Privatizing Russia*, p. 83).
28. Chubais made the claim at an August 21, 1992, press conference introducing the vouchers. He said he figured that the price of a secondhand Volga was only 2,000 or 3,000 rubles—this was the so-called residual price, after depreciation, which was sometimes used for selling off state property such as ten-year-old taxis to their drivers. It was not a real price. Since the face value of a voucher was 10,000 rubles, a voucher "could be sufficient to buy two or even three, and with luck even more Volga cars," Chubais claimed. In fact, Chubais later acknowledged "errors" in his public relations pitch for vouchers. He said he was thinking at the time that a voucher might buy a share that would appreciate significantly. The two Volgas claim was one of Chubais's biggest goofs and the butt of jokes for many years. Chubais, *Privatizatzia*, p. 191; Chubais press conference, August 21, 1992.
29. Celestine Bohlen, "Citizens of Russia to Be Given a Share of State's Wealth," *New York Times*, October 1, 1992, p. 1.
30. Chubais, *Privatizatzia*, p. 157.
31. Vasiliev, interview by author, November 20, 1999.
32. Paul Bograd, interview by author, March 26, 1999.
33. In *Privatizatzia*, Chubais recalled, "We had to make hundreds of thousands of people do something they had never done before. We had to fundamentally change their attitude to property.... I remember sitting with Gaidar at some regional meeting. There are, maybe, a thousand people in the audience. And I feel with my skin that we are like two Martians for them. Completely alien.... You had to adjust to their own way of thinking. You had to realize that you cannot make dozens of thousands of people all of a sudden understand the Martian language you are talking. You must speak their language" (pp. 144–145).
34. Boycko [Boiko], Shleifer, and Vishny, *Privatizing Russia*, p. 86.
35. Leonid Rozhetskin, interview by author, March 10, 1999.
36. Chubais, speech to the State Duma, April 12, 1994.
37. Chubais, *Privatizatzia*, p. 187.
38. Boycko [Boiko], Shleifer, and Vishny, *Privatizing Russia*, pp. 100–101.
39. Dmitry Vasiliev, press conference, July 13, 1999.
40. The voucher funds suffered from a crucial design error as well. Because Chubais and Vasiliev feared they could become too powerful, the funds were limited to owning 10 percent of any one company. This meant the funds were a weak voice in the boardrooms of the companies they owned. "The voucher funds failed because people feared they would become too powerful—and as a result we ended up with nothing," one of the designers told me.
41. Hans-Joerg Rudloff, interview by author, September 7, 2000; November 10, 2000.
42. Boris Jordan, interview by author, October 1, 2000.