# EXHIBIT 10

# Enterprise History



JSC "Information Satellite Systems" Reshetnev Company"

contacts    site map    rus / eng

Home < About us < Enterprise history

### About us

- Organizational and legal status
- Directions of activities
- General Designer and General Director
- Leaders
- Integrated structure
- **Enterprise history**
- Tenders and contests



- Capabilities and progress
- Spacecraft according to:
- Programs and projects
- Information resource
- International cooperation
- Branch Center
- Personnel

### News

- Loutch-5A: Progress of work
- Third Glonass-M shipped to Baikonur
- Progress of construction work at ISS-Reshetnev's new A&F facility
- Acoustic tests on Glonass-K successfully completed
- First Glonass-M for cluster № 42 shipped to Baikonur


news archive

## Enterprise history

The JSC "Information Satellite Systems – Reshetnev Company" (before March, 2008 – FSUE «Academician Reshetnev Nauchno-Proizvodstvennoe Obiedinenie Prikladnoi Mekhaniki») was founded in 1959 as the Eastern branch of S.P. Korolev Design Office-1 in Krasnoyarsk-26 (at present – Zheleznogorsk, Krasnoyarsk region). M.F. Reshetnev, the student and team-mate of S.P. Korolev, was appointed as the leader of the enterprise.



The first independent space project of a new staff was developing of the light class launch vehicle of "Kosmos" family. The enterprise announced about itself on August, 18, 1964, with successful launching the first LV 11K65 («Kosmos-3»), with three experimental satellites «Kosmos-38, -39, -40».

At the beginning of 60's the enterprise started with independent development of spacecrafts and space systems. Since 1964, for the first time in our country, the small communication satellites were manufactured and launched into LEO orbits; since 1967 – navigation and research spacecrafts; since 1968 – geodetic satellites.

In the middle of 60's, the "Reshetnev's" company started to develop the production of the most powerful spacecrafts, at that time, of "Molnia-1" family for operating in HEO orbit. In 1967 the three spacecrafts "Molnia-1", manufactured in Siberia, were launched into space. On the base of that type of spacecrafts, for the first time in the World, the communication and TV-broadcasting system was developed for operating in HEO orbits.

Since the middle of 70's the enterprise has started the geostationary orbits development – the most commercial areas of near-Earth space. Since then up to present day, the JSC "ISS" ensures the national interests in the field of telecommunication in the geostationary orbit, keeps the continuous functioning and growing of satellite communication systems, as well as TV-broadcasting and retransmission. Since the end of 70's and up to the middle of 90's the JSC "ISS" has developed multi-satellites geostationary constellations of powerful spacecrafts for various application - «Gorizont», «Geizer», «Loutch», «Ekran-M», «Raduga-1», «Express», «Express-AM».

In 1982 the first spacecraft for global navigation satellite system GLONASS was launched into orbit, which was developed at the JSC "ISS". In 2003, in accordance with the Federal Target Program, the enterprise proceeded to the system's modernization with modern spacecrafts of "Glonass-M" family.

During 49 years of space activity, based on scientific and personnel potential, the JSC «Information Satellite Systems – Reshetnev Company» created the high-power production-technological and experimental base. More than 1160 spacecrafts of various application were developed by the specialists of the enterprise, and over 40 multi-satellites systems and complexes in all orbits were formed. For the solution of strategically important tasks in national and international scale, the enterprise was awarded with Lenin Order (1974) and Labor Red Banner Order (1981). More than 70 employees of JSC "ISS" were rewarded with Lenin Prize, USSR State Prize, as well as the Russian Federation and Government Prizes.

 

- 1959 - 1970
- 1971 - 1980
- 1981 - 1990
- 1991 - 2000
- 2001 - 2008