# EXHIBIT 11

# Nuclear Cities Initiative




**About NCI**
**Notable Successes**
**Visible Impact on the Cities**
**Focus on the Private Sector**
**Ongoing Projects**
**City Guides**
Serov
Snezhinsk
Zheleznogorsk
**What's New**
**Documents**
**Contact Us**

## Section I - General Characteristics of Zheleznogorsk

### A Brief Overview of Zheleznogorsk

Zheleznogorsk (formerly Krasnoyarsk-26) has a population of approximately 100,000 and is located four time zones and about 4,000 kilometers (2,500 miles) east of Moscow in the Krasnoyarsk Kray region. Zheleznogorsk is situated along the east bank of the northward-flowing Yenesei River and has been inhabited since Neolithic times. The first major settlement was an outpost founded by Cossacks in 1626. Eventually a town site was established and built to resemble the great city of Saint Petersburg. Today Zheleznogorsk offers a European Russian flavor with its centrally located lake surrounded by fruit trees and other vegetation, elegant buildings, and modern transportation system. These characteristics are part of the enduring legacy of Soviet rule when secret nuclear cities like Zheleznogorsk enjoyed ample federal benefits in exchange for their forced isolation from the outside world.

The city of Zheleznogorsk remains somewhat isolated as a result of the 1996 elections when residents of Zheleznogorsk voted to continue its closed city status. This vote was cast largely with the hope that the city would maintain its clean, charming, village-like qualities and avoid the rising disorder that was occurring outside the city borders in the rest of the newly transforming Russian democracy.

One of the most positive trends of this continued closed status is the low crime rate in Zheleznogorsk. The city remains virtually untouched by the wave of Russian crime and corruption that has troubled so many other urban centers in the new Russian Federation.

A more surprising but no less positive trend in this closed city is the growing recognition and acceptance by local government officials and citizens that the path to economic prosperity lies in attracting sound foreign investment. The city of Zheleznogorsk is actively promoting foreign investment by working to create and sustain a commerce-friendly environment.

Zheleznogorsk's market development efforts benefit from several existing factors. The city is served by rail and road and seasonally by river transportation. The nearest metropolis is the regional capital Krasnoyarsk, approximately 100 km south of Zheleznogorsk along the Yenesei River. Krasnoyarsk is a major industrial center with a population of approximately 850,000. Similar to other large modern Russian cities, Kranoyarsk offers reliable Internet, telecommunications, banking and customs services. The airport in Krasnoyarsk is the regional hub offering daily service to Russia's Far East as well as to several European Russian destinations.

### Population Data

Based on 1999 statistics, 100,400 people live within the city limits of Zheleznogorsk. 92 percent of this population resides in the city proper while the remaining eight percent are in surrounding hamlets. The mean age of the urban population is 41 and 51 percent are considered working age. Of the city's employed persons, 58 percent are deemed "workers," 31 percent are considered "specialists," and nine percent managers. Pensioners comprise 15 percent of total population while the school-aged group (ages 6-18) make up another 15 percent. The under-school age population is seven percent and the university-aged student group is just over four percent. The number of registered unemployed accounts for roughly three percent of the population.

The city's unemployment department offers a variety of social services aimed at alleviating suffering associated with the strained economy. In 1998, "social assistance" to the unemployed included monetary support, food coupons, and free transportation. In the same year, the employment service conducted job skills training to 110 unemployed persons. Of this group 52.7 percent were under the age of 29 and 74.5 percent were women. The department has also provided assistance in the form of temporary work programs for the unemployed and youth sector.

### Zheleznogorsk Demographic Data



Zheleznogorsk Population

Population Age




- **About NCI**
- **Notable Successes**
- **Visible Impact on the Cities**
- **Focus on the Private Sector**
- **Ongoing Projects**
- **City Guides**
  - Sarov
  - Snezhinsk
  - Zheleznogorsk
- **What's New**
- **Documents**
- **Contact Us**

## An Unprecedented Effort

The Nuclear Cities Initiative (NCI) represents an unprecedented effort by the United States to help the Russian Federation to physically downsize and reduce the capacity of its nuclear weapons complex. Since 1998, the National Nuclear Security Administration (NNSA) and the Russian Ministry of Atomic Energy (MinAtom) have jointly implemented NCI, which is a component of the Russian Transition Initiatives (RTI) program. RTI is one of a suite of U.S. Government (USG) nonproliferation programs focused on Russia.



*NCI functions with Initiatives for Proliferation Prevention (IPP) as part of NNSA's Russian Transition Initiatives*

Even in an environment that welcomes entrepreneurs, the U.S. effort to downsize its own nuclear complex and redirect weapons workers to civilian industries has been challenging. Through lab-to-lab and commercial relationships, NCI has established its presence in three cities that remain closed and hidden, even to Russian citizens: Sarov, Snezhinsk and Zheleznogorsk. These towns house two premiere nuclear design institutes, Sarov's All Russian Research Institute for Engineering Physics (VNIIEF) and Snezhinsk's All Russian Research Institute for Technical Physics (VNIITF), as well as Sarov's Avangard weapons assembly plant, and Zheleznogorsk's plutonium production enterprise, the Mining and Chemical Combine (MCC). NCI's influence in these three cities and the surrounding regions has fostered an openness to change among the scientists, technicians, and government officials residing there, many of whom now request access to business information, training and venture capital - foreign concepts prior to NCI.

 

**NUCLEAR CITIES INITIATIVE**

- **About NCI**
- **Notable Successes**
- **Visible Impact on the Cities**
- **Focus on the Private Sector**
- **Ongoing Projects**
- **City Guides**
  - Sarov
  - Snezhinsk
  - Zheleznogorsk
- **What's New**
- **Documents**
- **Contact Us**

For more information, contact NCI:

U.S. Department of Energy, NA-24
1000 Independence Ave. SW
Washington, D.C. 20585

e-mail: NCIINFO@nnsa.doe.gov
phone: (202) 586-1007
fax: (202) 586-2164