# EXHIBIT 12

# New York Times -  The Hidden City

The New York Times
nytimes.com

November 18, 1998

# THE HIDDEN CITY: A special report.; Hard Times for Russia's Nuclear Centers

By MICHAEL R. GORDON

**KRASNOYARSK-26, Russia**— When Andrei B. Sokolov came to this nuclear city more than 30 years ago, it was a bastion of privilege for the Soviet Union's scientific elite.

Its very existence was a state secret. Behind barbed-wire fences and hidden inside a mountain, three nuclear reactors produced tons of plutonium for the country's nuclear arsenal. Its scientists, the nation's brightest, lived the Soviet dream: the best food and wages the Kremlin could provide.

Krasnoyarsk-26 remains closed off from the world. But these days it is an impoverished ward of the state, and a vexing worry for Russian and American officials who fear that Russia's best scientists will leave for aspiring nuclear powers like Iran and Iraq.

One of the city's top nuclear specialists, the 58-year-old Mr. Sokolov sometimes goes months without his meager salary. His wife, Nadezhda, helps make ends meet by canning cabbages, cucumbers and tomatoes from their dacha garden, and she cannot look back without a twinge of regret.

"It was better then," Mrs. Sokolov said. "The city was clean. Everything was in abundance. There was no economic panic. We were young and everything seemed beautiful to us."

While the Sokolovs are stoical about the future, nobody can be sure about the thousands of other specialists in Russia's 10 nuclear cities.

The Russian Government has become so concerned about the tumbling morale of its top nuclear scientists that it has ordered its security services to monitor them secretly, Russia's Minister of Atomic Energy said in an interview.

In Washington, the Energy Department has pledged as much as $30 million in assistance through 1999 to start up new Russian businesses in the hope that the enterprises will be able to attract hundreds of millions more in Western investment.

But critics worry that the aid is too little to make a difference. And with Russia's economy in crisis and investors fleeing, attracting foreign investment is harder than ever.

As winter begins creeping about the heartland, nuclear workers have taken to the streets to demand back pay. Power shortages threaten to shut down electronic security systems intended to safeguard stores of bomb-grade materials.

Guards at nuclear laboratories have left their posts to search for food. A sergeant at the Mayak storage center in the Urals, where more than 30 tons of plutonium is stored, cracked under the pressure and shot two fellow soldiers before fleeing with his assault rifle.

Krasnoyarsk-26 has endured its share of tribulations: a restive work force, months of unpaid wages and the temporary shutdown of its lone nuclear reactor, which forced residents to endure the bitter Siberian chill.

"The situation in the nuclear closed cities is very close to catastrophic," said Viktor Orlov, director of the Moscow-based Center for Policy Studies and an expert on Russia's nuclear program.

The City

Huge Fortress Built With Slave Labor

The armed guards at the checkpoint for Krasnoyarsk-26 provide a sobering reminder to visitors that they are about to enter a state within a state.

Outsiders must get the blessing of the Federal Security Service, the heir to the K.G.B. Passports are inspected and, in the case of foreigners, escorts provided.

The residential heart of this city of seven square miles gives a hint of its past glory. There is an artificial lake with three beaches. Its movie theater, which used to receive first-run Soviet films the day after they appeared in Moscow, displays an ad for the American film "Titanic."

There are more sports centers than in most Russian cities of this size, and a well-tended park, which features a statue of Lenin staring vacantly into space. (It had been looking approvingly at Stalin before Nikita S. Khrushchev de-Stalinized the nation and the dictator's statue was removed.)

The train station that the city's scientists and engineers use to go to work looks like a typical suburban platform, save for the fact it is protected by a picket of armed Interior Ministry guards and services an electric train that heads straight into a fortified mountain.

The subterranean complex at the other end of a three-mile-long tunnel is a cavernous, multi-story honeycomb of nuclear reactors, plutonium laboratories, cafeterias and workshops -- some 3,500 rooms in all.

It is the mountain that persuaded Stalin and Lavrenti P. Beria, his secret police chief, to build the complex in this remote stretch of Siberia. The peak, they calculated, would shelter the complex against an American nuclear strike, enabling the Soviet Union to produce bomb-grade plutonium after a nuclear war. The nearby Yenisei River, one of Siberia's mightiest, would cool the plutonium-generating reactors.

No efforts were spared to turn this cold war project into a reality. The chief construction engineers held military rank. Most of the brawn, however, was provided by slave labor.

According to the city's records, some 70,000 prisoners worked here from 1950 to 1964, digging out the mountain -- excavating more rock than was used to build Egypt's largest Pyramid.

Many of the prisoners were veterans, farmers and workers, who may have done little more than steal a sack of potatoes to feed their families. Several hundred foreigners were also brought here for forced labor, including, the city's punctilious records show, prisoners from Germany, Poland, Greece, Bulgaria, Romania, Spain, Finland and "one Negro."

The streets of Krasnoyarsk-26 are named after Soviet heroes and city founders, but the only trace of the prisoners is the pitiful plot of overgrown and unmarked graves, which straddle the border of the town. Now, some graves have been defaced by local vandals while others have been covered by a garage.

The Past

Years of Privilege Take Their Toll Now

Krasnoyarsk-26's privileged past has made its present troubles harder for many of its residents to bear. Unlike Russia's sorry factory towns or collective farms, this city got used to being a pampered enclave for the country's top engineering talent, and many inhabitants cannot look back without a nagging sense of regret.

"The early days were full of enthusiasm," said Ivan S. Mashkovtsev, a former K.G.B. official who used to oversee security at the nuclear complex.

Its work force earned 50 percent more than its counterparts outside the city gates. Food was ample, and there was no rationing or standing in line. Vacations were generous: 36 work days a year and 48 days for those who labored inside the mountain.

The sense of national purpose was fortified by iron-handed secrecy. For the first few years, none of the residents were allowed to leave. Later, when travel within the Soviet Union was allowed, the word "plutonium" was stripped from their vocabulary. If anyone asked, they could say they worked for an iron ore mine or lived on a military base.

There were no telephone lines connecting Krasnoyarsk-26 to nearby cities and villages; the telephone lines used by the top

leadership ran straight to Moscow.

Because the city was left off Soviet maps, residents called it Krasnoyarsk-26, using the number on the post office box where their mail was sent at the open city of Krasnoyarsk, 40 miles south.

Krasnoyarsk's plutonium industry did not stay secret for long. According to Russian officials, American intelligence learned about the reactors in the 1963, several years after its second reactor began to operate.

Still, Krasnoyarsk-26's reactors kept churning away. According to some Western estimates, they produced more than 40 tons of the bomb-grade plutonium, about one-third of the plutonium used to build the Soviet arsenal.

Now, with plutonium plentiful in the world, two of the three reactors here have been shut down. The remaining reactor provides heat for the city. It still produces plutonium as a byproduct, which is separated from the reactor's nuclear waste and stored as a powder for safekeeping.

To many, the loss of Krasnoyarsk-26's cold war mission has been a devastating psychological blow.

"The main problem is probably not the loss of material wealth," Mr. Mashkovtsev said. "The problem is the way people look at the nuclear industry. People here feel as if they are unneeded especially when they hear others say that everything they did was unnecessary."

The Present

Shortage of Money Breeds Suffering

For Valery Lebedev, the director of Krasnoyarsk-26's nuclear operations and a veteran of the city, holding the complex together is an increasingly daunting task.

Some 10,000 people still work at the nuclear complex. But it has received only two-thirds of the Government funds it was expecting this year.

"The prices have increased, but we cannot raise wages, because we do not even pay people what they are supposed to be paid," Mr. Lebedev said. "We try to do our best to pay something. If we don't have money, we give food."

The money crunch has taken its toll. Even keeping the lone reactor running is not a simple proposition.

In September, a budget shortfall delayed a shipment of uranium fuel. Then workers in the radio-chemistry laboratory, where plutonium is separated from the nuclear waste, mounted a brief protest. The reactor was out of operation for weeks, leaving the city without heat.

"We are concerned when a person has to think all the time about how to feed his family," Mr. Lebedev said. "That's not a good time to carry out some important operations."

It is also affecting arms control efforts. Moscow has promised the United States to covert Krasnoyarsk-26's lone operating reactor and two similar reactors at another closed city, Tomsk-7, so that they no longer produce plutonium by 2000. But Russian officials said the conversion would almost certainly have to be delayed because of budgetary and technical problems.

Without generous funds from Moscow, the city's character has begun to change. It is quieter, greener and safer than most than most Russian cities. But it is not walled from the problems of modern-day Russia.

The shortage of funds has affected the city's medical services, which suspended all but emergency operations in August when medicine and surgical gloves ran out.

Like other scientists, the Sokolovs have felt the blow. They live in a cramped, but tidy apartment, crowded with books and pictures of grandchildren.

Tall, lean and graced with an impish sense of humor, Mr. Sokolov relishes his work and his colleagues and regales guests with tales of his trips through the still untamed taiga, the storied Siberian wilderness that stretches north to the Arctic tundra.

Their rewards for long years of service behind the barbed-wire city limits, however, is a meager one. Mr. Sokolov's salary, sometimes delayed for months, is 2,500 rubles a month (about $150). Mrs. Sokolov, a chemist, has been paid more regularly, but receives only 500 rubles a month ($30).

Their salaries are supplemented by small pensions, granted in recognition of their decades of toil. Each receives 580 rubles a month ($34).

Their children have delivered their verdict on the city's future. The Sokolovs' son works in the city, but their two daughters, who received scientific degrees, moved away years ago and have no desire to return.

Pensioners and laid-off workers have an even harder time than the Sokolovs.

Valentina F. Mazurova worked as a construction engineer when Krasnoyarsk-26 was a boom town. A sturdy women with an engaging smile, she has given up her dreams of travel, and she supplements her monthly pension by selling dried fruit and raisins in the outdoor market. On a good day, she may earn 30 rubles ($2).

Others residents have turned to the world outside the wire for work. Each weekday morning, several thousand pile into a caravan of cars and buses that snakes its way to the city of Krasnoyarsk.

Mr. Lebedev would like to see the city opened up. That, he believes, would bring new business and money into the city less dependent on the dying military sector.

Few residents, however, agree. They see the barbed-wire fences as a final barrier against the turmoil sweeping the land and want to keep Krasnoyarsk-26 closed despite the economic costs.

"The stronger the crisis, the more people want to live in isolation," said Andrei V. Katargin, the Mayor of Zheleznogorsk, the name of the residential area inside the fences.

The Future

Replacement Jobs Desperately Needed

In Moscow, the closed cities have become a heavy burden for Yevgeny Adamov, Russia's Atomic Energy Minister. Krasnoyarsk-26 is just part of the problem. The director of the nuclear design center Chelyabinsk-70 killed himself in 1996, as that closed city faltered under the weight of unpaid wages.

Morale is so low that Mr. Adamov regularly lectures the authorities in the nuclear cities not to pay plumbers and common laborers more than nuclear scientists. The approaching winter threatens to make a bad situation worse.

Closing down the cities is not an option. They are still needed to disassemble weapons and safeguard nuclear materials, and nobody wants to tempt their scientists to go abroad.

As the cities have deteriorated, Russian intelligence has begun secretly monitoring top Russian scientists, whose bomb-designing skills would be particularly valuable to an aspiring nuclear power or to the United States, Mr. Adamov said. The United States itself is worried about Russian scientists' leaving to help Iraq, Iran, North Korea and other aspiring nuclear powers. It has agreed to provide money for their employers to switch to non-nuclear ventures.

The Russians "call them sensitive professions," Mr. Adamov said, "and we know all these people by name. Even they don't know that they are in this group. We make sure they are provided for."

The Atomic Energy Ministry's long-term plan is to cut the nuclear work force by as much as a third and create an equivalent number of new jobs in the commercial sector. Of the three-quarter of a million people who live in the closed cities, 125,000 work directly in the nuclear enterprises.

"People in the closed cities are like children," Mr. Adamov said. "The gap between ordinary cities and the free market is quite big, but the gap between people who lived in a closed city and a market economy is enormous."

The stakes are so high that the United States Energy Department has forged an unusual collaboration with the Atomic Energy Ministry, its former archrival. While the $30 million the department has earmarked for new businesses is a small sum, the funds cannot even be disbursed until Congress reviews the spending plan early next year. The department plans to

increase its financing to $60 million in 2000.

The Energy Department is also planning to spend $200 million to help Russia dispose of plutonium. That will also involve work in the closed cities, though it is not clear exactly how those funds will be spent and how much will go to American contractors.

"The cities were in trouble before, but now they are getting desperate, said Kenneth Luongo, a former Energy Department official and the head of the Russian-American National Security Advisory Council, a private group that focuses on the problems of the closed cities. "What little economic progress there was is being erased, and serious action is required to prevent further deterioration."

The Task

Luring Investment Is Very Difficult

At Krasnoyarsk-26, Mr. Lebedev has not given up hope. His dream is to transform his complex into a high-tech commercial center, a sort of Silicon Valley of Russia. He has tried one plan after to try to lure business here, but little has happened.

A plan to assemble Samsung televisions collapsed after import tariffs on electronic components were raised. He also drafted a plan to make his city a tax-free zone for foreign investors. But the Government never acted.

The complex is so desperate it would like to make money storing nuclear waste. But Russian law forbids it from accepting nuclear waste from abroad.

These days Krasnoyarsk-26 is counting on the construction of a $200 million factory to produce silicon for computer chips. The Defense Enterprise Fund, a Pentagon-financed group that is trying to help Russia convert its military industry to civilian production, has paid for some of the planning. The Russian Government has already spent several million dollars to grow silicon crystals.

Krasnoyarsk-26, however, still needs to line up major Western investors. With Asia in a recession and the United States and Europe possibly on the brink of a slowdown, persuading foreign companies to sink hundreds of millions of dollars in a Siberian nuclear city is extremely difficult.

As investors ponder their hand, Mr. Lebedev is weighed down by more immediate worries. This summer, he sent his Moscow superiors a blunt memo describing where this once-proud city was headed.

"Wage payments are three months behind schedule," he wrote. "The social tension in the shops and factories has reached the critical level, and its consequences are unpredictable."

Photos: A worker and the dismantled control board of one of the deactivated reactors at Krasnoyarsk-26. (James Hill for The New York Times)(pg. A1); Krasnoyarsk-26's nuclear complex lies inside a mountain at the end of a three-mile tunnel, shown at left when it was being built. A worker walked down one of the corridors of the complex, where 10,000 are still employed but two of three reactors are shut down. (James Hill for The New York Times); Although Krasnoyarsk-26 is now an impoverished ward of the Russian state, the residential heart of the nuclear city still hints at its past glory as a pampered enclave of scientists and engineers. Here people waited for buses in the main square on Lenin Street. (James Hill for The New York Times)(pg. A18) Map/Chart: "IN TRANSITION -- Nuclear Cities: Struggling To Survive" With the end of the cold war, Russia's nuclear cities no longer receive favored treatment. The cities, still closed to the rest of the world, are struggling to transform them-selves into modern commercial centers. Map of Russia highlights locations of key nuclear cities. (Source: Russian-American Nuclear Security Advisory Council)(pg. A18)

Copyright 2010 The New York Times Company  |  Home  |  Privacy Policy  |  Search  |  Corrections  |  **XML**  |  Help  |  Contact Us  |  Back to Top