# EXHIBIT 13

# 1981-1990



Home < About us < Enterprise history < 1981 - 1990

About us
- Organizational and legal status
- Directions of activities
- General Designer and General Director
- Leaders
- Integrated structure
- Enterprise history
- Tenders and contests

Capabilities and progress
Spacecraft according to:
Programs and projects
Information resource
International cooperation
Branch Center
Personnel

News
- Progress of construction work at ISS-Reshetnev's new A&F facility
- Acoustic tests on Glonass-K successfully completed
- First Glonass-M for cluster № 42 shipped to Baikonur
- SADKO-2 for Reshetnev's geodetic spacecraft
- ISS-Reshetnev to continue business integration

news archive

## 1981 - 1990

### 1981

**September, 30** – launching of "Geo-IK" for creating geodetic networks, characterization of the Earth gravity, studying the topography of the World Ocean and so on.

**October, 21** – NPO PM was awarded with the Labor Red Banner Order.

### 1982

**May, 18** – launching of satellite-repeater "Geizer". It was the first satellite of NPO PM manufacturing, that was equipped with digital on-board control subsystem.

**June, 30** – launching of KOSPAS - SARSAT System satellite

**October, 12** – the first launching of navigation satellite "Glonass" into middle circular orbit.

### 1984

**November, 28** – creation of NPO PM's Moscow branch.

### 1985

**October, 25** – launching of satellite-repeater "Loutch". The satellite provided the total-lot line-of-sight of processes on "Mir" space station and other space objects.

### 1987

**December, 27** – launching of modernized, direct telecasting satellite "Ekran-M".

### 1989

The beginning of development and implementation of various range antenna systems for the ground control (GCS).

**June, 22** – launching of communication satellite "Raduga-1".

1959 - 1970
1971 - 1980
1981 - 1990
1991 - 2000
2001 - 2008

© 2008, JSC "Academician M.F. Reshetnev" Information Satellite Systems".