UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------------------x
SEMTEK INTERNATIONAL INCORPORATED,

                    Plaintiff,

  - against –

INFORMATION SATELLITE SYSTEMS /AKA/ "ACADEMICIAN M.F. RESHETNEV INFORMATION SATELLITE SYSTEMS" /AKA/ "ISS-RESHETNEV COMPANY," /AKA/ "ACADEMICIAN M.F. RESHETNEV NAUCHNO-PROIZVODSTVENNOE OBIEDINENIE PRIKLADNOI MEKHANIKI" /AKA/ "NPO PM,"

                    Defendant
------------------------------------------------------------------------x

Civil Action No.:
1:09-cv-10183-RWZ

# AFFIDAVIT OF JOHN FAWCETT IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

John Fawcett being duly sworn, deposes, and says:

1.    For over seven years, I have been working under contract to Kreindler & Kreindler LLP (hereinafter "Kreindler & Kreindler") as a researcher.

2.    I was asked by Kreindler & Kreindler to begin researching topics relating to Semtek International Inc.'s claims against Merkuriy, NPO PM and ISS. In conducting my research, among other things, I performed numerous internet searches, reviewed extensive records, documents, pleadings and other information from the underlying and related cases, conducted numerous interviews with Pierre Quintana, and contacted and requested information from various authorities in Russia.

3.    Exhibit 1 is a true and correct copy of the Judgment entered against Merkuriy Ltd. and Pyotyr Sivirin in favor of Semtek International Inc., on April 12, 2000, in case 95-cv-11820-

RCL, in the United States District Court District of Massachusetts.

4. Exhibit 2 is a true and correct copy of a web page titled "Organizational and legal status" from the website of Information Satellite Systems (ISS). The URL is http://iss-reshetnev.com/?cid=status. I last accessed this web page on August 25, 2010. The document confirms the transformation of NPO PM into ISS, its successor.

5. Exhibit 3 is a true and correct copy of an ISS Press Release titled "Establishing a new Joint – Stock Company "Academician M.F. Reshetnev" Information Satellite Systems", dated March 3, 2008, from the website of NPO PM. The URL was http://www.npopm.com/?cid=news_ivent&nid=50. I last accessed this web page on May 6, 2008. This document addresses the transformation of NPO PM into ISS and the transfer of assets and obligations to the new federal entity, ISS.

6. Exhibit 4 is a true and correct copy of a letter dated April 22, 2009 from V. E. Kosenko of ISS to Brian J. Alexander of Kreindler & Kreindler.

7. Exhibit 5 is a true and correct copy of the Affidavit of Alexander Makotinski, dated July 11, 2003, filed in Circuit Court for Baltimore City, Maryland, Case # 97183023/CC 3762, Semtek v Lockheed. The affidavit contains, among other things, statements concerning the NPO PM-Merkuriy business relationship.

8. Exhibit 6 is a true and correct copy of an NPO PM Press Release titled "Academician M.F. Reshetnev NPO Prikladnoi Mekhaniki participates in industrial fair in Hanover", dated April 16, 2007 from the website of ISS. The URL is http://iss-reshetnev.com/?cid=news&nid=6. I last accessed this web page on August 25, 2010. This document demonstrates NPO PM's (now ISS) renewed marketing efforts.

9. Exhibit 7 is a true and correct copy of excerpts from a Magazine titled

"Information Satellite Systems June 2007," from the website of ISS. The URL is http://iss-reshetnev.com/images/File/magazin/2007/m1-screen_en.pdf. I last accessed this Magazine on August 25, 2010. The document addresses the continued marketing development of the Loutch and Reshetnev's role at NPO PM. ISS is planning to launch in 2010/11 a Loutch satellite to the same position, 16W, identified in the Semtek Merkuriy agreement.

10. Exhibit 8 is a true and correct copy of an academic article titled "The Failure of Russian Privatization 1992-1994: How the Industrial Nomenklatura Prevented Genuine Reform," by Dr. Kent F. Moors, from the Winter 1997 issue of the Journal of International Legal Studies. I accessed the article on Lexis Nexis on March 26, 2010. The article provided general background on Russian corporate privatization in the early 1990's. On page 8 the article states that Russian Presidential Edict 721 "provided the outline for massive consolidation of industrial power" and placed the privatization of Russian enterprises in the hands of "insiders."

11. Exhibit 9 is a true and correct copy of an excerpt from the book, "The Oligarchs: Wealth and Power in the New Russia" by David E. Hoffman. The excerpt, p. 186-187, is based on the memoirs of Anatoly Chubais, Russia's Minister for Privatization and Minister of Finance, 1991-1997. The article also provided general background on Russian corporate privatization in the early 1990's.

12. On August 3, 2010 I mailed from Grand Central Station Post Office in New York, NY, English and Russian copies of the Notice of Default to ISS addresses in Moscow and Zheleznagorsk. I used the United States Postal Service Global Express Guaranteed (GXG) service. In Russia, Global Express Guaranteed uses Fed-Ex for final delivery. On August 17, 2010 I checked Fed-Ex Tracking Service and was informed that the GXG package had been delivered and signed for at ISS Moscow on August 6, 2010 and the GXG package to ISS

Zheleznagorsk had been delivered and signed for on August 10, 2010.

13. Exhibit 10 is a true and correct copy of a web page titled, "Enterprise History," from the website of ISS. The URL is http://iss-reshetnev.com/?cid=history. I last accessed this web page on August 25, 2010. I relied on this document to obtain background on the history of NPO PM and ISS.

14. Exhibit 11 is true and correct copies of pages from the United States Department of Energy website titled the Nuclear Cities Initiative. The URL was http://www.nnsa.doe.gov/na-20/nci. I last accessed this web page on September 12, 2007. This document provides information on Zheleznagorsk, the former closed city where Merkuriy, NPO PM and ISS were/are located.

15. Exhibit 12 is a true and correct copy of a newspaper article from the New York Times titled The Hidden City, by Michael R. Gordon, published on November 18, 1998. This article also describes Zheleznagorsk aka Krasnoyarsk-26.

16. Exhibit 13 is a true and correct copy of a web page titled "1981-1990" from the Enterprise History section of ISS's website. The URL is http://iss-reshetnev.com/?cid=history8190. I last accessed this web page on August 25, 2010. This document addresses NPO PM's launch of the Loutch and its uses.

17. Exhibit 14 is a true and correct copy of the "Declaration of Pyotyr Sivirin in Support of Defendant's Motion for Relief from Judgment" filed on May 22, 1996 in case 95-cv-11820-RCL, Semtek v Merkuriy, in the United States District Court District of Massachusetts. Sivirin addresses Merkuriy's business structure and operations.

18. Exhibit 15 is a true and correct copy of an ITAR-TASS press release titled, "ITAR-TASS and Transworld Communications Announce The Launching of a Modern Long-

Distance Telecommunications Network Throughout Russia", dated June 19, 1997. I last accessed this press release from Lexis Nexis on June 21, 2010. ITAR TASS is a Russian government agency. This is a press release regarding NPO PM and Merkuriy's dealings with Transworld concerning the Loutch in 1997.

19. Exhibit 16 is a true and correct copy of excerpts from the depositions of John E. Montague taken January 7, 2003 and Samuel M. Ursini taken December 16, 2002. The depositions were taken in the Circuit Court for Baltimore City, Maryland, Case # 97183023/CC 3762, Semtek v Lockheed. This testimony describes the NPO PM-Merkuriy relationship.

20. Exhibit 17 is a translated true and correct copy of a web page titled "Filyushin Alexander," from the website of a Russian company, Gonets. The URL is http://gonets.ru/?page=9. The page was translated by Global Link Language Services, Inc. This document evidences Filyushin's dual role as an officer of NPO PM and Mercury-Telesat and the relationship between NPO PM and Mercury-Telesat.

21. I have reviewed translations of summaries of documents filed with the State Register of Legal Entities of Russia's Krasnoyarsk Territory. The documents relate to the entity Mercury Telesat. The Government Registry is #1022401405102 and Tax Identification is #2452006971. Pyotyr Yakolevich Sivirin is reported as the General Director of Mercury Telesat. The original date of registration is September 4, 1991. The Register reports that liquidation proceeding for Mercury Telesat began on October 26, 2007.

22. During the course of my research, I looked extensively into the existence, operations, and assets of Merkuriy, Ltd, against which Semtek has a judgment. I found that Merkuriy changed its name to Mercury Telesat, which was Merkuriy's legal successor. By a review of all available Merkuriy documents I found that all key management personnel, location

and business operations of this legal successor remained exactly the same. I found no indication in my research that Merkuriy, or the renamed Mercury Telesat, continued any business operations beyond the year 2000. In addition, I located and reviewed electronic filings in a Russian government corporate database which indicated that the legal entity, Mercury Telesat, had been subject to the process of liquidation. I reviewed a Merkuriy corporate document which also shows that Merkuriy was very lightly capitalized. I made extensive efforts to obtain additional corporate registry records from the Siberian authorities concerning Merkuriy's liquidation without success as Russian regulations prevented us from acquiring them. Based on my research, I found no indication that Merkuriy or Mercury Telesat continue to do any ordinary business, nor is there any indication that they have any offices or employees and the former Executive Director of Merkuriy, Sivirin, carries on his duties on behalf of NPO PM/ISS. By contrast, my research has demonstrated that NPO PM, now ISS, is the only company marketing the Loutch series satellite for commercial purposes.

23. During the course of my research I found that NPO PM - ISS claimed in its materials that there was a technical continuity from original Loutch 1 satellite through the current model Loutch 5. The Loutch series satellites were at the heart of the Merkuriy Semtek deal.

24. Exhibit 18 is a true and correct copy of a letter dated July 30, 1993 from Merkuriy Ltd., to Edward Shapiro. Semtek kept this document in its files in the ordinary course of its business.

25. Exhibit 19 is a true and correct copy of a letter dated July 5, 1994 from Merkuriy Ltd., to Edward Shapiro. Semtek kept this document in its files in the ordinary course of its business.

26. Exhibit 20 is a true and correct copy of a letter dated December 3, 1992 from

Merkuriy Ltd., to Edward Shapiro. Semtek kept this document in its files in the ordinary course of its business.

27.   Exhibit 21 is a true and correct copy of a letter dated June 16, 1993 from NPO PM to Edward Shapiro. Semtek kept this document in its files in the ordinary course of its business.

28.   Exhibit 22 is a true and correct copy of a letter dated July 8, 1993 from NPO PM to Edward Shapiro. Semtek kept this document in its files in the ordinary course of its business.

29.   Exhibit 23 is a true and correct copy of a translated excerpt titled Brief News from the Russian on-line Journal Novosti Kosmonavtiki, Issue #251 of October, 2003. The URL is http://translate.googleusercontent.com/translate_c?hl=en&sl=ru&u=http://www.novosti-kosmonavtiki.ru/content/numbers/251/index.shtml. This news brief indicates Pyotyr Sivirin was an officer of NPO PM from 1991 to 2003.

30.   During the course of my research I read an NPO PM press release of March 28, 2005, in which it stated that Pyotyr Sivirin had hosted at NPO PM a visiting delegation from the Korea Aerospace Research Institute.

31.   Exhibit 24 is a true and correct copy of the description and daily program for the "International Workshop on Concepts and Technologies of Air Traffic Management" held in Zhukovsky, Russia on August 19-20, 2009. This was on the website of the Central Aerohydrodynamic Institute, www.tsagi.ru/eng/events/orvd2009. I last accessed this web page on August 20, 2009. The August 20, 2009 Program indicates Sivirin and ISS's chief officer, Nikolay Testoyedev attended and spoke representing ISS.

32.   Exhibit 25 is a true and correct copy of a Russian document and its English translation titled "Decision", dated July 10, 1992. The document was translated by Global Link Language Services, Inc. Merkuriy provided this document to Semtek in 1992 and Semtek kept

this document in its files in the ordinary course of its business.

33. Exhibit 26 is a true and correct copy of a Russian document and its English translation titled "Business Agreement of 5 November 1992 Between Undersigned." Semtek kept this document in its files in the ordinary course of its business.

34. Exhibit 27 is a true and correct copy of a document titled "Protocol", signed on December 18, 1992. Semtek kept this document in its files in the ordinary course of its business. This document demonstrates among other things that a primary purpose of the Semtek Merkuriy agreement was to provide commercial satellite services to the U.S.

35. Exhibit 28 is a true and correct copy of a letter dated February 8, 1993 from Pyotyr Sivirin to Edward Shapiro. Semtek kept this document in its files in the ordinary course of its business.

36. Exhibit 29 is a true and correct copy of a document titled "Letter of Intent to Establish a Joint Venture Company Between Merkuriy, Ltd. and Semtek International Incorporated", dated May 2, 1993. Semtek kept this document in its files in the ordinary course of its business.

37. Exhibit 30 is a true and correct copy of excerpts from a report titled "Dr. James R. Stuart Expert's Report" dated May 5, 2003. Semtek kept this document in its files in the ordinary course of its business. The report was filed in the Circuit Court for Baltimore City, Maryland, Case # 97183023/CC 3762, Semtek v Lockheed.

38. Exhibit 31 is a true and correct copy of a document titled "Agreement Between Transworld Communications (U.S.A.) and Shareholding Company NPO Applied Mechanics", dated April 16, 1993. This document was produced to Semtek in the underlying litigation by Merkuriy's attorney. Semtek kept this document in its files in the ordinary course of its business.

39. Exhibit 32 is a true and correct copy of a letter dated July 27, 1994 from Merkuriy Ltd. to James Newkirk of Semtek. Semtek kept this document in its files in the ordinary course of its business.

40. Exhibit 33 is a true and correct copy of an article in the on-line version of Space News, titled "Newsmaker Forum: Michail F. Reshetnev, General Director, NPO Prikladnoi Mekhaniki", dated September 18, 1995. The URL was http://www.space.com/spacenews/archive95/sn1995.fff415.html. I last accessed this article on October 11, 2007. Reshetnev is quoted in the article concerning NPO PM's creation and use of state-owned versus private companies.

41. Exhibit 34 is a true and correct copy of a letter dated September 9, 1994 from NPO PM to Transworld Communications. This document was produced by Plaintiffs as a deposition exhibit in the Circuit Court for Baltimore City, Maryland, Case # 97183023/CC 3762, Semtek v Lockheed. The document was also referenced and substantiated by Alexander Makotinski in his July 11, 2003 affidavit, see above Ex 5 ¶ 31.

42. Exhibit 35 is a true and correct copy of a letter dated January 14, 1999 from NPO PM to John H. Page. Pursuant to the Court's order dated August 23, 2010, this Exhibit is being filed separately under seal. This document was produced to Semtek by Leap Wireless/Transworld Communications in the Circuit Court for Baltimore City, Maryland, Case # 97183023/CC 3762, Semtek v Lockheed. It is believed to have been maintained by Leap Wireless/Transworld Communications in its files in their normal course of business. The document shows payments directed to Merkuriy concerning a Loutch 3 contract between Transworld and NPO PM.

43. Exhibit 36 is a true and correct copy of an excerpt of an SEC filing Form 424B3

of Leap Wireless International, filed on June 29, 2000.

44. Exhibit 37 is a true and correct copy of an ISS web page titled "Integrated Structure." The URL is http://iss-reshetnev.com/?cid=issreshetnev. I last accessed this web page on August 25, 2010. This shows that ISS was created by Presidential decree. The document also confirms that the Russian Federation owns the new company.

45. Exhibit 38 is a true and correct copy of an ISS press release dated March 5, 2008, titled Joint-Stock Company "Academician M.F. Reshetnev "Information Satellite Systems." The URL is http://iss-reshetnev.com/?cid=news&nid=51. I last accessed this web page on August 25, 2010. This document confirms that ISS, as the successor to NPO PM will continue to develop satellites.

46. Exhibit 39 is a true and correct copy of a web page from the NPO PM website titled "Achievements in space activity." The URL was http://www.npopm.ru/. I last accessed this web page on November 2, 2007. This document demonstrates that NPO PM (now ISS) has been successfully operating the Loutch on a commercial basis to service foreign users.

47. Exhibit 40 is a true and correct copy of a web page from an archived version of NPO PM's website titled "International Contacts (NPO PM foreign market partners)." The URL is http://web.archive.org/web/20060526103659/http://www.npopm.ru/e/index.htm. I last accessed this web page on August 25, 2010. This document shows Lockheed as a client of NPO PM (now ISS) with respect to the Loutch.

48. Exhibit 41 is a true and correct copy of press releases from NPO PM and ISS's website, dated June 21, 2007, May 11, 2008, April 15, 2009, and March 23, 2010. The URL is http://iss-reshetnev.com/?cid=news. I last accessed these pages on August 25, 2010. These website entries show NPO PM/ISS's efforts to market the Loutch from 2007-2010.

49. Based on the available ISS information, the transformation of NPO PM to ISS is a mere continuation, in that the same officers at NPO PM, including the General Director Nickolay Testoedov and Pyotyr Sivirin continued with ISS, at the same location, with the same employees and the same business purpose and operations. This includes the right to market the Loutch satellite for commercial use. In that both NPO PM and ISS are state-owned, the ownership interest remained the same. After the transformation, NPO PM's business activities continue uninterrupted by ISS.

50. The corporate defendant ISS is not in active military service pursuant to the Servicemembers Civil Relief Act.

51. Based on the available ISS information, ISS engages in commercial activities in the United States by contracting with U.S. companies for satellite components and repeatedly and continuously utilizing United States financial institutions for essential services and payment in connection with its worldwide satellite business.

52. For ease of the Court's reference the following docket #s are provided for those records referenced in the Memorandum of Law concerning the underlying Semtek-Merkuriy litigation. Case # 1:95cv11820.

Docket #1: August 15, 1995: Complaint

Docket #8: April 24, 1996: Default Judgment

Docket #17: August 13, 1996: Order vacating default judgment

Docket #29-30: March 4, 1998: Notice of Default

Docket #50: July 21, 1998: Order to serve late answer and defend case on its merits

Docket #92: August 4, 1999: Order on Semtek's Motion to Compel

Docket #109: January 26, 2000: Notice of Hearing set

Docket #112: April 12, 2000: Order of final judgment

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 26th day of August, 2010, at New York, New York.

_____
JOHN FAWCETT

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

I HEREBY CERTIFY that on this 26th day of August, 2010, before me, an officer duly authorized in the State of New York and in the County of New York, to take acknowledgment, personally appeared JOHN FAWCETT, who is personally known to me or who has produced _Drivers License_ as identification.

_____
Notary Public

IVETTE ENCARNACION
Notary Public, State of New York
No. 03-4877339
Qualified in Rockland County
Commission Expires November 17, 20 10

12