# EXHIBIT 15

# ITAR-TASS press release



2 of 3 DOCUMENTS

Copyright 1997 PR Newswire Association, Inc.
PR Newswire

June 19, 1997, Thursday

**SECTION:** Financial News

**DISTRIBUTION:** TO BUSINESS AND TECHNOLOGY EDITORS

**LENGTH:** 641 words

**HEADLINE:** ITAR-TASS and Transworld Communications Announce The Launching of a Modern Long-Distance Telecommunications Network Throughout Russia;
And Signs Agreements with Eleven Regional Operators

**DATELINE:** MOSCOW, June 19

**BODY:**

ITAR-TASS and its American partner Transworld Communications (U.S.A.), Inc. (Transworld) announce the launching of a satellite-based long-distance digital network to provide connectivity throughout Russia in furtherance of the Russian President's Program, "The People's Telephone," a plan to improve Russia's nationwide telecommunications infrastructure. ITAR-TASS, the Russian news agency, and Transworld, through its Russian subsidiary Advanced Communications and Technologies LLS (ACT) are rolling out a high-capacity network using modified and enhanced Russian satellites to deliver services throughout Russia.

TASS-Loutch Telecom (TLT), the Russian joint stock company owned by ACT and TASS-Telecom, a telecom operating branch of ITAR-TASS, has received a license from the Ministry of Communications in Russia. The license permits TLT to utilize this network to offer a full-range of telecommunications carrier services throughout Russia and to interconnect with and carry traffic for the regional operating companies (Electrosvyaz's) of the Public Switched Telephone Network (PSTN) of Russia as well as for overlay and private network operators. The network will be capable of potentially carrying 2.8 billion minutes per year of telephone traffic, almost a 100% increase over current capacity in the Russian public network, once the initial phase of the network is fully deployed.

This new venture was endorsed by Mr. Vladimir Bulgak, Deputy Prime Minister of RF, who encouraged regional Electrosvyaz's to sign interconnect agreements with TASS Loutch Telecom as soon as possible. All of the eleven Electrosvyaz's invited to Moscow for the first round of negotiations this week have signed the agreements with TASS Loutch Telecom.

Transworld, in conjunction with the Russian company, Mercury, has developed the modified and enhanced Loutch-2 satellite, first in a new generation of Russian spacecraft designed to meet commercial telecommunications service requirements. Mercury is the commercial arm of NPO-Applied Mechanics (NPO-PM) Russia's premier communications satellite manufacturer based in Zheleznogorsk of Krasnoyarsky region (known also as Krasnoyarsk-26). Two of the Loutch-2 satellites will be utilized in the initial phase of the network. The first spacecraft has been successfully launched into 77 degrees East slot.

TASS Loutch Telecom will commence service later this year, using six of the ACT's 9-meter earth stations plus ACT's hub earth station installed at the famous Bear Lakes teleport, operating in a full-mesh configuration in conjunction with the first Loutch-2 satellite currently on-orbit at 77 degrees East Longitude. An additional forty-three 9-meter earth stations will be installed over a 1.5 year period commencing spring 1998. Using two steerable Ku-band spot

beams on this Loutch-2 satellite, TLT will initially provide service to most of Russia -- from Kallningrad on the Baltic Sea to Irkutsk in Siberia.

A second Loutch-2 satellite is scheduled to be launched on a Proton vehicle in mid-1996 for operation from 16 degrees West Longitude where it will provide additional capacity needed to adequately serve the high population Russian cities West of the Ural Mountains. A third Loutch-2 satellite is planned to be located at 167 degrees East Longitude for the coverage to the Eastern regions of Russia. All of the orbital locations for the Loutch-2 satellites have completed intersystem coordination and are registered with the ITU.

TLT's digital network, being developed for the realization of "The People's Telephone" program, will provide long-distance connectivity where sufficient capacity does not exist to meet demand.

Transworld, a privately held corporation, is headquartered in McLean, Va.
SOURCE  ITAR-TASS
    CONTACT: Andrey Grigoryev, Director General of TASS Loutch Telecom, 095-935-7067; or Michael Alexeyev, Director General of ACT, 095-935-7066, or fax, 095-935-7768; or Konstantin Belikov, Director General of TASS-Telecom, 095-292-0224; or Richard Millman, President of Transworld Communications Inc., 703-761-0383, or fax, 703-448-2418

**LOAD-DATE:** June 20, 1997