# EXHIBIT 16

# Depositions excerpts

```
1   SEMTEK INTERNATIONAL           ) IN THE
2   INCORPORATED,                  ) CIRCUIT COURT
3              Plaintiff           ) FOR
4   vs.                            ) BALTIMORE CITY
5   LOCKHEED MARTIN                )
6   CORPORATION, et al.,           ) CASE NO.
7              Defendants          ) 97183023/CC3762
8              -     -     -     -     -
9
10       The Deposition of **JOHN E. MONTAGUE** was
11  taken on Tuesday, January 7, 2003, commencing at
12  9:05 a.m., at The Offices of Piper Rudnick LLP,
13  6225 Smith Avenue, Baltimore, Maryland, before
14  Melissa Gilcrest, RDR, CRR, Notary Public.
15             -     -     -     -     -
16
17       RIGLER & O'NEILL COURT REPORTERS, INC.
18              201 North Charles Street
19                    Suite 800
20            Baltimore, Maryland  21201
21                 (410) 659-0249
```

**ORIGINAL**

                BY MR. REIZES:

1      Q.      How long were you the vice president for corporate development and investor relations?

      A.      Until March 1995.

      Q.      Did you have another position with Martin Marietta after March of '95?

      A.      No, I did not.

      Q.      What did you do in March of '95?

      A.      In March of 1995, Martin Marietta merged with the Lockheed Corporation and became Lockheed Martin Corporation, and I became the vice president of financial strategies.

      Q.      For the newly merged corporation?

      A.      That's correct.

      Q.      And how long were you vice president of financial -- what was it?

      A.      Strategies.

      Q.      Strategies.  How long were you vice president of financial strategies?

      A.      Until fall 1998.

      Q.      And did you stay with Lockheed Martin

1  behalf an investigation of Mercury?
2      A.   No.
3      Q.   Did anyone ever undertake an
4  investigation, to your knowledge, by Martin
5  Marietta of NPO-PM?
6      A.   No.
7      Q.   Do you have any recollection of what
8  NPO-PM's role was in connection with the Loutch II
9  satellites?
10     A.   My recollection is they were the
11 manufacturer of the Loutch II satellites.
12     Q.   What was your understanding of the
13 relationship between NPO-PM and Mercury?
14     A.   My understanding of the relationship
15 was that Mercury was the commercial arm of NPO-PM.
16     Q.   Did you understand that NPO-PM
17 controlled Mercury?
18          MR. MEAGHER:   Objection.
19     A.   Yes.
20     Q.   And how did you come to that
21 understanding?

1     A.    As I indicated, it was my
2 understanding that Mercury was the commercial arm
3 of NPO-PM, NPO-PM being a government facility,
4 Mercury was the commercial marketing of that
5 facility.
6     Q.    Did anyone ever tell you that NPO-PM
7 controlled Mercury?
8     A.    No.
9     Q.    At the time of Martin Marietta's
10 contract with Transworld to do the modification to
11 the Loutch II satellites, who was the chief
12 operating officer of Mercury, if you know?
13     A.    I don't know.
14     Q.    Do you know who the chief operating
15 officer of NPO-PM was?
16     A.    No.
17     Q.    Do you know if Mercury had any
18 shareholders other than NPO-PM?
19     A.    No.
20     Q.    Did you have any discussions with
21 Mr. Millman as to the ownership of Transworld or

```
 1   SEMTEK INTERNATIONAL       ) IN THE
 2   INCORPORATED,              ) CIRCUIT COURT
 3              Plaintiff       ) FOR
 4   vs.                        ) BALTIMORE CITY
 5   LOCKHEED MARTIN            )
 6   CORPORATION, et al.,       ) CASE NO.
 7              Defendants      ) 97183023/CC3762
 8               -     -     -     -     -
 9                      Volume 1
10        The Deposition of SAMUEL M. URSINI was
11   taken on Monday, December 16, 2002, commencing at
12   9:00 a.m., at The Offices of Piper Rudnick LLP,
13   6225 Smith Avenue, Baltimore, Maryland, before
14   Melissa Gilcrest, RDR, CRR, Notary Public.
15               -     -     -     -     -
16
17       RIGLER & O'NEILL COURT REPORTERS, INC.
18              201 North Charles Street
19                     Suite 800
20             Baltimore, Maryland  21201
21                  (410) 659-0249
```

**ORIGINAL**

1    Q.    And did someone from SmalSat
2    participate?
3    A.    Yes.
4    Q.    Who?
5    A.    Dr. Kiselev, Averianov, Makotinski
6    and others.
7    Q.    And did anyone participate from
8    NPO-PM?
9    A.    There were representatives there.
10   Q.    Do you know, do you recall today who
11   those were?
12   A.    No.
13   Q.    Were any representatives from Mercury
14   there?
15   A.    Perhaps. I don't remember.
16   Q.    Is it fair to say your understanding
17   was at the time that NPO-PM and Mercury were one
18   and the same?
19   A.    Yes.
20   Q.    Did you meet a fellow by the name of
21   Sivirin?