# EXHIBIT 17

# Alexander Filyushin



**Filyushin Alexander**
*Director of the branch of OAO "Gonets satellite system in the city of Zheleznogorsk, Krasnoyarsk Region (Regional Station No. 3)*

Born Oct. 16, 1938 d.  in the Sverdlovsk region.  In 1955  with a silver medal Pokrovskaya finished high school.  1957-1959 г.  service Biyskoy motor shooting in the division.  In 1963,  mechanical School finished Chelyabinsk Polytechnic Institute.

From 1963 to 1991  NGOs working in Applied Mechanics named MF Reshetnev: Engineer, head of group analysis of launch vehicles, a leading designer, technical director of a subsidiary company Merkuriy- Telesat, specialized in dual-use telecommunications satellites.  A specialist in the field of spacecraft communications, television, koordinatometrii.

He participated in the programme "geyser", "Geoik", "beacon", "Gals", "Express", "Gonets."

From 2001 to present, the branch director of UAB and then OAO "Gonets satellite system in the city of Zheleznogorsk, Krasnoyarsk Territory.

USSR State Prize (1987) for the establishment of a special satellite.

Medals Federation space.



**Филюшин Александр Петрович**
*Директор филиала ОАО «Спутниковая система «Гонец» в г.Железногорске Красноярского края (Региональная станция №3)*

Родился 16.10.1938г. в Свердловской области. В 1955г. с серебряной медалью закончил Покровскую среднюю школу. 1957-1959г.г. – служба в Бийской мотострелковой дивизии. В 1963г. закончил механический факультет Челябинского политехнического института.

С 1963 по 1991г. работал в НПО прикладной механики имени М.Ф. Решетнёва: инженер, начальник группы анализа параметров ракет- носителей, ведущий конструктор, технический директор дочерней компании «Меркурий-Телесат», специализировавшейся на двойном использовании телекоммуникационных спутников. Специалист в области создания космических аппаратов связи, телевидения, координатометрии.

Участвовал в программах «Гейзер», «Геоик», «Луч», «Галс», «Экспресс» , «Гонец».

С 2001 г. по настоящее время – директор филиала ЗАО и затем ОАО «Спутниковая система «Гонец» в г. Железногорске Красноярского края.

Государственная премия СССР (1987) за создание специальной системы спутниковой связи.

Медали Федерации космонавтики.