# EXHIBIT 18

# Letter dated July 30, 1993

Commercial Company

**MERKURIY LTD**

660033 Krasnoyarsk, 52 Lenin St..
Telegraph Address VULKAN
Tel. (8-391-97)3-20-49

# 49/0-93 of July 30,1993

USA Concord, MA 01742
Fax 617-861-1071
President Edward K. Shapiro

Dear Edward,

On the subject of adapting the *Lutch-1* satellite.

Based on the results of our conversation and correspondence, I informed the President of *Merkuriy Ltd.* company and obtained in principle his consent regarding a continuation of the mentioned work.

As I already informed you, we are in the process of solving technical and organizational problems involved in the adaptation [of the satellite].

In principle, we agree to apportion 2 finished transponders for lease for 4 years to a joint venture (*Merkuriy Ltd., Semtek*, and other organizations are possible).

At present, we are determining a structure for a joint venture and role of each company participating in a joint venture. It is also necessary for us to work out a financial model of a joint venture which would contain a schedule of expenses and a schedule for their repayment.

We would like to have your opinion regarding all of these issues.

Best regards,

P. Sivirin,
Director



Certificate of Accuracy

I, the undersigned Marianna O. Gapanovich, hereby certify that I am fluent in the Russian language, that I am a graduate of the University of Moscow, that I prepared the foregoing translation from Russian into English, and that the translation is fine and accurate to the best of my knowledge and ability.

Marianna O. Gapanovich

Коммерческая компания "МЕРКУРИЙ ЛТД"

660033, г.Красноярск, ул. Ленина 52
Телеграфный адрес "ВУЛКАН"
Тел. (8-391-97) 3-20-49

№ 49/0 от "30" июля 1993 г.
На № ______ от "__" ____________ 199 г.

США, КОНКОРД, МА01742
ФАКС: 617.861.1071
СЕМТЕК ИНТЕРНЭЙШЛ
ИНКОРПОРЕЙТЕД
ПРЕЗИДЕНТУ
ЭДВАРДУ К.ШАПИРО

Уважаемый Эдвард!

По вопросу доработки спутника "Луч-1" сообщаю следующее.

По результатам наших разговоров и переписке я информировал президента компании "Меркурий ЛТД" и получил его принципиальное согласие на продолжение упомянутых работ.

Как я уже сообщал мы занимаемся решением технических и организационных проблем связанных с доработкой .

Принципиально мы согласны на выделение 2-х доработанных транспондеров в аренду на 4 года совместному предприятию (Меркурий ЛТД, Семтек и возможно другие организации).

В настоящее время занимаемся определением структуры совместного предприятия и роли каждой из фирм, входящих в СП (Совместное предприятие). Нам также необходимо разработать финансовую модель СП, которая содержала бы схему затрат и схему их возврата.

В связи с этим желательно получить Ваши соображения по этому вопросу.

С уважением

Директор
П.Сивирин

609738 ФКБ "Е...СЕЙ" г. Красноярск, 660026, МФО 144751

003