EXHIBIT 19

Letter dated July 5, 1994

Case 1:09-cv-10183-RWZ   Document 18-6   Filed 08/26/10   Page 2 of 4

**Mercury Ltd.**
**Trading Company**

---

52 Lenin St.  
Krasnoyarsk, Russia 560033  
Telegraph address "Vulcan"  
Tel. (8-351-97) 3-20-49

Civil Action No. 84/0 dated JUL 05, 1994

Edward K. Shapiro, President  
Semtek  
USA  
Fax (617) 861-1071

Bank acct. #609138 and joint-stock bank " Exucal"  
Krasnoyarsk 26 International Financial Institution [4491] c/a # P00161B95  
Clearing House  
Krasnoyarsk International Financial Institution 144007

Dear Edward,

I beg your pardon, but I will not be able to come before July 7th for the following reasons:

1. As the invitation was only sent to me, and the US Consulate in Moscow did not receive a copy, I would have had to go in for an interview. While the procedure is fairly simple, it requires appearing in person, which my faithful assistant could not do for me.

2. In the agenda of meetings you sent, one of the main issues is the meeting with MM (company) representatives in order to clarify the relationship between our joint venture and MM.

    It always seemed to me that it would first be necessary to clarify the relationship between those working to perfect the Luch satellite, and only then start working on our joint venture (JV).

    When I talked to Pierre on Sunday, he also brought up this issue and I think his doubts are well founded. This just goes to show once again that we need to meet in order to prepare the MM representatives and discuss the Luch performance strategy.

3. I think we both understand that our first task in this JV is to create a commercial satellite network, in a timely fashion, so as to take advantage of the Luch satellites that have already been developed/modified* and MM's technology. In order to carry out this task, we must first define areas of responsibility for those participating in developing/modifying* the satellites and create a team of competent players. I am still unclear on this issue, and without a clear understanding, it is hard to make appropriate decisions regarding the JV [text ends]



**Global Link Language Services, Inc.**
**71 Commercial Street, Suite 218**
**Boston, MA 02109 USA**
**617.451.6655 Telephone**
**617.451.6644 Facsimile**

www.languagetranslate.com          info@languagetranslate.com

July 8, 2010

Mr. John Fawcett
Kreindler & Kreindler
100 Park Ave
New York, NY 10017

Dear Mr. Fawcett:

We hereby confirm that the below mentioned documentation is a true and accurate English translation of the original Russian files presented to us, and has been translated to the best of our professional ability into English:

            Mercury LTD.

Sincerely,

Melissa R. Letteri
Global Link Language Services, Inc.

Notary Public
My commission expires on:

3-11-2016



DIANE M. DELANEY
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
March 11, 2016

FROM : НПО РМ          PHONE NO. : 391 97 2 26 35          P01

# Меркурий Лтд
*коммерческая компания*

РОССИЯ
660051, г. КРАСНОЯРСК, ул. Ленина, д. 52
Тел.: (391-57) 3-20-49  Факс: (391-57) 2-26-35

Расчетный счет № 689138 в ФАКБ "Енисей"
г. Красноярск-М МФО 14491, к/с № 100161803
в РКЦ г. Красноярска МФО 144007

Исх № 87/0 от 5. 07 1994 г.

США, Семтех
факс 617-861-1071
президенту
Эдварду К. Шапиро

Уважаемый Эдвард!

Прости великодушно, но к намеченному сроку 7 июля я прибыть не смогу по следующим причинам.

1. В связи с тем, что приглашение было направлено только мне, а в Московском консульстве США не было копии, то для получения визы я должен был пройти собеседование. В принципе процедура проста, но требует личного присутствия, чего не смог сделать мой доверенный представитель.

2. В присланной тобой программе встречи один из главных вопросов, встреча с представителями ММ с целью уточнения взаимоотношений между создаваемым нами СП и компанией ММ.

   Мне всегда казалось, что в первую очередь необходимо уточнить взаимоотношения между участниками, которые занимаются доработкой Луча, а после этого приступать к созданию СП.

   В нашем воскресном разговоре Пьер также коснулся этого вопроса и я думаю его сомнения справедливы. Это лишний раз подтверждает, что до нашей встречи необходимо подготовить представителей ММ и обговорить с ними стратегию эксплуатации Луча. Решением этих вопросов в настоящее время я интенсивно занимаюсь.

3. Думаю, мы одинаково понимаем, что первоочередной задачей СП является своевременное создание спутниковой коммерческой сети, использующей преимущества доработанных спутников Луч и технологии ММ. Для того чтобы выполнить эту задачу необходимо разделить сферы влияния участников доработки спутников и создать команду компетентных партнеров. По этим вопросам у меня пока нет ясности. А без этого трудно принять правильное решение по СП