EXHIBIT 20

Letter dated December 3, 1992

Mercury Ltd. Trading Company
52 Lenin St.
Krasnoyarsk, Russia 560033
Telegraph address "Vulcan"
Tel. (8-351-97) 3-20-49

Number 10/0-1 dated DEC 03, 1992
Number ___ dated _____, 199_

[handwritten] 1-8

Edward K. Shapiro, President
Semtek International, Inc.
Concord MA  01742
Fax (617) 851-1071

Dear Edward,

It is our pleasure to invite you and the following co-workers to Russia:
1. James L. Newkirk
2. Pierre G. Quintana
3. Michael O. Garcia

The agenda will include travel to St. Petersburg, Moscow, and Krasnodarsk on the following dates:
December 15 – 31, 1992 and
December 10 – 31, 1993

Respectfully yours,
(signature)
P. Sivirin
Executive Director

**Коммерческая компания "МЕРКУРИЙ ЛТД"**

660033, г.Красноярск, ул. Ленина 52
Телеграфный адрес "ВУЛКАН"
Тел. (8-351-97) 3-20-49

№ 10/0-1 от 03 декабря 1992
На № _____ от _____ 199_ г.

1-8

США
CONCARD.MAO 1742
СЕМТЕК ИНТЕРНЭШНЛ
ИНКАРПОРЭЙТЕД.
FAX 617.861-1071
Президенту Эдварду К.Шапиро

Уважаемый Эдвард.

Имеем честь пригласить в Россию Вас и Ваших сотрудников
1. Джеймса П.Ньюёрка
2. Пьера Дж.Кэинтана
3. Майкла-Охара-Гарома
с посещением городов С-Петербурга, Москвы и Красноярска в следующие сроки:
с 15 по 31 декабря 1992 г. и
с 10 по 31 января 1993 г.

С уважением
Исполнительный директор         [signature] - П.Сикирин