EXHIBIT 21

Letter dated June 16, 1993

Applied Mechanics  
Research and Manufacturing Company  
Krasnoyarsk 660026  
Telegraph address: Vulcan

Edward K. Shapiro, President  
Semtek International Inc.  
Concord, MA   01742  
Fax: (617) 861-1071

June 16, 1993        No. 1921

Dear Edward!

In accordance with the determination/resolution* made by the Russian Federal Ministry of Communications on May 27, 1992, and confirmed by the Minister of Communications T. Bulgak, the Applied Mechanics Research and Manufacturing Company NPO PM are allocated transponders #9, 10, and 11 on the Horizon satellite in orbital slot 145E.

Using these transponders, services will be provided to foreign clients, with the ultimate goal of investing the monies received into developing satellite communications systems based on the SovCanStar.

In the interest of finding and selecting the most profitable offers, Applied Mechanics NPO hereby confirms its interest in helping the Semtek company rent out these transponders.

Thank you in advance for your desire to collaborate with NPO PM in finding potential clients.

Assistant Chief Designer, NPO PM,  
Director, Mercury Ltd.                              [signature] P. Sivirin



**Global Link Language Services, Inc.**
**71 Commercial Street, Suite 218**
**Boston, MA 02109 USA**
**617.451.6655 Telephone**
**617.451.6644 Facsimile**

www.languagetranslate.com        info@languagetranslate.com

July 8, 2010

Mr. John Fawcett
Kreindler & Kreindler
100 Park Ave
New York, NY 10017

Dear Mr. Fawcett:

We hereby confirm that the below mentioned documentation is a true and accurate English translation of the original Russian files presented to us, and has been translated to the best of our professional ability into English:

Mercury LTD.

Sincerely,

Melissa R. Letteri
Global Link Language Services, Inc.

Notary Public
My commission expires on:
3-11-2016



DIANE M. DELANEY
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
March 11, 2016

| НАУЧНО-ПРОИЗВОДСТВЕННОЕ ОБЪЕДИНЕНИЕ ПРИКЛАДНОЙ МЕХАНИКИ | США, Конкорд, МА01742 |
|---|---|

НАУЧНО-ПРОИЗВОДСТВЕННОЕ
ОБЪЕДИНЕНИЕ
ПРИКЛАДНОЙ МЕХАНИКИ

660026, г. Красноярск
Телеграфный адрес „Вулкан"

10.06.93 № 1921

На № _____ от _____

США, Конкорд, МА01742
ФАКС 617.861.1071
Семтек Интернэшнл Инкорпорейтед
Президенту: Эдварду К. Шапиро

Уважаемый Эдвард!

В соответствии с решением Министерства связи Российской Федерации от 27.05.92 года утвержденным министром связи т. Булгаком в пользование НПО ПМ выделены стволы NN 9, 10, 11 на спутнике Горизонт в орбитальной позиции 145Е.

С использованием этих стволов будут оказываться услуги зарубежным пользователям с целью инвестирования полученных средств в разработку системы спутниковой связи на базе СовКанСтар.

В интересах поиска и отбора наиболе выгодных предложений, НПО прикладной механики подтверждает свою заинтересованность в оказании помощи компанией СЕМТЕК по сдаче стволов в аренду.

Заранее благодарим за желание оказать содействие НПО ПМ в поиске потенциальных пользователей.

Зам. генерального конструктора НПО ПМ,
директор компании "Меркурий ЛТД"                          П. Сивирин

SEM 000 1660