# EXHIBIT 22

# Letter dated July 8, 1993

NPO PM
Krasnoyarsk
Russian Federation
660026

#43/0 - 93        8 July 1993

Edward K. Shapiro
President
Semtek International, Incorporated
Concord, MA 01742
USA

Dear Edward:

The Ministry of Communication of the Russian Federation
has decided to assign to NPO PM transponders number 9, 10,
and 11 of the Gorizont communications satellite in the
145-East orbital position.

NPO PM authorizes Semtek International, Incorporated to
conduct search and selection of the most profitable
offers to lease the above mentioned transponders.

Signed:


Pyotr V. Sivirin
Deputy Designer General
NPO PM
Executive Director
Merkuriy, LTD.

SEM 0036

☑004

PJQ

*July 8 1993*



НАУЧНО-ПРОИЗВОДСТВЕННОЕ
ОБЪЕДИНЕНИЕ
ПРИКЛАДНОЙ МЕХАНИКИ

660025, г. Красноярск
Телеграфный адрес „Вулкан"

43/0-93  № 8. июля

На № _____ от _____

США, Конкорд, МА01742
Факс 617.861.1071
Семтех Интернэшнл Инкорпорейтед
Президенту
Эдварду И.Шапиро

Уважаемый Эдвард,

Решением Министерства связи РФ в пользование НПО прикладной механики выделены стволы № 9,10,11 на спутнике Горизонт в орбитальной позиции 145E.

С целью сдачи в аренду упомянутых стволов НПО ПМ поручает компании Семтех поиск и отбор наиболее выгодных предложений.

Заместитель генерального
конструктора НПО ПМ
Исполнительный директор
ИХ"Меркурий ИТД"                     П.Сидоров

SEM 0035

## Certificate of Accuracy

I, the undersigned Marianna O. Gapanovich, hereby certify that I am fluent in the Russian language, that I am a graduate of the University of Moscow, that I prepared the foregoing translation from Russian into English, and that the translation is fine and accurate to the best of my knowledge and ability.

Marianna O. Gapanovich