UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

------------------------------------------------------------------------x

SEMTEK INTERNATIONAL INCORPORATED,

                              Plaintiff,        Civil Action No.:
                                                           1:09-cv-10183-RWZ

- against –

INFORMATION SATELLITE SYSTEMS /AKA/
"ACADEMICIAN M.F. RESHETNEV INFORMATION
SATELLITE SYSTEMS" /AKA/ "ISS-RESHETNEV
COMPANY," /AKA/ "ACADEMICIAN M.F.
RESHETNEV NAUCHNO-PROIZVODSTVENNOE
OBIEDINENIE PRIKLADNOI MEKHANIKI||"
/AKA/ "NPO PM,"

                                   Defendants.
------------------------------------------------------------------------x

## **NOTICE OF CHANGE OF ADDRESS**

     PLEASE TAKE NOTICE that counsel for plaintiff has changed the following address information:

                Marc S. Moller, Esq.
                Brian J. Alexander, Esq.
                Kreindler & Kreindler LLP
                750 Third Avenue
                New York, New York 10017
                Tel.: (212) 687-8181
                Fax: (212) 972-9432
                Email: mmoller@kreindler.com
                Email: balexander@kreindler.com

Dated: November 4, 2010
New York, New York

                                            Respectfully submitted,

                                            KREINDLER & KREINDLER LLP

                                            _/s/ Anthony Tarricone_____
                                            Anthony Tarricone (BBO# 492480)
                                            Joseph P. Musacchio (BBO# 365270)
                                            277 Dartmouth Street Boston, MA 02116
                                            Telephone: (617) 424-9100
                                            Facsimile: (617) 424-9120
                                            atarricone@kreindler.com
                                            musacchio@kreindler.com

                                            - and –

                                            Marc S. Moller
                                            Brian J. Alexander
                                            750 Third Avenue
                                            New York, New York 10017
                                            Telephone: (212) 687-8181
                                            Facsimile: (212) 972-9432
                                            balexander@kreindler.com
                                            mmoller@kreindler.com

                                            *Attorneys for Plaintiff SEMTEK*