UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SEMTEK INTERNATIONAL INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>ACADEMICIAN M.F. RESHETNEV INFORMATION SATELLITE SYSTEMS,<br><br>Defendant. | C.A. NO. 1:09-CV-10183-RWZ |

**CORPORATE DISCLOSURE STATEMENT OF**
**ADADEMICIAN M.F. RESHETNEV INFORMATION SATELLITE SYSTEMS**

In accordance with Fed. R. Civ. P. 7.1 and Local Rule 7.3, the defendant, Academician M.F. Reshetnev Information Satellite Systems ("ISS"), states that it is a Russian open joint stock company that is wholly owned by the Russian Federation. ISS has no parent corporation and no publicly-held corporation owns 10% or more of its stock.

Respectfully submitted,

ACADEMICIAN M.F. RESHETNEV
INFORMATION SATELLITE SYSTEMS,

By its attorneys,

/s/ Benjamin M. McGovern
Ralph T. Lepore, III (BBO #294420)
Michael T. Maroney (BBO #653476)
Benjamin M. McGovern (BBO #661611)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
(617) 523-2700
ralph.lepore@hklaw.com
michael.maroney@hklaw.com
benjamin.mcgovern@hklaw.com

Date: June 2, 2011

### CERTIFICATE OF SERVICE

I, Benjamin M. McGovern, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 2nd day of June, 2011.

/s/ Benjamin M. McGovern
Benjamin M. McGovern

Dated:  June 2, 2011

#10371311_v1