UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------------------------x
SEMTEK INTERNATIONAL INCORPORATED,

                                    Plaintiff,        Civil Action No.:
                                                              1:09-cv-10183-RWZ

   - against –

INFORMATION SATELLITE SYSTEMS /AKA/
"ACADEMICIAN M.F. RESHETNEV INFORMATION
SATELLITE SYSTEMS" /AKA/ "ISS-RESHETNEV
COMPANY," /AKA/ "ACADEMICIAN M.F.
RESHETNEV NAUCHNO-PROIZVODSTVENNOE
OBIEDINENIE PRIKLADNOI MEKHANIKI‖"
/AKA/ "NPO PM,"
                                    Defendant.
-----------------------------------------------------------------------------x

**PLAINTIFF'S CONSENTED-TO MOTION FOR AN EXTENSION OF TIME OF THIRTY-THREE (33) DAYS TO FILE ITS OPPOSITION TO THE MOTION TO REMOVE DEFAULT FILED BY THE DEFENDANT**

Pursuant to Fed.R.Civ.P. 6(b)(1)(A) and Local Rule 7.1(B)(2), the plaintiff, Semtek International Incorporated (Semtek), moves this Court for an extension of time of thirty-three (33) days up to and including July 25, 2011 to file its opposition to the motion to remove default filed by the defendant, Academician M.F. Reshetnez Information Satellite Systems.  On February 1, 2011, this Court entered a default judgment against defendant ISS.  More than four months later, the defendant filed its motion to remove default on June 3, 2011 and subsequently filed its memorandum of law in support of its motion on June 8, 2011 after receiving leave to file a memorandum of forty-five (45) pages.  The plaintiff's opposition is presently due on June 22, 2011, fourteen days after the filing of the defendant's supporting memorandum of law.

As grounds for the plaintiff's request of an extension up to and including July 25, 2011 to file its opposition, it states the following:

1

1. On June 8, 2011, Semtek received the defendant's forty-five page memorandum of law in support of its motion to vacate the default judgment. As acknowledged by the defendant in its motion for leave to file a brief of 45 pages, the moving papers raise several complex factual and legal issues, including, the adequacy of service of process, corporate successor liability, alleged immunity under the Foreign Sovereign Immunities Act, alleged lack of subject matter and personal jurisdiction, forum non conveniens, laches, and the validity of the original default judgment under Fed.R.Civ.P. 60(b)(3), (4), and (6).

2. During the next forty-five days, counsel for Semtek has previously scheduled depositions, aircraft wreckage inspections and other work and personal commitments involving domestic and foreign travel. These matters were all scheduled prior to receiving notice of defendant's motion.

3. Plaintiff has spoken to defense counsel, setting forth the reasons for this request to extend the time by which he has to file the opposition, and defense counsel has consented to the request.

4. Accordingly, because additional time is needed to fully research and brief the plaintiff's opposition arguments and given plaintiff's counsel's prior commitments and defense counsel's consent to this request, plaintiff is seeking an additional period of time by which it has to submit its opposition to the defendant's motion.

WHEREFORE, Semtek respectfully requests that this Court grant it leave to file its opposition to the defendant's motion to remove default on or before July 25, 2011.

Dated: June 13, 2011  
Boston, Massachusetts

Respectfully submitted,

KREINDLER & KREINDLER LLP

  /s/ Anthony Tarricone

Anthony Tarricone (BBO# 492480)
Joseph P. Musacchio (BBO#365270)
277 Dartmouth Street Boston, MA 02116
Telephone: (617) 424-9100
Facsimile: (617) 424-9120
atarricone@kreindler.com
musacchio@kreindler.com

- and –

Marc S. Moller
Brian J. Alexander
100 Park Avenue
New York, New York 10017
Telephone: (212) 687-8181
Facsimile: (212) 972-9432
balexander@kreindler.com
mmoller@kreindler.com

*Attorneys for Plaintiff SEMTEK*

Consented-To:

Counsel for the Defendant,

_/s/ Benjamin M. McGovern_____
Benjamin M. McGovern (BBO #661611)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA  02116
(617) 523-2700

## **CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

The undersigned counsel for Semtek hereby certifies that he has conferred with counsel for the defendant, Academician M.F. Reshetnez Information Satellite Systems, who has consented to this motion.

                                               /s/ Brian J. Alexander___
                                               Brian J. Alexander

**CERTIFICATE OF SERVICE**

  I, Brian Alexander, hereby certifies that on June 13, 2011 all counsel of record have been served with this motion via this Court's ECF system.

            /s/ Brian J. Alexander___
            Brian J. Alexander

Dated: June 13, 2011